Jonathan O. Hafen
jhafen@parrbrown.com
Terry E. Welch
twelch@parrbrown.com
Stephen J. Hill
shill@parrbrown.com
Chad S. Pehrson
cpehrson@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Ste. 700
Salt Lake City, UT 84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750

Attorneys for Plaintiff
COREL SOFTWARE, LLC

James S. Jardine (jjardine@rqn.com / SBN 1647)
Samuel C. Straight (sstraight@rqn.com / SBN 7638)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 2:15-cv-00528-JNP<br><br>**STIPULATED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Paul M. Warner |

Plaintiff Corel Software and Defendant Microsoft Corporation hereby stipulate and move the Court to enter the proposed Amended Protective Order submitted as Exhibit A. The parties are stipulating to the attached changes to the Court's Standard Protective Order.

DATED this 25th day of November, 2015.

        Robins Kaplan LLP

        /s/ Aaron R. Fahrenkrog
        Aaron R. Fahrenkrog
        *(Filed Electronically with permission of Aaron R. Fahrenkrog)*
        Attorneys for Plaintiff
        COREL SOFTWARE, LLC

        RAY QUINNEY & NEBEKER P.C.

        /s/ James S. Jardine
        James S. Jardine
        Attorneys for Defendant
        MICROSOFT CORPORATION

*Additional Counsel:*

William H. Manning
wmanning@robinskaplan.com
John K. Harting
jharting@robinskaplan.com
Benjamen C. Linden
blinden@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Christine S. Yun Sauer
cyunsauer@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Ste. 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

Attorneys for Plaintiff
COREL SOFTWARE, LLC

Jonathan J. Lamberson (lamberson@fr.com / *Pro Hac Vice*)
Bryan K. Basso (basso@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071

Karolina Jesien (jesien@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Defendant
MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2015, I electronically filed the foregoing **STIPULATED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER** using the CM/ECF system which sent notification for such filing to:

Jonathan O. Hafen
Terry E. Welch
Stephen J. Hill
Chad S. Pehrson
PARR BROWN GEE & LOVELESS
101 South 200 East, #700
Salt Lake City, UT 84111

Aaron R. Fahrenkrog
William H. Manning
John K. Harting
Benjamen C. Linden
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2105

Christine S. Yun Sauer
ROBINS KAPLAN LLP
2440 West El Camino Real, #100
Mountain View, CA 94040

/s/ Jeanette Evans

1352931