| | |
|---|---|
| William H. Manning (*pro hac vice*) | Jonathan O. Hafen (Utah Bar. No. 6096) |
| wmanning@robinskaplan.com | jhafen@parrbrown.com |
| Aaron R. Fahrenkrog (*pro hac vice*) | Terry E. Welch (Utah Bar. No. 5819) |
| afahrenkrog@robinskaplan.com | twelch@parrbrown.com |
| John K. Harting (*pro hac vice*) | Stephen J. Hill (Utah Bar. No. 1493) |
| jharting@robinskaplan.com | shill@parrbrown.com |
| Benjamen C. Linden (*pro hac vice*) | Chad S. Pehrson (Utah Bar No. 12622) |
| blinden@robinskaplan.com | cpehrson@parrbrown.com |
| ROBINS KAPLAN LLP | PARR BROWN GEE & LOVELESS |
| 2800 LaSalle Plaza | 101 South 200 East, Suite 700 |
| 800 LaSalle Avenue | Salt Lake City, UT 84111 |
| Minneapolis, MN 55402–2015 | Telephone:   801-532-7840 |
| Telephone:   612-349-8500 | |
| Facsimile:   612-339-4181 | |

Attorneys for Plaintiff Corel Software, LLC

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00528-JNP-PMW<br><br>**PLAINTIFF COREL SOFTWARE, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW, AND EXHIBIT F THERETO** |

Plaintiff Corel Software, LLC requests leave from the Court to file under seal its

Memorandum in Opposition to Microsoft's Motion to Stay and Exhibit F attached thereto.

Redacted versions of the Memorandum and the public Exhibits will be filed with the Court's CM/ECF system pursuant to Local Rule DUCivR 5-2(e).

This motion is made on the grounds that the redacted portions of the memorandum and all of Exhibit F contain, according to Microsoft, confidential and commercially sensitive information, including, confidential investigations and analyses performed by Microsoft's legal department, and/or depicts information contained in documents that are designated "Protected Information" or "Confidential—Attorneys Eyes Only" under the Protective Order in place in this litigation. Exhibit F contains excerpts from Jim Ross's deposition transcript dated April 22, 2016, which excerpts were designated as confidential.

Counsel for Corel certifies that the sealed memorandum and exhibits contain confidential information and is protectable under the Court's Standard Protective Order. The sealed filing has been narrowly tailored to protect only that information deserving of protection. Corel has complied with Local Rule DUCivR 5-2(e) and has only designated specific material as privileged. Corel therefore requests that the Court grant it leave to file the Memorandum and Exhibit F under seal.

DATED: June 13, 2016

**PARR BROWN GEE & LOVELESS**

/s/     Chad S. Pehrson

Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Stephen J. Hill (Utah Bar. No. 1493)
Chad S. Pehrson (Utah Bar No. 12622)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:     801-532-7840
jhafen@parrbrown.com

2

twelch@parrbrown.com
shill@parrbrown.com
cpehrson@parrbrown.com

William H. Manning
Aaron R. Fahrenkrog
John K. Harting
Benjamen C. Linden
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:     612-349-8500
wmanning@robinskaplan.com
afahrenkrog@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com

Christine S. Yun Sauer
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:     650-784-4040
Facsimile:      650-784-4041
cyunsauer@robinskaplan.com


ATTORNEYS FOR PLAINTIFF
COREL SOFTWARE, LLC

**SERVICE**

I, Andrea Foutz, hereby certify that on June 13, 2016, I served a copy of the foregoing document upon the following counsel of record for Microsoft Corporation, via email:

Frank E. Scherkenbach (*pro hac vice*) (email only) scherkenbach@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

Jonathan J. Lamberson (*pro hac vice*) (email only)
Bryan K. Basso (*pro hac vice*) (email only)
Cong Yao (*pro hac vice*) (email only)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
lamberson@fr.com
basso@fr.com
yao@fr.com

Karolina Jesien (*pro hac vice*) (email only)
**FISH & RICHARDSON P.C.**
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
jesien@fr.com

James S. Jardine (Utah Bar No. 1647) (email only)
Samuel C. Straight (Utah Bar No. 7638) (email only)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
sstraight@rqn.com

DATED: June 13, 2016                  By:  */s/ Andrea Foutz*