William H. Manning (*pro hac vice*)
wmanning@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:   612-349-8500
Facsimile:    612-339-4181

Jonathan O. Hafen (Utah Bar. No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar. No. 5819)
twelch@parrbrown.com
Stephen J. Hill (Utah Bar. No. 1493)
shill@parrbrown.com
Chad S. Pehrson (Utah Bar No. 12622)
cpehrson@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:    801-532-7840

Attorneys for Plaintiff Corel Software, LLC

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>                        Plaintiff,<br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | Case No. 2:15-cv-00528-JNP-PMW<br><br>**NOTICE OF CONVENTIONAL FILING** |

Please take notice that Plaintiff Corel Software, LLC has conventionally filed the original, a courtesy copy, and one CD-ROM copy of two documents, which two constitute a total of three exhibits filed to accompany two separate motions.  The two documents are the following:

- 5/12/2016 Attachment 20 to Microsoft's Final Unenforceability and Invalidity Contentions (CA0022-CA0066), filed with Corel's LPR 4.2(b) Appendix to its Claim Construction Brief (Dkt. No. 101-8), and also as Exhibit 3 to Corel's Motion for Partial Summary Judgment of No Anticipation and of No Obviousness.

- 5/26/2016 Attachment 2 to Microsoft's Final Non-Infringement Contentions (CA0141 - CA0165) filed with Corel's LPR 4.2(b) Appendix to its Claim Construction Brief (Dkt No. 101-2).

DATED: July 29, 2016　　　　　　　**PARR BROWN GEE & LOVELESS**

　/s/　　Chad S. Pehrson
Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Stephen J. Hill (Utah Bar. No. 1493)
Chad S. Pehrson (Utah Bar No. 12622)
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:　　801-532-7840
jhafen@parrbrown.com
twelch@parrbrown.com
shill@parrbrown.com
cpehrson@parrbrown.com

William H. Manning
Aaron R. Fahrenkrog
John K. Harting
Benjamen C. Linden
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:　　612-349-8500
wmanning@robinskaplan.com
afahrenkrog@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com

2

Christine S. Yun Sauer
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:    650-784-4040
Facsimile:     650-784-4041
cyunsauer@robinskaplan.com

ATTORNEYS FOR PLAINTIFF
COREL SOFTWARE, LLC

## SERVICE

I, Andrea Foutz, hereby certify that on July 29, 2016, I filed a copy of the foregoing document with the Court's cm/ecf electronic filing system, which sends a copy to all counsel of record, including the following:

Frank E. Scherkenbach (*pro hac vice*)
scherkenbach@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

Jonathan J. Lamberson (*pro hac vice*)
Bryan K. Basso (*pro hac vice*)
Cong Yao (*pro hac vice*)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
lamberson@fr.com
basso@fr.com
yao@fr.com

Karolina Jesien (*pro hac vice*)
(email only)
**FISH & RICHARDSON P.C.**
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
jesien@fr.com

James S. Jardine (Utah Bar No. 1647)
Samuel C. Straight (Utah Bar No. 7638)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
sstraight@rqn.com

DATED: July 29, 2016          By: _/s/ Andrea Foutz_