IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendants. | **ORDER OVERRULING OBJECTION TO STAY ORDER**<br><br>Case No. 2:15-cv-00528-JNP-PMW<br><br>Judge Jill N. Parrish |

Corel Software, LLC objects to magistrate judge Warner's order staying proceedings in this case pending ex parte reexamination with the United States Patent and Trademark Office. [Docket 272]. When a party objects to the non-dispositive decision of a magistrate judge, district courts must employ a "clearly erroneous or . . . contrary to law" standard of review. FED. R. CIV. P. 72(a). Under this deferential standard, the court will affirm the magistrate judge's ruling unless the court, exercising independent judgment, "is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948); *Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988).

After careful review of the relevant authorities, Corel's objection, and the record, the court concludes that the magistrate judge's order granting a stay is neither clearly erroneous nor contrary to law. Corel's objection is **OVERRULED**.

Signed June 3, 2019.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge