# THE UNITED STATES DISTRICT COURT
# FISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed Defendant Microsoft Corporation's ("Microsoft") Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following documents may be filed under seal:

1) Exhibit A in Support of Microsoft's Opposition to Corel's Motion to Exclude the Testimony of Dr. Dan R. Olsen; and

2) Microsoft's Opposition to Corel's Motion to Exclude the Testimony of John L. Hansen.

IT IS SO ORDERED.

Dated:  3 December   , 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge