James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile:  (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DEFENDANT MICROSOFT CORPORATION'S SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY FILED ON OCTOBER 28, 2024**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 56-1(e), Defendant Microsoft Corporation filed with this Court on October 28, 2024 and December 16, 2024 the exhibits listed below in support of its Motion for Summary Judgment:

| Exhibit | Description | Source |
|---|---|---|
| 1 | Video showing Adobe Photoshop 4 (filed non-electronically) | Microsoft |
| 2 | Adobe press release dated 11/11/1996 | Archive.org |
| 3 | Copyright registration for Adobe Photoshop 4.0 user guide manual | U.S. Copyright Office website |
| 4 | Photographs of Photoshop 4 box | Microsoft |
| 5 | Photographs of Photoshop 4 CD | Microsoft |
| 6 | Excerpts from Photoshop 4 user manual | Microsoft |
| 7 | Adobe website dated 11/21/1996 | Archive.org |
| 8 | Excerpts from Book titled "Photoshop 4 Bible" | U.S.P.T.O. |
| 9 | Copyright registration for "Photoshop 4 Bible" | U.S.P.T.O. |
| 10 | Declaration of Ian Evans | U.S.P.T.O. |
| 11 | Declaration of Christoph Schmidt-Supprian | U.S.P.T.O. |
| 12 | Excerpt from Opening Expert Report of Dan R. Olsen Jr., Ph.D. Regarding Invalidity (FILED UNDER SEAL) | Microsoft |
| 13 | Excerpt from Expert Report of Benjamin B. Bederson, Ph.D., Regarding Validity of the Asserted Patent (FILED UNDER SEAL) | Corel |
| 14 | Excerpt from Expert Report of Benjamin B. Bederson, Ph.D., Regarding Infringement of the Asserted Patent (FILED UNDER SEAL) | Corel |
| 15 | Microsoft website – Insert WordArt | Microsoft |
| 16 | Excerpts from 9/17/2024 Deposition Transcript for Dr. Benjamin Bederson (FILED UNDER SEAL) | Deposition |
| 17 | Expert Report of Roy Weinstein (FILED UNDER SEAL) | Corel |
| 18 | Excerpt from Exhibits to Expert Report of Roy Weinstein (FILED UNDER SEAL) | Corel |
| 19 | Excerpts from 6/24/2016 Deposition Transcript for Thomas Walsh (FILED UNDER SEAL) | Deposition |
| 20 | Excerpts from 9/24/2024 Deposition Transcript for Roy Weinstein (FILED UNDER SEAL) | Deposition |
| 21 | 2007 Microsoft® Office System Reviewers Guide | Microsoft |
| 22 | The Total Economic Impact™ of Microsoft Office 2010 | Microsoft |
| 23 | Order Granting in Part and Denying in Part Microsoft's Motion for Judgment as a Matter of Law and in the Alternative, a New Trial With a Remittitur | ECF |
| 24 | Excerpts from Corel's Amended and Supplemental Answers to Microsoft's First Set of Interrogatories (FILED UNDER SEAL) | Corel |

| 25 | Images of CorelDraw Home & Student Suite X6 Product Packaging | Corel |
|----|----|----|
| 26 | Images of WordPerfect Office X6 Home & Student Product Packaging | Corel |
| 27 | Excerpts from COREL0050631 (FILED UNDER SEAL) | Corel |
| 28 | Printout from Corel Website | Corel |
| 29 | Corel Office Productivity Product Release History (FILED UNDER SEAL) | Corel |
| 30 | Excerpts from 9/13/2024 Deposition Transcript for Marc Levitt (FILED UNDER SEAL) | Deposition |
| 31 | Excerpts from the 8/13/2016 Deposition Transcript for Benjamin Bederson | Deposition |
| 32 | Document produced by Corel bearing the title Office Productivity Business Review and date February 8, 2016 (FILED UNDER SEAL) | Corel |
| 33 | Document produced by Vector Capital bearing the title Corel Q3-2015 Operations Update and date October 29, 2015 (FILED UNDER SEAL) | Vector Capital |

Dated:  December 16, 2024          WHITE & CASE LLP


                                 By:  */s/ Jonathan J. Lamberson*
                                      Jonathan J. Lamberson

                                      Attorneys for Defendant
                                      MICROSOFT CORPORATION

*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Attorneys for Defendant
MICROSOFT CORP.