# EXHIBIT 32

# (Filed Under Seal)

**EXHIBIT 32**

**(Filed Under Seal)**