# EXHIBIT 33

# (Filed Under Seal)

**EXHIBIT 33**
**(Filed Under Seal)**