James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:   (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:15-cv-00528-JNP-DBP <br><br> **DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Judge Jill N. Parrish <br> Chief Magistrate Judge Dustin B. Pead |

Defendant Microsoft Corporation ("Microsoft") respectfully moves the Court for leave to file under seal the following documents:

1) Defendant Microsoft Corporation's Reply in Support of its Motion for Summary Judgment and to Exclude Expert Testimony; and

2) Exhibits 32 & 33 in support thereof.

Microsoft's Reply in Support of its Motion for Summary Judgment and to Exclude Expert Testimony contains (at 4) details regarding source code that non-party Adobe Inc. made available in the litigation pursuant to a subpoena. Adobe Inc. designated this production as Confidential Information – Source Code pursuant to the Court's Protective Order.

Microsoft's Reply in Support of its Motion for Summary Judgment and to Exclude Expert Testimony also contain (at 9-10) details regarding the inner workings of Microsoft software systems. This is information that Microsoft maintains as confidential and does not share externally. It is highly sensitive information that malicious entities could attempt to use in ways that might compromise end user computers. Also, disclosing this information publicly would give Microsoft's competitors unfair advantages, since those competitors would not be required to make similar disclosures. Microsoft designated these materials Confidential Information – Attorneys Eyes Only under the terms of the Protective Order.

Finally, Reply in Support of its Microsoft's Motion for Summary Judgment and to Exclude Expert Testimony and Exhibits 32 & 33 in support thereof, contain information that Corel and Vector Capital designated as Confidential Information – Attorneys Eyes Only under the terms of the Protective Order.

Microsoft has complied with DUCivR 5-3 in that it has only designated specific material as confidential, having narrowly tailored redactions and sealings such that only materials truly deserving protections are sealed.  Microsoft therefore respectfully requests that the Court grant it leave to file the above materials under seal.  A proposed order granting this motion is filed herewith.

Dated:  December 16, 2024                         WHITE & CASE LLP

                                                  By:  */s/ Jonathan J. Lamberson*
                                                        Jonathan J. Lamberson

                                                        Attorneys for Defendant
                                                        MICROSOFT CORPORATION

*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Attorneys for Defendant
MICROSOFT CORP.