**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed Defendant Microsoft Corporation's Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following documents are hereby sealed:

1) Defendant Microsoft Corporation's Reply in Support of its Motion for Summary Judgment and to Exclude Expert Testimony; and

2) Exhibits 32 & 33 in support thereof.

IT IS SO ORDERED.

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　United States Magistrate Judge