Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

Attorneys for Plaintiff Corel Software, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DECLARATION OF AARON R. FAHRENKROG IN SUPPORT OF PLAINTIFF COREL'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF DAN R. OLSEN PURSUANT TO FED. R. EVID. 702**<br><br>ORAL ARGUMENT REQUESTED<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

1

I, Aaron R. Fahrenkrog, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney representing Plaintiff Corel Software, LLC ("Corel"), in the above-captioned case.

2. The statements made herein are based on my personal knowledge or based on information made known to me and are true and correct to the best of my current knowledge.

3. Attached hereto as Exhibit 3 is a true and correct excerpted copy of a Defendant Microsoft Corporation's Objections and Responses to Corel Software, LLC's First Set of Requests for Production.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2024.

    /s/ *Aaron R. Fahrenkrog*

Aaron R. Fahrenkrog