# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed Defendant Microsoft Corporation's Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the following documents may be filed under seal:

1) Defendant Microsoft Corporation's Reply in Support of its Motion for Summary Judgment and to Exclude Expert Testimony; and

2) Exhibits 32 & 33 in support thereof.

IT IS SO ORDERED.

Dated:   12/23/24

_____
Dustin B. Pead
United States Magistrate Judge