Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

Attorneys for Plaintiff Corel Software, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3, Plaintiff Corel Software, LLC ("Corel") respectfully moves to file under seal its September 9, 2025, summary judgment presentation.

This motion is made on the grounds that the presentation contains highly sensitive technical and/or financial information from Corel and Microsoft that the parties have respectively designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.

This motion is narrowly tailored to seek protection of only the specific information that Corel alleges is truly deserving of protection. To that end, Corel has redacted only that information that should remain non-public. Corel therefore requests that the Court grant the Motion for leave to file the above material under seal. A proposed order is submitted herewith.

DATED: September 10, 2025

Respectfully submitted,

*/s/ Aaron R. Fahrenkrog*
Jake M. Holdreith (*pro hac vice*)
Aaron R. Fahrenkrog (*pro hac vice*)
Logan J. Drew (*pro hac vice*)
Emily J. Tremblay (*pro hac vice*)
John K. Harting (*pro hac vice*)
Benjamen C. Linden (*pro hac vice*)
Samuel J. LaRoque (*pro hac vice*)
William R. Jones (*pro hac vice*)
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile:  612-339-4181
jholdreith@robinskaplan.com
afahrenkrog@robinskaplan.com
ldrew@robinskaplan.com
etremblay@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com
slaroque@robinskaplan.com
wjones@robinskaplan.com

- 2 -

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

*/s/ Kade N. Olsen*
Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Kade N. Olsen (Utah Bar No. 17775)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840
Facsimile:  801-532-7750
jhafen@parrbrown.com
twelch@parrbrown.com
kolsen@parrbrown.com

**ATTORNEYS FOR PLAINTIFF
COREL SOFTWARE, LLC**