# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**[PROPOSED] ORDER GRANTING COREL SOFTWARE, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

　　　　Having reviewed Plaintiff Corel Software, LLC's ("Corel") Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the Corel's September 9, 2025, summary judgment presentation is hereby sealed.

IT IS SO ORDERED.

Dated: _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon.  Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge