THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**ORDER GRANTING COREL SOFTWARE, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

　　Having reviewed Plaintiff Corel Software, LLC's Motion for Leave to File Under Seal, (ECF No. 421) and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the Corel's September 9, 2025, summary judgment presentation may be filed under seal.

　　IT IS SO ORDERED.

　　DATED this 11 September 2025.

_____
Dustin B. Pead
United States Magistrate Judge