James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DEFENDANT MICROSOFT CORPORATION'S SEPTEMBER 9, 2025 HEARING SLIDES**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Please take notice that Defendant Microsoft Corporation's September 9, 2025 hearing slides are hereby filed, as requested by the Court. Microsoft's slides on its Motions for Summary Judgment are attached as Exhibit 1. Microsoft's slides on Daubert Motions are attached as Exhibit 2. Certain slides containing information that the parties have respectively designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY have been filed under seal under the Protective Order.

Dated: September 11, 2025

RAY QUINNEY & NEBEKER PC

By: */s/ Beth J. Ranschau*
James S. Jardine
Beth J. Ranschau

*Additional Counsel:*

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071

Excylyn Hardin-Smith ( hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York City, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2025, I electronically filed the foregoing **DEFENDANT MICROSOFT CORPORATION'S SEPTEMBER 9, 2025 HEARING SLIDES** with the Clerk of the Court using the CM/ECF filing system which sent notification to Counsel of Record.

/s/ Ryan J. Lowe

1720656

2