James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:   (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 5-3, Defendant Microsoft Corporation ("Microsoft") respectfully moves to file under seal its September 9, 2025, Summary Judgement and Daubert Motions presentations.

This motion is made on the ground that the presentations contain highly sensitive technical and/or financial information from Corel and Microsoft that the parties have respectfully designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.

This motion is narrowly tailored to seek protection of only the specific information that Microsoft alleges is truly deserving of protection. To that end, Microsoft has redacted only that information that should remain non-public. Microsoft therefore requests that the Court grant the Motion for leave to file the above material under seal. A proposed order is submitted herewith.

Dated:  September 11, 2025                                    RAY QUINNEY & NEBEKER PC


                                                              By:  */s/ Beth J. Ranschau*
                                                                   James S. Jardine
                                                                   Beth J. Ranschau


*Additional Counsel:*

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith ( hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York City, NY 10036
Telephone:  (212) 765-5070
Facsimile:   (212) 258-2291

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2025, I electronically filed the foregoing **DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the Court using the CM/ECF filing system which sent notification to Counsel of Record.

                                                                           /s/ Ryan J. Lowe

1720803v1