**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Having reviewed Defendant Microsoft Corporation's ("Microsoft") Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the Microsoft's September 9, 2025, Summary Judgement and Daubert Motions presentations are hereby sealed.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Hon. Dustin B. Pead
United State Magistrate Judge