# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Having reviewed Defendant Microsoft Corporation's ("Microsoft") Motion for Leave to File Under Seal, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the Microsoft's September 9, 2025, Summary Judgement and Daubert Motions presentations may be filed under seal.

IT IS SO ORDERED.

Dated: 　September　 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　　United State Magistrate Judge