IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | JUDGMENT <br><br><br> Case No. 2:15-cv-00528-JNP-DBP <br><br> District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Microsoft Corporation and against plaintiff Corel Software, LLC.

DATED September 23, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge