Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

Attorneys for Plaintiff Corel Software, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**NOTICE OF APPEAL**<br><br>District Judge Jill N. Parrish |

PLEASE TAKE NOTICE THAT Plaintiff Corel Software, LLC, appeals to the U.S. Court of Appeals for the Federal Circuit the Judgment entered in this case on September 23, 2025, Dkt. 430, and the Court's related Orders, including those granting Defendant Microsoft Corp.'s motions for summary judgment, Dkt. 361, Dkt. 429.

Corel Software's notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because Corel Software filed it within 30 days after entry of the Judgment. A payment of $605 representing the docketing and filing fee required by Federal Circuit Rule 52(a)(3) is transmitted via this Court's online payment system with this Notice of Appeal, pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

| | |
|---|---|
| DATED: September 24, 2025 | Respectfully submitted, |
| | /s/ *Aaron R. Fahrenkrog* |
| | Jake M. Holdreith (*pro hac vice*) |
| | Aaron R. Fahrenkrog (*pro hac vice*) |
| | Logan J. Drew (*pro hac vice*) |
| | Emily J. Tremblay (*pro hac vice*) |
| | John K. Harting (*pro hac vice*) |
| | Benjamen C. Linden (*pro hac vice*) |
| | Samuel J. LaRoque (*pro hac vice*) |
| | William R. Jones (*pro hac vice*) |
| | **ROBINS KAPLAN LLP** |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402–2015 |
| | Telephone:   612-349-8500 |
| | Facsimile:   612-339-4181 |
| | jholdreith@robinskaplan.com |
| | afahrenkrog@robinskaplan.com |
| | ldrew@robinskaplan.com |
| | etremblay@robinskaplan.com |
| | jharting@robinskaplan.com |
| | blinden@robinskaplan.com |
| | slaroque@robinskaplan.com |

- 2 -

wjones@robinskaplan.com

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Kade N. Olsen (Utah Bar No. 17775)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840
Facsimile: 801-532-7750
jhafen@parrbrown.com
twelch@parrbrown.com
kolsen@parrbrown.com

**ATTORNEYS FOR PLAINTIFF
COREL SOFTWARE, LLC**

CERTIFICATE OF SERVICE

I certify that on September 24, 2025, I served a copy of the foregoing document on the following counsel of record for Microsoft Corporation, via the Court's ECF system:

Jonathan J. Lamberson (*pro hac vice*)
Hallie Kiernan (*pro hac vice*)
Henry Huang (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0384
Facsimile: (650) 213-8158
lamberson@whitecase.com
hallie.kiernan@whitecase.com
henry.huang@whitecase.com

Frank E. Scherkenbach (*pro hac vice*)
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

James S. Jardine
Beth J. Ranschau
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
branschau@rqn.com

Bryan K. Basso (*pro hac vice*)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
basso@fr.com

Excylyn J. Hardin-Smith (*pro hac vice*)
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
hardin-smith@fr.com

DATED: September 24, 2025        By: */s/ Aaron R. Fahrenkrog*