# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

September 24, 2025

Jake M. Holdreith (pro hac vice)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (pro hac vice)
afahrenkrog@robinskaplan.com
Logan J. Drew (pro hac vice)
ldrew@robinskaplan.com
Emily J. Tremblay (pro hac vice)
etremblay@robinskaplan.com
John K. Harting (pro hac vice)
jharting@robinskaplan.com
Benjamen C. Linden (pro hac vice)
blinden@robinskaplan.com
Samuel J. LaRoque (pro hac vice)
slaroque@robinskaplan.com
William R. Jones (pro hac vice)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015

RE:   NOTICE OF APPEAL
      Corel Software v. Microsoft
      Plaintiff/Appellant  Defendant/Appellee
      Lower Docket: 2:15-cv-00528-JNP

A notice of appeal for this case has been filed and directed to the **Federal Circuit Court of Appeals located at: 717 Madison Place, N.W., Washington D.C. 20439, (202)275-8000**.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from http://www.cafc.uscourts.gov.

Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the above website or call the circuit directly.

Counsel and the Federal Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being Appealed, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet.  This case contains sealed documents.

# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

Sincerely,

Gary P. Serdar, Clerk
By:/s/
Jennifer Jensen
Generalist Clerk

**cc**: Clerk, U.S. Court of Appeals, Federal Circuit
Judge  Jill N. Parrish
Court Reporter: Patti Walker,  Laura Robinson,
District: 1088
Division: Central
Jurisdiction: Federal Question
Fee Status: Paid

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT 84101 • (801) 524-6100 • www.utd.uscourts.gov