AO 121 (Rev. 08/10)

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or   ☒ Patents   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:15-cv-00528-EJF | DATE FILED<br>07/27/2015 | U.S. DISTRICT COURT<br>**District of Utah**<br>351 S West Temple, Room 1.100, Salt Lake City, UT 84101 |
|---|---|---|
| PLAINTIFF<br>**Corel Software** | | DEFENDANT<br>**Microsoft** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 6,731,309 B1 | May 4, 2004 | Corel Corporation |
| 2 US 7,827,483 B2 | November 2, 2010 | Corel Corporation |
| 3 US 8,700,996 B2 | April 15, 2014 | Corel Corporation |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Judgment in favor of defendant |

| CLERK<br>Gary P. Serdar | (BY) DEPUTY CLERK<br>Deborah Eyer | DATE<br>9/24/2025 |
|---|---|---|

DISTRIBUTION :   1) Upon initiation of action, mail copy to Director   2) Upon filing of document adding patent(s), mail copy to Director   3) Upon termination of action, mail copy to Director