IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | JUDGMENT<br><br>Case No. 2:15-cv-00528-JNP-DBP<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Microsoft Corporation and against plaintiff Corel Software, LLC.

DATED September 23, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge