James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84111
Telephone:  (801) 532-1500
Facsimile:   (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  940306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-00528-JNP<br><br>**UNOPPOSED MOTION REGARDING DEADLINE FOR BILL OF COSTS**<br><br>Judge Jill N. Parrish |

Defendant Microsoft Corporation ("Microsoft") hereby submits this unopposed motion requesting that the Court extend the deadline for submitting a bill of costs by one week—from October 7, 2025 to October 14, 2025. There is good cause for the requested extension. This litigation dates back to 2015, and Microsoft has been working diligently to locate supporting documentation for taxable costs, but there are numerous items dating back many years. This deadline will not affect any scheduled hearings or other case deadlines, as final judgment was entered on September 23, 2025 and the case is now on appeal.

Microsoft has conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

A proposed order is filed with this motion.

DATED: October 6, 2025

Respectfully submitted,

*/s/ Jonathan J. Lamberson*
Jonathan J. Lamberson (P*ro Hac Vice*)
Henry Huang (P*ro Hac Vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone: (650) 213-0384
Facsimile:  (650) 213-8158
lamberson@whitecase.com
hallie.kiernan@whitecase.com
henry.huang@whitecase.com

James S. Jardine (Utah Bar No. 1647)
Beth J. Ranschau (Utah Bar No. 13846)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile:  (801) 532-7543
jjardine@rqn.com
branschau@rqn.com

1

Frank E. Scherkenbach (*Pro Hac Vice*)
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORP.**

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on the Court's electronic filing system on October 6, 2025, which automatically provided service and notice to counsel of record.

                                               /s/ *Jonathan J. Lamberson*
                                               Jonathan J. Lamberson