### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-00528-JNP<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION REGARDING DEADLINE FOR BILL OF COSTS**<br><br>Judge Jill N. Parrish |

Having reviewed Microsoft's Unopposed Motion Regarding Deadline for Bill of Costs, and finding good cause therefore, the Court hereby extends the deadline for submitting a bill of costs to October 14, 2025.

Dated: October \_\_\_\_, 2025

_____
Hon. Jill N. Parrish
United States District Judge