James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:   (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 940306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158
Attorneys for Defendant
MICROSOFT CORPORATION
*Additional counsel listed on signature page*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN SUPPORT OF BILL OF COSTS**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

## SPECIFIC RELIEF SOUGHT AND GROUNDS REQUESTED

Defendant Microsoft Corporation ("Microsoft") respectfully submits the following Memorandum of Costs pursuant to Fed. R. Civ. P. 54(d), DUCivR. 54-2, and 28 U.S.C. § 1920.

On September 23, 2025, the Court entered Final Judgment in the above-entitled action against Plaintiff Corel Software, LLC ("Corel") in favor of Microsoft. Dkt. No. 430. Accordingly, Microsoft seeks reimbursement of costs incurred in this action.

## MEMORANDUM

In support of Microsoft's request for costs and in compliance with DUCivR 54-2, Microsoft files contemporaneously herewith a Bill of Costs that includes a Declaration in compliance with 28 U.S.C. § 1924 attesting to its accuracy. The following is a summary of the costs itemized in the Bill of Costs. Microsoft also concurrently submits the additional supporting Declaration of Jonathan Lamberson.

## ITEMIZATION AND DESCRIPTION OF COSTS

1. Fees of the Clerk, pursuant to 28 U.S.C. § 1920(1), in the amount of $1,590.00.

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Utah District Court | 9/8/15 | $15.00 | *Pro hac vice* application - Cong Yao |
| Utah District Court | 9/8/15 | $15.00 | *Pro hac vice* application - Karolina Jesien |
| Utah District Court | 9/8/15 | $15.00 | *Pro hac vice* application - Frank E. Scherkenbach |
| Utah District Court | 9/8/15 | $15.00 | *Pro hac vice* application - Jonathan J. Lamberson |
| Utah District Court | 9/10/15 | $15.00 | *Pro hac vice* application - Bryan B. Basso |
| Utah District Court | 3/9/16 | $15.00 | *Pro hac vice* application - Holly K. Victorson |
| Utah District Court | 4/25/16 | $250.00 | *Pro hac vice* application - Olga I. May |
| Utah District Court | 8/10/18 | $250.00 | *Pro hac vice* application - Robert M. Yeh |
| Utah District Court | 3/5/19 | $250.00 | *Pro hac vice* application - Meghana RaoRane |
| Utah District Court | 4/5/23 | $250.00 | *Pro hac vice* application - Hallie Kiernan |
| Utah District Court | 4/20/23 | $250.00 | *Pro hac vice* application - Excylyn Hardin-Smith |
| Utah District Court | 5/24/23 | $250.00 | *Pro hac vice* application - Henry Huang |
| **TOTAL:** | | **$1,590.00** | |

1

Documentation supporting these items can be found at Dkt. Nos. 26, 27, 28, 29, 30, 62, 72, 174, 232, 303, 309, and 326.

2. Fees for transcripts necessarily obtained for use in this case, pursuant to 28 U.S.C. § 1920(2), in the amount of $118,695.09.

a. Hearing Transcripts

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Patti W. Walker | 2/17/16 | $30.60 | Court Reporter for hearing transcript |
| Patti W. Walker | 11/21/18 | $36.00 | Court Reporter for hearing transcript |
| Patti W. Walker | 1/5/24 | $13.50 | 13 October 2023 Scheduling Conference Transcript |
| Patti W. Walker | 3/1/24 | $144.10 | Official Hearing Transcript - Motion for Summary Judgment (Jan. 17, 2024) |
| **TOTAL:** | | **$224.20** | |

Documentation supporting this amount is attached as Exhibit A.

b. Deposition Transcripts

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Depo International, LLC | 1/14/16 | $1,430.65 | Sarah Gist (Transcript) |
| Depo International, LLC | 1/26/16 | $1,873.73 | Jacob Jaffe (Transcript) |
| Depo International, LLC | 2/2/16 | $1,294.95 | Theresa Estrada (Transcript) |
| Depo International, LLC | 2/3/16 | $2,100.93 | Aaron Butcher (Transcript) |
| National Depo | 2/11/16 | $1,397.87 | Mark Danielson (Transcript) |
| National Depo | 2/17/16 | $2,360.00 | Kevin Unbedacht (Transcript) |
| National Depo | 2/17/16 | $1,635.46 | Kevin Unbedacht (Video) |
| Depo International, LLC | 3/4/16 | $1,412.53 | Lee Hunt (Transcript) |
| National Depo | 3/10/16 | $2,407.44 | Russell Miller (Transcript) |
| National Depo | 3/15/16 | $1,315.35 | Cynthia Howard (Transcript) |
| National Depo | 3/15/16 | $1,098.71 | Cynthia Howard (Video) |
| Depo International, LLC | 3/16/16 | $1,183.28 | Derek Burney (Transcript) |
| National Depo | 3/22/16 | $1,264.21 | Eric Johnson (Video) |
| National Depo | 3/22/16 | $1,261.07 | Eric Johnson (Transcript) |
| National Depo | 3/23/16 | $1,142.56 | Bruce Woodward (Transcript) |
| National Depo | 3/23/16 | $1,181.46 | Bruce Woodward (Video) |
| Depo International, LLC | 3/31/16 | $2,182.03 | Robert Little (Video) |
| Depo International, LLC | 4/7/16 | $1,055.73 | Chris Caposella (Transcript) |
| Depo International, LLC | 4/8/16 | $753.15 | David LeFevre (Transcript) |
| National Depo | 4/8/16 | $1,637.96 | Patricia Whais (Video) |

2

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| National Depo | 4/8/16 | $1,510.85 | Patricia Whais (Transcript) |
| Depo International, LLC | 4/19/16 | $3,000.78 | Jensen Harris (Transcript) |
| Depo International, LLC | 4/22/16 | $2,685.34 | Jim Ross (Transcript) |
| National Depo | 4/26/16 | $2,147.92 | Robert Amen (Transcript) |
| National Depo | 4/26/16 | $1,700.99 | Robert Amen (Video) |
| National Depo | 4/27/16 | $2,521.36 | Christopher DeBiase (Transcript) |
| National Depo | 4/27/16 | $1,535.99 | Christopher DeBiase (Video) |
| Depo International, LLC | 5/3/16 | $983.40 | Terry Crowley (Transcript) |
| Depo International, LLC | 5/17/16 | $1,611.98 | Timothy Briggs (Transcript) |
| National Depo | 5/17/16 | $1,258.80 | Gerard Metrailer (Transcript) |
| National Depo | 5/17/16 | $1,594.51 | Gerard Metrailer (Video) |
| National Depo | 5/19/16 | $1,099.51 | Greg Wood (Video) |
| National Depo | 5/19/16 | $897.15 | Greg Wood (Transcript) |
| Depo International, LLC | 5/31/16 | $910.38 | Christi Davisson (Transcript) |
| Catana Reporting Service | 6/8/16 & 6/10/16 | $3,802.59 | Kent Ledwell & Adrian O'Donnel (Transcript) |
| Depo International, LLC | 6/10/16 | $1,161.68 | Kira Stephens (Video) |
| Catana Reporting Service | 6/17/15 | $389.84 | Deposit - Ledwell & O'Donnel Depos |
| National Depo | 6/13/16 | $2,059.31 | Gabriel Kralik (Transcript) |
| National Depo | 6/13/16 | $1,182.01 | Gabriel Kralik (Video) |
| National Depo | 6/23/16 | $1,347.07 | Amish Mehta (Video) |
| National Depo | 6/23/16 | $1,865.76 | Amish Mehta (Transcript) |
| National Depo | 6/24/16 | $1,024.05 | Thomas Walsh (Video) |
| National Depo | 6/24/16 | $1,231.11 | Thomas Walsh (Transcript) |
| Depo International, LLC | 7/19/16 | $2,231.75 | Kathryn Griffith |
| Depo International, LLC | 7/20/16 | $1,168.97 | Matthew Androski (Transcript) |
| Depo International, LLC | 7/21/16 | $1,012.38 | Apana Lakshmi Ratan (Transcript) |
| National Depo | 8/17/16 | $1,216.68 | Benjamin Bederson, Ph.D. (Transcript) |
| Depo International, LLC | 10/11/18 | $2,121.95 | Matthew Androski (Transcript & Video) |
| Depo International, LLC | 10/18/18 | $428.75 | Jay Paulus (Video) |
| Depo International, LLC | 10/18/18 | $761.15 | Jay Paulus (Transcript) |
| Depo International, LLC | 1/18/19 | $703.95 | Igor Zaika (Transcript) |
| The Sullivan Group of Ct. Reporters | 5/2/19 | $1,496.91 | Benjamin Bederson, Ph.D. (Transcript) |
| The Sullivan Group of Ct. Reporters | 5/2/19 | $866.25 | Benjamin Bederson, Ph.D. (Video) |
| Lexitas Legal | 5/25/23 | $492.55 | Kathryn Griffith |
| Lexitas Legal | 5/26/23 | $458.55 | Mike Allen |
| Veritext Legal Solutions | 6/30/23 | $1,068.00 | Marc Levitt, Ph.D. (Video) |
| Veritext Legal Solutions | 6/30/23 | $3,216.80 | Marc Levitt, Ph.D. (Transcript) |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Lexitas Legal | 4/22/24 | $1,656.95 | John Mulgrew (Transcript & Video) |
| Lexitas Legal | 4/24/24 | $684.15 | Andrew Himberger 30(b)(6) (Transcript & Video) |
| Lexitas Legal | 4/26/24 | $945.05 | Tanya Moore (Transcript & Video) |
| Lexitas Legal | 5/2/24 | $1,642.55 | Brian Haslam (Transcript & Video) |
| Veritext Legal Solutions | 9/5/24 | $3,048.55 | Jonathan Robinson (Transcript) |
| Veritext Legal Solutions | 9/5/24 | $1,305.50 | Jonathan Robinson (Video) |
| Veritext Legal Solutions | 9/13/24 | $4,115.55 | Marc Levitt, Ph.D. (Vol. 2) (Transcript) |
| Veritext Legal Solutions | 9/13/24 | $2,440.50 | Marc Levitt, Ph.D. (Vol. 2) (Video) |
| Veritext Legal Solutions | 9/17/24 | $2,655.50 | Benjamin Bederson, Ph.D. (Video) |
| Veritext Legal Solutions | 9/17/24 | $4,443.65 | Benjamin Bederson, Ph.D. (Transcript) |
| Lexitas Legal | 9/19/24 | $717.90 | Cory Plock (Transcript) |
| Veritext Legal Solutions | 9/24/24 | $4,470.60 | Roy Weinstein (Transcript) |
| Veritext Legal Solutions | 9/24/24 | $1,765.50 | Roy Weinstein (Video) |
| Lexitas Legal | 9/26/24 | $1,421.70 | John Hansen (Transcript) |
| Lexitas Legal | 9/30/24 | $2,401.15 | Dan Olsen (Transcript & Video) |
| **TOTAL:** | | **$118,470.89** | |

Documentation supporting this amount is attached as Exhibit B and Exhibit E.

3. Fees and disbursement for witnesses, pursuant to 28 U.S.C. § 1920(3), in the amount of $878.00.

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Swift Attorney Service | 12/3/15 | $219.00 | Michael Kondoudis subpoena |
| Swift Attorney Service | 12/7/15 | $219.00 | Norman Soloway subpoena |
| Swift Attorney Service | 5/11/16 | $83.50 | Deposition subpoena served on Gabriel Kralik |
| Swift Attorney Service | 2/15/19 | $225.00 | Service of Quark Software subpoena |
| Parcels Inc. | 4/4/23 | $131.50 | Re KKR & Co. subpoenas for depo and document production |
| **TOTAL:** | | **$878.00** | |

Documentation supporting this amount is attached as Exhibit C.

4

4.      Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case, pursuant to 28 U.S.C. § 1920(4) in the amount of $27,149.05.

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Jonathan Lamberson | 9/8/15 | $1,318.78 | Obtaining prior art - 9/8/15 - Jonathan Lamberson |
| Jonathan Lamberson | 9/10/15 | $19.17 | Obtaining prior art (AutoCAD) Adobe PageMaker - 9/10/15 - Jonathan Lamberson |
| Espy Case Solutions | 9/30/15 | $115.27 | For outside litigation photocopying |
| Espy Case Solutions | 10/9/15 | $218.00 | Outside litigation photocopying re Capture website for production processing |
| Cong Yao | 10/13/15 | $239.09 | Obtain copies of books that relate to systems to be used as prior art reference in case |
| Jonathan Lamberson | 10/20/15 | $140.89 | Obtaining prior art - 10/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/12/15 | $108.26 | Obtaining prior art 11/12/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/17/15 | $88.75 | Obtaining prior art 11/17/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/20/15 | $307.77 | Obtaining prior art 11/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | 12/3/15 | $165.13 | Purchase prior art - 12/3/15 - Jonathan Lamberson |
| Espy Case Solutions | 12/31/15 | $867.76 | Outside reproduction services of MS_COREL004; 008-013 |
| Espy Case Solutions | 12/31/15 | $3,165.85 | Outside reproduction services of MS_COREL_004 |
| Espy Case Solutions | 12/31/15 | $2,716.43 | Outside reproduction services of MS_COREL_009-013 |
| Espy Case Solutions | 12/31/15 | $4,384.68 | Outside reproduction services of MS_COREL_009-013 |
| Jonathan Lamberson | 1/6/16 | $164.78 | Purchase prior art - 1/6/16 - Jonathan Lamberson |
| Espy Case Solutions | 2/18/16 | $1,320.08 | Outside litigation photocopying re scan prior art materials for production |
| Jonathan Lamberson | 2/28/16 | $14.64 | Prior art - 2/18/16 - Jonathan Lamberson |
| Espy Case Solutions | 2/29/16 | $255.76 | Outside litigation photocopying re prior art scanning |
| Espy Case Solutions | 2/29/16 | $218.00 | Document production costs prior art |

5

| NAME | DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- | --- |
| | | | scanning |
| Jonathan Lamberson | 3/24/16 | $120.89 | Prior art - 3/24/16 - Jonathan Lamberson |
| Espy Case Solutions | 3/30/16 | $193.02 | Outside litigation photocopying re scanning prior art book |
| Espy Case Solutions | 3/31/16 | $130.80 | Outside litigation photocopying re hard drive for production of native financial docs |
| Espy Case Solutions | 3/31/16 | $1,295.01 | Outside litigation photocopying |
| Jonathan Lamberson | 4/18/16 | $55.41 | Prior art - 4/18/16 - Jonathan Lamberson |
| JRSALES MERX | 4/20/16 | $25.99 | Purchase book from online book seller (WordPerfect 6.0 for Windows User's guide) |
| Espy Case Solutions | 4/26/16 | $1,091.04 | Outside litigation photocopying Re Amen depo prep |
| External Supplier | 4/30/16 | $256.80 | Photocopying |
| Documents Delivered, Inc. | 5/4/16 | $74.15 | Obtaining copies of 3 articles |
| Espy Case Solutions | 5/17/16 | $318.04 | Outside litigation photocopying |
| Espy Case Solutions | 6/15/16 | $421.17 | Outside litigation photocopying re Kralik depo prep |
| Espy Case Solutions | 6/16/16 | $468.05 | Outside litigation photocopying re Ledwell & O'Donnell depo prep |
| Advanced Discovery Inc | 6/30/16 | $1,000.00 | Microsoft share of scanning costs for scanning hard docs previously produced in antitrust investigations |
| Espy Case Solutions | 6/30/16 | $1,118.37 | Outside litigation photocopying re Walsh & Mehta depo preps |
| Espy Case Solutions | 6/30/16 | $64.20 | Outside litigation photocopying re Ledwell & O'Donnell depo prep |
| Jonathan Lamberson | 8/16/16 | $49.95 | Prior art - 8/16/16 - Jonathan Lamberson |
| Espy Case Solutions | 10/19/16 | $3,437.18 | Document scanning - Prior art copies of QuarkXPress |
| FedEx | 10/30/18 | $18.32 | Obtain copies of deposition exhibits |
| Amazon | 11/6/18 | $30.94 | Hands-On Illustrator 7: For Macintosh & Windows |
| Amazon | 11/6/18 | $49.98 | Illustrator 7 Bible (Bible (Wiley)) & Adobe Illustrator 7.0: Classroom in a Book (Adobe) |
| Amazon | 11/6/18 | $6.18 | Illustrator 7 Complete |
| Amazon | 11/6/18 | $5.49 | Illustrator 7 for Macintosh & Windows Visual Quick Start Guide |
| Amazon | 11/6/18 | $19.36 | Real World Illustrator 7 (Real World |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | Series) |
| Amazon | 11/13/18 | $6.67 | JavaScript: The Definitive Guide |
| Amazon | 11/15/18 | $42.35 | Using Microsoft Publisher 97 |
| Amazon | 11/15/18 | $23.98 | Discover Microsoft Publisher 97 |
| Amazon | 11/15/18 | $4.88 | Fundamental Microsoft Publisher 97 |
| Amazon | 11/15/18 | $6.39 | How to Use Microsoft Publisher 97 for Windows (How It Works Series) |
| Amazon | 11/15/18 | $14.57 | Learn Publisher 97 in a Weekend |
| Amazon | 11/15/18 | $4.88 | Microsoft Publisher 97 by Design |
| Amazon | 11/15/18 | $8.90 | Microsoft Publisher 97 for Dummies |
| Amazon | 11/15/18 | $9.11 | The Essential Publisher 97 Book: Get It Done Tutorial |
| Amazon | 11/18/18 | $4.88 | Macworld QuarkXPress 4 Bible |
| Amazon | 11/18/18 | $9.74 | Official QuarkXPress Handbook (Macintosh 3.3 ed) Mac 3.3 ed |
| Amazon | 11/18/18 | $52.55 | QuarkXPress 4 for Macintosh, Digital Design using QuarkXPress 4, The Professional's Guide to QuarkXPress 3.3 for the Macintosh |
| Amazon | 11/18/18 | $5.94 | QuarkXPress 4 for Windows (Visual QuickStart Guide) |
| Amazon | 11/18/18 | $6.13 | QuarkXPress In a Nutshell (In a Nutshell (O'Reilly)) |
| Amazon | 11/18/18 | $15.08 | Sams Teach Yourself QuarkXPress 4 in 14 Days |
| Amazon | 11/18/18 | $6.52 | The QuarkXPress 4.0 Handbook |
| Amazon | 11/18/18 | $5.79 | Using QuarkXPress 4.0 |
| Amazon | 11/18/18 | $4.27 | Using QuarkXPress 4 |
| eBay | 11/19/18 | $16.90 | Quark XPress 4 - 02 OS Original Box 4 Manuals and Accessories |
| Amazon | 11/20/18 | $14.96 | CorelDRAW 7 for Windows 95 NT (Visual QuickStart Guide) |
| Amazon | 11/20/18 | $6.64 | Mastering CorelDraw 7 |
| eBay | 11/24/18 | $48.75 | ADOBE ILLUSTRATOR 7.0 Software for Windows 95 NT 4.0 Book & CD's Original Box (352497043811) |
| Jonathan Lamberson | 12/3/18 | $431.83 | Prior art |
| Espy Case Solutions | 1/31/19 | $17.29 | Copies for Igor Zaika deposition prep |
| Amazon | 4/24/19 | $20.17 | Purchase book cited in Bederson declaration from Amazon.com |
| Amazon | 4/24/19 | $9.77 | Purchase book cited in Bederson declaration from Amazon.com |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Amazon.com | 1/26/21 | $8.68 | Costs in connection with prior art: Photoshop 4 for Windows (Visual QuickStartGuide) - 14-Jan-21 |
| Amazon.com | 1/26/21 | $6.54 | Costs in connection with prior art: Teach Yourself Photoshop 4 for MacInstosh and Windows - 14-Jan-21 |
| Amazon.com | 1/26/21 | $5.19 | Costs in connection with prior art: Electronic Prepress Using Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $14.42 | Costs in connection with prior art: Photoshop 4 Studio Skills - 14-Jan-21 |
| Amazon.com | 1/26/21 | $15.23 | Costs in connection with prior art: Photoshop 4 Type Magic 1 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $8.16 | Costs in connection with prior art: Macworld Photoshop 4 Bible - 14-Jan-21 |
| Amazon.com | 1/26/21 | $7.58 | Costs in connection with prior art: Inside Adobe Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $9.19 | Costs in connection with prior art: Photoshop 4 for Windows for Dummies - 14-Jan-21 |
| Amazon.com | 1/26/21 | $24.97 | Costs in connection with prior art: Real World Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $8.59 | Costs in connection with prior art: Teach Yourself Photoshop 4 in 14 Days (Sam's Teach Yourself) - 14-Jan-21 |
| Amazon.com | 3/29/21 | $36.43 | Costs in connection with prior art: Photoshop 4 Windows 95 Bible - 04-Mar-21 |
| Amazon.com | 12/12/22 | $71.02 | CorelDRAW X6 |
| Amazon.com | 12/13/22 | $54.68 | WordPerfect X6 |
| **TOTAL:** | | **$27,149.05** | |

Documentation supporting this amount is attached as Exhibit D and Exhibit E.

5. The total of the foregoing amounts is $148,312.14. This amount is recoverable pursuant to 28 U.S.C. § 1920.

## REQUEST FOR RELIEF

Accordingly, Microsoft requests that Plaintiff be taxed with costs in the amount of $148,312.14, which shall accrue interest at the federal post-judgment rate from the date of the award of costs.

Dated:  October 14, 2025                        WHITE & CASE LLP


                                                By:  */s/ Jonathan J. Lamberson*
                                                      Jonathan J. Lamberson
                                                      Attorneys for Defendant
                                                      MICROSOFT CORPORATION


*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Attorneys for Defendant
MICROSOFT CORP.