James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Attorneys for Defendant
MICROSOFT CORPORATION
*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**DECLARATION OF JONATHAN LAMBERSON IN SUPPORT OF MICROSOFT CORPORATION'S BILL OF COSTS**<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

I, Jonathan Lamberson, declare the following:

1. I am an attorney with the law firm of White & Case LLP ("White & Case"). My office is located at 3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306-2109. I represent Defendant Microsoft Corporation ("Microsoft") and have been admitted to practice before this Court in this case filed by Corel Software LLC ("Corel").

2. I make this declaration in support of Microsoft's Bill of Costs, filed October 14, 2025.

3. I am over the age of 18, and I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify about these matters under oath.

4. Attached as Exhibit A to Microsoft's Bill of Costs are invoices for obtaining hearing transcripts in this matter.

5. Attached as Exhibit B to Microsoft's Bill of Costs are invoices for obtaining deposition transcripts and video recordings in this matter. These transcripts and videos were obtained for use at trial. Each witness was either identified by Microsoft in its initial disclosures as a potential trial witness, identified by Corel in its initial disclosures as a potential trial witness, identified by one of the parties as a Rule 30(b)(6) witness, or identified as an expert witness.

6. Attached as Exhibit C to Microsoft's Bill of Costs are invoices for subpoenas to third-party witnesses. These include the prosecuting attorneys for the patents-in-suit (Michael Kondoudis and Norman Soloway), a Corel former employee responsible for licensing the asserted patents (Gabriel Kralik), a company that made prior art software (Quark), and a company that acquired Corel (KKR).

7. Attached as Exhibit D to Microsoft's Bill of Costs are invoices for obtaining copies of prior art and copies of unmarked Corel software. These materials were purchased for use as trial exhibits.

1

8. Attached as Exhibit E to Microsoft's Bill of Costs is a spreadsheet from the law firm of Fish & Richardson P.C. ("Fish") listing invoices corresponding to certain items in Microsoft's Bill of Costs.

9. Fish has been counsel to Microsoft throughout this litigation, and I was formerly an attorney at Fish while representing Microsoft in this litigation. Fish was unable to locate original invoices for the items in Exhibit E. Those items date from between September 8, 2015 to January 31, 2019. Due to the age of the invoices and the time span of the litigation, the original copies of the invoices are no longer available in Fish systems. However, Fish maintained detailed records of expenses incurred in the matter for billing purposes, and Exhibit E is a true and correct copy of the cost entries from the Fish accounting system for each listed item. I have reviewed Exhibit E and can confirm that the items listed describe costs that Microsoft incurred in this litigation, that the costs were necessary for Microsoft's defense of the litigation, and that the amounts are consistent with my memory of the listed items and with my experience as an attorney practicing patent litigation for 20 years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Jonathan Lamberson*
Jonathan Lamberson

*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Defendant
MICROSOFT CORPORATION