# EXHIBIT A

**EXHIBIT A**

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
District of Utah

| INVOICE | NUMBER |
|---|---|

TO: FISH & RICHARDSON
500 Arguello Street, #500
Redwood City, CA 94063

PHONE:
FAX:

MAKE CHECK PAYABLE TO:
Patti Walker
351 S. West Temple, #8.431
Salt Lake City, Utah 84101

PHONE: (801) 364-5440

## TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL

DATE ORDERED:
DATE DELIVERED: 02/17/2016

IN THE MATTER OF (CASE NUMBER AND TITLE)
COREL SOFTWARE vs. MICROSOFT CORPORATION Case No. 2:15-CV-528-JNP

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | 34 | 0.90 | 30.60 | | | 0.00 | 30.60 |
| 14-Day | | 4.25 | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | 6.05 | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):
Motion to Change Venue Held Feb. 9, 2016

| | |
|---|---|
| TOTAL | 30.60 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 30.60 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: Patti Walker
DATE: 02/17/2016

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
District of Utah

## INVOICE

NUMBER
November 21. 2018

TO: FMLopacinski
FISH & RICHARDSON
500 Arguello Street, #500
Redwood City, CA 94063

PHONE:
FAX:

MAKE CHECK PAYABLE TO:

Patti Walker
351 S. West Temple, #8.431
Salt Lake City, Utah 84101

PHONE: (801) 364-5440

### TRANSCRIPTS

☐ CRIMINAL  ☑ CIVIL   DATE ORDERED   DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)
COREL SOFTWARE vs. MICROSOFT  Case No. 2:15-CV-528-JNP

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | 40 | 0.90 | 36.00 | | | 0.00 | 36.00 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | 5.45 | 0.00 | | 1.05 | 0.00 | | | 0.00 | 0.00 |
| Daily | | 3.62 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):

October 31, 2018 Motion for Leave to Amend Final Infringement Contentions

| | |
| --- | --- |
| TOTAL | 36.00 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| AMOUNT DUE (OR REFUND) | 36.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

DATE  11/21/2018

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
District of Utah

## INVOICE

NUMBER: October 13, 2023

TO: WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

PHONE:
FAX:

MAKE CHECK PAYABLE TO:

Patti Walker
351 S. West Temple, #8.431
Salt Lake City, Utah 84101

PHONE: (385) 215-5889

### TRANSCRIPTS

[ ] CRIMINAL   [✓] CIVIL

DATE ORDERED:
DATE DELIVERED: 10/13/2023

IN THE MATTER OF (CASE NUMBER ~~AND TITLE~~)
COREL SOFTWARE vs. MICROSOFT CORPORATION  Case No. 2:15-CV-529-JNP

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 4.00 | 0.00 | 15 | 0.90 | 13.50 | | | 0.00 | 13.50 |
| 14-Day | | 4.70 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 5.35 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | 6.00 | 0.00 | | 1.05 | 0.00 | | | 0.00 | 0.00 |
| Daily | | 6.70 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date):
Scheduling Conference Held April 3, 2023

| | |
|---|---|
| TOTAL | 13.50 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| AMOUNT DUE (OR REFUND) | 13.50 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
Patti Walker

DATE
10/13/2023

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
District of Utah

| INVOICE | NUMBER<br>March 1, 2024 |
|---|---|

| TO: WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br><br>PHONE:<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>Patti Walker<br>351 S. West Temple, #8.431<br>Salt Lake City, Utah 84101<br><br>PHONE: (385) 215-5889 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL | ☑ CIVIL | DATE ORDERED | DATE DELIVERED<br>03/01/2024 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER ~~AND TITLE~~)
COREL SOFTWARE vs. MICROSOFT CORPORATION  Case No. 2:15-CV-528-JNP

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 4.00 | 0.00 | 131 | 1.10 | 144.10 | | | 0.00 | 144.10 |
| 14-Day | | 4.70 | 0.00 | | 1.10 | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 5.35 | 0.00 | | 1.10 | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | 6.00 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Daily | | 6.70 | 0.00 | | 1.35 | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | 1.35 | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):<br>Motion for Summary Judgment Held January 17, 2024 | TOTAL | 144.10 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 144.10 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Patti Walker | DATE<br>03/01/2024 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR