# EXHIBIT B

**EXHIBIT B**

 is now 

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24672 | 1/26/2016 | 20449 |

| Job Date | Case No. |
|---|---|
| 1/14/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Sarah Gist                       898.15
VIDEOSYNC OF:
    Sarah Gist                       532.50

**TOTAL DUE   >>>         $1,430.65**

Location of Job  : Perkins Coie
                 Suite 700
                 10885 NE 4th Street
                 Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 1,430.65 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

| | | |
|---|---|---|
| Invoice No. | : 24672 | |
| Invoice Date | : 1/26/2016 | |
| **Total Due** | : **$0.00** | |

Remit To: **Lexitas**
          **P.O. Box 734298**
          **Dept. 2037**

          **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 20449 |
| BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

 is now 

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24757 | 1/28/2016 | 20635 |

| Job Date | Case No. |
|---|---|
| 1/26/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Jacob Jaffe                                   1,256.85
VIDEOSYNC OF:
    Jacob Jaffe                                      616.88

**TOTAL DUE  >>>**       **$1,873.73**

Location of Job  : Perkins Coie
                   Suite 700
                   10885 NE 4th Street
                   Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 1,873.73 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 24757
Invoice Date  : 1/28/2016
**Total Due**    : **$0.00**

Remit To: **Lexitas**
            **P.O. Box 734298**
            **Dept. 2037**

            **Dallas, TX 75373-4298**

Job No.      : 20635
BU ID       : NATIONAL
Case No.    : 2:15-CV-00528-JNP-PMW
Case Name  : Corel Software, LLC vs. Microsoft
                 Corporation

  is now

# I N V O I C E
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24932 | 2/5/2016 | 20893 |

| Job Date | Case No. |
|---|---|
| 2/2/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
   Theresa Estrada                                                                                          856.20
VIDEOSYNC OF:
   Theresa Estrada                                                                                          438.75

**TOTAL DUE  >>>**                          **$1,294.95**

Location of Job    : Perkins Coie
              Suite 700
              10885 NE 4th Street
              Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**(-) Payments/Credits:**                        1,294.95
**(+) Finance Charges/Debits:**                      0.00
**(=) New Balance:**                              **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.    : 24932
Invoice Date   : 2/5/2016
**Total Due**     : **$0.00**

Remit To:  **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

Job No.      : 20893
BU ID        : NATIONAL
Case No.     : 2:15-CV-00528-JNP-PMW
Case Name    : Corel Software, LLC vs. Microsoft
                Corporation

# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24941 | 2/8/2016 | 20894 |

| Job Date | Case No. | |
|---|---|---|
| 2/3/2016 | 2:15-CV-00528-JNP-PMW | |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Aaron Butcher                                                    1,521.55
VIDEOSYNC OF:
    Aaron Butcher                                                    579.38

**TOTAL DUE  >>>**           **$2,100.93**

Location of Job   : Perkins Coie
                   Suite 700
                   10885 NE 4th Street
                   Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**(-) Payments/Credits:**     2,100.93
**(+) Finance Charges/Debits:**     0.00
**(=) New Balance:**     **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 24941
Invoice Date   : 2/8/2016
**Total Due**     : **$0.00**

Remit To: **Lexitas**
          **P.O. Box 734298**
          **Dept. 2037**

          **Dallas, TX 75373-4298**

Job No.       : 20894
BU ID        : NATIONAL
Case No.     : 2:15-CV-00528-JNP-PMW
Case Name   : Corel Software, LLC vs. Microsoft Corporation



# I N V O I C E

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25547 | 3/8/2016 | 20922 |

| Job Date | Case No. |
|---|---|
| 3/4/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Lee Hunt                                     928.15
DVD OF:
    Lee Hunt                                     484.38

**TOTAL DUE >>>**         **$1,412.53**

Location of Job  : Perkins Coie
                   Suite 700
                   10885 NE 4th Street
                   Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**     1,412.53
**(+) Finance Charges/Debits:**     0.00
**(=) New Balance:**     **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

| | |
|---|---|
| Invoice No. | : 25547 |
| Invoice Date | : 3/8/2016 |
| **Total Due** | : **$0.00** |

Remit To: **Lexitas**
              **P.O. Box 734298**
              **Dept. 2037**

              **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 20922 |
| BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

# INVOICE
1 of 2

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25737 | 3/18/2016 | 21225 |

| Job Date | Case No. |
|---|---|
| 3/16/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Frank Scherkenbach
Fish & Richardson
One Marina Park Drive
Boston, MA 02210-1878

CERTIFIED TRANSCRIPT

| | | | | | |
|---|---|---|---|---|---|
| Derek Burney | | | | | |
| Electronic Only | 170.00 | Pages | @ | 3.350 | 569.50 |
| Electronic Only | 1.00 | Pages | @ | 0.000 | 0.00 |
| B/W Exhibits | 467.00 | Pages | @ | 0.450 | 210.15 |
| Color Exhibits | 12.00 | Pages | @ | 1.500 | 18.00 |
| Litigation Support Disc | 1.00 | Disks | @ | 50.000 | 50.00 |
| Read & Sign | 1.00 | | @ | 15.000 | 15.00 |
| Administrative Charge | 1.00 | | @ | 5.000 | 5.00 |
| DVD OF: | | | | | |
| Derek Burney | | | | | |
| MPEG-1/MPEG-2 | 2.00 | Disks | @ | 75.000 | 150.00 |
| Editing | 3.75 | Hours | @ | 37.500 | 140.63 |
| Administrative Charge | 1.00 | | @ | 5.000 | 5.00 |
| Shipping | 1.00 | | @ | 20.000 | 20.00 |

**TOTAL DUE  >>>**  **$1,183.28**

Location of Job    : Perkins Coie
Suite 700
10885 NE 4th Street
Bellevue, WA 98004

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Frank Scherkenbach
Fish & Richardson
One Marina Park Drive
Boston, MA 02210-1878

| | |
|---|---|
| Invoice No. | : 25737 |
| Invoice Date | : 3/18/2016 |
| **Total Due** | : **$0.00** |

Remit To: **Lexitas**
**P.O. Box 734298**
**Dept. 2037**

**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 21225 |
| BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26068 | 4/1/2016 | 21769 |

| Job Date | Case No. |
|---|---|
| 3/31/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

EXPEDITED CERTIFIED TRANSCRIPT
    Robert Little                                                 1,697.65
DVD OF:
    Robert Little                                                  484.38

**TOTAL DUE   >>>**            **$2,182.03**

Location of Job  : Perkins Coie
                  Suite 700
                  10885 NE 4th Street
                  Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 2,182.03 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.    : 26068
Invoice Date  : 4/1/2016
**Total Due**     : **$0.00**

Remit To: **Lexitas**
          **P.O. Box 734298**
          **Dept. 2037**

          **Dallas, TX 75373-4298**

Job No.      : 21769
BU ID        : NATIONAL
Case No.     : 2:15-CV-00528-JNP-PMW
Case Name    : Corel Software, LLC vs. Microsoft
                Corporation

 is now 

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26230 | 4/11/2016 | 21527 |

| Job Date | Case No. |
|---|---|
| 4/7/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Chris Caposella                                                   720.10
DVD COPY OF:
    Chris Caposella                                                   335.63

**TOTAL DUE  >>>**                                      **$1,055.73**

Location of Job  : Perkins Coie
                1201 3rd Ave, Ste 4800
                Seattle, WA 98101

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**                     1,055.73
**(+) Finance Charges/Debits:**                  0.00
**(=) New Balance:**                          **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 26230
Invoice Date  : 4/11/2016
**Total Due**    **: $0.00**

Remit To:  **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

Job No.      : 21527
BU ID       : NATIONAL
Case No.    : 2:15-CV-00528-JNP-PMW
Case Name  : Corel Software, LLC vs. Microsoft
               Corporation

# I N V O I C E

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26272 | 4/12/2016 | 21947 |

| Job Date | Case No. |
|---|---|
| 4/8/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    David LeFevre      578.15
DVD COPY OF:
    David LeFevre      175.00

**TOTAL DUE  >>>**      **$753.15**

Location of Job    : Perkins Coie
                  Suite 700
                  10885 NE 4th Street
                  Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**(-) Payments/Credits:**      753.15
**(+) Finance Charges/Debits:**      0.00
**(=) New Balance:**      **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

| | |
|---|---|
| Invoice No. | : 26272 |
| Invoice Date | : 4/12/2016 |
| **Total Due** | **: $0.00** |

Remit To: **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 21947 |
| BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Francine Lopacinski | | |
|---|---|---|---|
| | Fish & Richardson PC | **Invoice #:** | SD2620695 |
| | 500 Arguello St. | **Invoice Date:** | 4/29/2016 |
| | Suite 500 | **Balance Due:** | $1,637.96 |
| | Redwood City, CA, 94063 | | |

| | | | |
|---|---|---|---|
| **Case:** | Corel Software, LLC v. Microsoft Corporation | **Billing #:** | 42342-0001LL1 |
| **Job #:** | 2272774 | Job Date: 4/8/2016 | Delivery: Normal | | |
| **Billing Atty:** | Holly Victorson, Esq. | | |
| **Location:** | Robins Kaplan LLP | | |
| | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402 | | |
| **Sched Atty:** | Holly Victorson, Esq. | Fish & Richardson PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Patricia Whais | Video - Services | | 9.50 | $1,567.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $20.46 |
| | Video - Extended Hours Surcharge | Hour | 1.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,637.96 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,637.96 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SD2620695 |
| **Job #:** | 2272774 |
| **Invoice Date:** | 4/29/2016 |
| **Balance:** | $1,637.96 |

43213

# INVOICE

1 of 1

 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26810 | 4/21/2016 | 22031 |

| Job Date | Case No. |
|---|---|
| 4/19/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT | ROUGH DRAFT

Jensen Harris     2,440.15

VIDEOSYNC OF:

Jensen Harris     560.63

**TOTAL DUE  >>>**     **$3,000.78**

Location of Job   : Perkins Coie
1201 3rd Ave, Ste 4800
Seattle, WA 98101

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 3,000.78 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 26810
Invoice Date   : 4/21/2016
**Total Due**   : **$0.00**

Remit To: **Lexitas**
          **P.O. Box 734298**
          **Dept. 2037**

          **Dallas, TX 75373-4298**

Job No.   : 22031
BU ID   : NATIONAL
Case No.   : 2:15-CV-00528-JNP-PMW
Case Name   : Corel Software, LLC vs. Microsoft Corporation

# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26547 | 4/26/2016 | 22108 |

| Job Date | Case No. |
|---|---|
| 4/22/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

EXPEDITED CERTIFIED TRANSCRIPT | ROUGH DRAFT
  Jim Ross      2,115.34
VIDEOSYNC OF:
  Jim Ross      570.00

**TOTAL DUE   >>>**     **$2,685.34**

Location of Job   : Perkins Coie
    Suite 700
    10885 NE 4th Street
    Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

(-) **Payments/Credits:**   2,685.34
(+) **Finance Charges/Debits:**   0.00
(=) **New Balance:**   **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 26547
Invoice Date   : 4/26/2016
**Total Due**   : **$0.00**

Remit To: **Lexitas**
**P.O. Box 734298**
**Dept. 2037**

**Dallas, TX 75373-4298**

Job No.   : 22108
BU ID   : NATIONAL
Case No.   : 2:15-CV-00528-JNP-PMW
Case Name   : Corel Software, LLC vs. Microsoft Corporation

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

**Bill To:  FMLopacinski**

Jon Lamberson
Fish & Richardson PC
500 Arguello St.
Suite 500
Redwood City, CA, 94063

| | |
|---|---|
| **Invoice #:** | SD2631576 |
| **Invoice Date:** | 5/11/2016 |
| **Balance Due:** | $2,147.92 |

| | | | |
|---|---|---|---|
| **Case:** | Corel Software, LLC v. Microsoft Corporation | **Billing #:** | 42342-0001LL1 |
| **Job #:** | 2298928 | Job Date: 4/26/2016 | Delivery: Normal | | |
| **Billing Atty:** | Jon Lamberson | | |
| **Location:** | Reed Smith | | |
| | 101 Second Street | Suite 1800 | San Francisco, CA 94105 | | |
| **Sched Atty:** | Jon Lamberson | Fish & Richardson PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 296.00 | $1,287.60 |
| | Attendance Fee | 1 | 1.00 | $100.00 |
| | Rough Draft | Page | 296.00 | $399.60 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $55.00 |
| Robert S. Amen | Production & Processing | 1 | 1.00 | $50.00 |
| | Parking Expense | Per hour | 1.00 | $36.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 61.00 | $15.25 |
| | Scanning (Color) | | 481.00 | $168.35 |
| | Shipping & Handling | Package | 1.00 | $36.12 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,147.92 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,147.92 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SD2631576 |
| **Job #:** | 2298928 |
| **Invoice Date:** | 5/11/2016 |
| **Balance:** | $2,147.92 |

43213

# I N V O I C E

1 of 1


depo international
worldwide deposition services

is now


LEXITAS™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26754 | 5/5/2016 | 22400 |

| Job Date | Case No. | |
|---|---|---|
| 5/3/2016 | 2:15-CV-00528-JNP-PMW | |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Terry Crowley                    582.15
VIDEOSYNC OF:
    Terry Crowley                    401.25

**TOTAL DUE   >>>**           **$983.40**

Location of Job   : Perkins Coie - Seattle
                 Suite 4900
                 1201 Third Avenue
                 Seattle, WA 98101

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**         983.40
**(+) Finance Charges/Debits:**      0.00
**(=) New Balance:**           **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.    : 26754
Invoice Date   : 5/5/2016
**Total Due**      : **$0.00**

Remit To: **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

Job No.       : 22400
BU ID        : NATIONAL
Case No.     : 2:15-CV-00528-JNP-PMW
Case Name   : Corel Software, LLC vs. Microsoft
                Corporation

# I N V O I C E

1 of 1

 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27106 | 5/19/2016 | 22399 |

| Job Date | Case No. |
|---|---|
| 5/17/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
   Timothy Briggs                                      1,051.35
VIDEOSYNC OF:
     Timothy Briggs                                     560.63

**TOTAL DUE  >>>**        **$1,611.98**

Location of Job  : Perkins Coie
                Suite 700
                10885 NE 4th Street
                Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**(-) Payments/Credits:**     1,611.98
**(+) Finance Charges/Debits:**     0.00
**(=) New Balance:**     **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 27106
Invoice Date  : 5/19/2016
**Total Due**    : **$0.00**

Remit To: **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

Job No.      : 22399
BU ID       : NATIONAL
Case No.    : 2:15-CV-00528-JNP-PMW
Case Name  : Corel Software, LLC vs. Microsoft
                Corporation

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Francine Lopancinski |  |  | Invoice #: | SD2658104 |
|---|---|---|---|---|---|
|  | Fish & Richardson PC |  |  | Invoice Date: | 6/8/2016 |
|  | 500 Arguello St. |  |  | Balance Due: | $1,594.51 |
|  | Suite 500 |  |  |  |  |
|  | Redwood City, CA, 94063 |  |  |  |  |

| Case: | Corel Software, LLC v. Microsoft Corporation | Billing #: | 42342-0001LL1 |
|---|---|---|---|
| Job #: | 2274570 \| Job Date: 5/17/2016 \| Delivery: Normal | C/M#: | 42342-0001LL1 |
| Billing Atty: | Francine Lopancinski |  |  |
| Location: | Robins Kaplan LLP, Minneapolis |  |  |
|  | 800 LaSalle Avenue \| Suite 2800 \| Minneapolis, MN 55402 |  |  |
| Sched Atty: | Jon Lamberson \| Fish & Richardson PC |  |  |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Gerard Metrailler | Video - Services |  | 9.50 | $1,567.50 |
|  | Shipping & Handling - Video Media | Package | 1.00 | $27.01 |

| Notes: |  | Invoice Total: | $1,594.51 |
|---|---|---|---|
|  |  | Payment: | $0.00 |
|  |  | Credit: | $0.00 |
|  |  | Interest: | $0.00 |
|  |  | Balance Due: | $1,594.51 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43213

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SD2658104 |
|---|---|
| Job #: | 2274570 |
| Invoice Date: | 6/8/2016 |
| Balance: | $1,594.51 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Francine Lopancinski<br>Fish & Richardson PC<br>500 Arguello St.<br>Suite 500<br>Redwood City, CA, 94063 | | | |
|---|---|---|---|---|

| | | **Invoice #:** | SD2660600 |
|---|---|---|---|
| | | **Invoice Date:** | 6/13/2016 |
| | | **Balance Due:** | $1,099.51 |

| **Case:** | Corel Software, LLC v. Microsoft Corporation | **Billing #:** | 42342-0001LL1 |
|---|---|---|---|
| **Job #:** | 2280912 | Job Date: 5/19/2016 | Delivery: Normal | **C/M#:** | 42342-0001LL1 |
| **Billing Atty:** | Francine Lopancinski | | |
| **Location:** | Robins Kaplan LLP, Minneapolis | | |
| | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402 | | |
| **Sched Atty:** | Jon Lamberson | Fish & Richardson PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Greg Wood 30(b)(6) | Video - Services | | 6.50 | $1,072.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $27.01 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,099.51 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,099.51 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43213

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | SD2660600 |
|---|---|
| **Job #:** | 2280912 |
| **Invoice Date:** | 6/13/2016 |
| **Balance:** | $1,099.51 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Francine Lopancinski<br>Fish & Richardson PC<br>500 Arguello St.<br>Suite 500<br>Redwood City, CA, 94063 | | | Invoice #:<br>Invoice Date:<br>Balance Due: | SD2653249<br>6/3/2016<br>$897.15 |

| | | | |
|---|---|---|---|
| **Case:** | Corel Software, LLC v. Microsoft Corporation | **Billing #:** | 42342-0001LL1 |
| **Job #:** | 2280912 \| Job Date: 5/19/2016 \| Delivery: Normal | **C/M#:** | 42342-0001LL1 |
| **Billing Atty:** | Francine Lopancinski | | |
| **Location:** | Robins Kaplan LLP, Minneapolis | | |
| | 800 LaSalle Avenue \| Suite 2800 \| Minneapolis, MN 55402 | | |
| **Sched Atty:** | Jon Lamberson \| Fish & Richardson PC | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 214.00 | $663.40 |
| | Attendance Fee | 1 | 1.00 | $100.00 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $55.00 |
| Greg Wood 30(b)(6) | Production & Processing | 1 | 1.00 | $25.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 71.00 | $17.75 |
| | Scanning (Color) | | 50.00 | $17.50 |
| | Electronic Delivery and Handling | Package | 1.00 | $18.50 |

| Notes: | | Invoice Total: | $897.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $897.15 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43213

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SD2653249 |
|---|---|
| Job #: | 2280912 |
| Invoice Date: | 6/3/2016 |
| Balance: | $897.15 |

# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27374 | 6/2/2016 | 22945 |

| Job Date | Case No. |
|---|---|
| 5/31/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Christi Davisson                                          649.75
VIDEOSYNC OF:
    Christi Davisson                                          260.63

**TOTAL DUE   >>>**          **$910.38**

Location of Job   : Perkins Coie
                 Suite 700
                 10885 NE 4th Street
                 Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 910.38 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

| | | |
|---|---|---|
| Invoice No. | : | 27374 |
| Invoice Date | : | 6/2/2016 |
| **Total Due** | : | **$0.00** |

Remit To: **Lexitas**
               **P.O. Box 734298**
               **Dept. 2037**

               **Dallas, TX 75373-4298**

| | | |
|---|---|---|
| Job No. | : | 22945 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:15-CV-00528-JNP-PMW |
| Case Name | : | Corel Software, LLC vs. Microsoft Corporation |

Catana Reporting
Services, a Veritext
Company



# INVOICE

**BILL TO**
Bryan K. Basso
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA  94063

**INVOICE #** 16-1654
**DATE** 20/06/2016

| SHIP DATE | TRACKING NO. | DATE OF EXAM |
|---|---|---|
| 20/06/2016 | 16-0765 | June 8 & 10, 2016 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Attendance | 2 | 390.00 | 780.00 |
| Examination of Adrian C. O'Donnell: | 256 | 4.30 | 1,100.80 |
| Examination of Kent Ledwell: | 266 | 4.30 | 1,143.80 |
| Expedite Fee | 522 | 1.50 | 783.00 |
| Deposit received | 1 | -500.00 | -500.00 |

| | |
|---|---|
| SUBTOTAL | 3,307.60 |
| HST (ON) @ 13% | 494.99 |
| TOTAL | 3,802.59 |
| PAYMENT | 3,802.59 |
| BALANCE DUE | **$0.00** |

HST 71637 6686RT0001

*** PAYMENT DUE UPON RECEIPT ***
MANY THANKS
Catana Reporting Services, a Veritext Company 800 - 170 Laurier Avenue West . Ottawa . Ontario . K1P 5V5 Tel:
(613) 231-4664 . 1-800-893-6272 . (613) 231-4605



# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27579 | 6/14/2016 | 23154 |

| Job Date | Case No. |
|---|---|
| 6/10/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Kira Stephens                            737.30
VIDEOSYNC OF:
    Kira Stephens                            424.38

**TOTAL DUE >>>**           **$1,161.68**

Location of Job   : Davis Wright Tremaine
                 Suite 2200
                 1201 Third Ave.
                 Seattle, WA 98101

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**     1,161.68
**(+) Finance Charges/Debits:**     0.00
**(=) New Balance:**     **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 27579
Invoice Date  : 6/14/2016
**Total Due**     : **$0.00**

Remit To: **Lexitas**
         **P.O. Box 734298**
         **Dept. 2037**

         **Dallas, TX 75373-4298**

Job No.    : 23154
BU ID      : NATIONAL
Case No.   : 2:15-CV-00528-JNP-PMW
Case Name  : Corel Software, LLC vs. Microsoft
             Corporation

# I N V O I C E


1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28397 | 7/29/2016 | 23589 |

| Job Date | Case No. |
|---|---|
| 7/19/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT
    Kathryn Griffith                                                          1,661.75
VIDEOSYNC OF:
    Kathryn Griffith                                                            570.00

**TOTAL DUE  >>>**        **$2,231.75**

Location of Job   : Perkins Coie
                    Suite 700
                    10885 NE 4th Street
                    Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**         2,231.75
**(+) Finance Charges/Debits:**         0.00
**(=) New Balance:**         **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 28397
Invoice Date   : 7/29/2016
**Total Due**     : **$0.00**

Remit To:  **Lexitas**
          **P.O. Box 734298**
          **Dept. 2037**

          **Dallas, TX 75373-4298**

Job No.      : 23589
BU ID       : NATIONAL
Case No.    : 2:15-CV-00528-JNP-PMW
Case Name  : Corel Software, LLC vs. Microsoft
              Corporation



# I N V O I C E

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28259 | 7/22/2016 | 23784 |

| Job Date | Case No. | |
|---|---|---|
| 7/20/2016 | 2:15-CV-00528-JNP-PMW | |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

EXPEDITED CERTIFIED TRANSCRIPT

    Matthew Androski                                      824.59

VIDEOSYNC OF:

    Matthew Androski                                      344.38

**TOTAL DUE  >>>**         **$1,168.97**

Location of Job   : Perkins Coie
                 Suite 700
                 10885 NE 4th Street
                 Bellevue, WA 98004

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

**( - ) Payments/Credits:**    1,168.97
**(+) Finance Charges/Debits:**    0.00
**(=) New Balance:**    **$0.00**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

Invoice No.   : 28259
Invoice Date  : 7/22/2016
**Total Due**    : **$0.00**

Remit To: **Lexitas**
            **P.O. Box 734298**
            **Dept. 2037**

            **Dallas, TX 75373-4298**

Job No.     : 23784
BU ID      : NATIONAL
Case No.   : 2:15-CV-00528-JNP-PMW
Case Name : Corel Software, LLC vs. Microsoft
              Corporation

 is now 

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28528 | 8/5/2016 | 23860 |

| Job Date | Case No. |
|---|---|
| 7/21/2016 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

CERTIFIED TRANSCRIPT | ROUGH DRAFT
    Aparna Lakshmi Ratan, Ph.D.                      705.50
VIDEOSYNC OF:
    Aparna Lakshmi Ratan, Ph.D.                      306.88

**TOTAL DUE  >>>**      **$1,012.38**

Location of Job   : Fish & Richardson
                  Suite 500
                  500 Arguello Street
                  Redwood City, CA 94063

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 1,012.38 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA 94063

| | | |
|---|---|---|
| Invoice No. | : | 28528 |
| Invoice Date | : | 8/5/2016 |
| **Total Due** | : | **$0.00** |

Remit To: **Lexitas**
           **P.O. Box 734298**
           **Dept. 2037**

           **Dallas, TX 75373-4298**

| | | |
|---|---|---|
| Job No. | : | 23860 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:15-CV-00528-JNP-PMW |
| Case Name | : | Corel Software, LLC vs. Microsoft Corporation |

# I N V O I C E

2 of 2

 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 25737 | 3/18/2016 | 21225 |

| Job Date | Case No. | |
|---|---|---|
| 3/16/2016 | 2:15-CV-00528-JNP-PMW | |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Frank Scherkenbach
Fish & Richardson
One Marina Park Drive
Boston, MA 02210-1878

If you have any questions, you may contact our billing department:
Billing@depointernational.com

Thank you for your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 1,183.28 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Frank Scherkenbach
Fish & Richardson
One Marina Park Drive
Boston, MA 02210-1878

| | | |
|---|---|---|
| Invoice No. | : 25737 |
| Invoice Date | : 3/18/2016 |
| **Total Due** | : **$0.00** |

Remit To: **Lexitas**
**P.O. Box 734298**
**Dept. 2037**

**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 21225 |
| BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

# INVOICE



Depo International
703 South Eighth Street
Las Vegas, NV 89101
Ph: 800.591.9722  Fax: 702.386.9825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43195 | 10/15/2018 | 39234 |

| Job Date | Case No. |
|---|---|
| 10/11/2018 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

ONE ELECTRONIC CERTIFIED TRANSCRIPT
    30(b)(6) Matthew Androski - CONFIDENTIAL - ATTORNEYS' EYES ONLY      1,285.70
MPEG-1 Video Sync of:
    30(b)(6) Matthew Androski - CONFIDENTIAL - ATTORNEYS' EYES ONLY      836.25

**TOTAL DUE  >>>    $2,121.95**

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payments

If you have any questions about this invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

**Tax ID:** 45-0581340                      Phone: 650-839-5070   Fax:

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

| | | | |
|---|---|---|---|
| Job No. | : 39234 | BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW | | |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation | | |
| Invoice No. | : 43195 | Invoice Date | : 10/15/2018 |
| **Total Due** | **: $2,121.95** | | |

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:          Phone#: |
| Billing Address: |
| Zip:          Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:   **Depo International**
                **1330 Jersey Avenue South**
                **Minneapolis, MN  55426**

# INVOICE



**Depo International**
703 South Eighth Street
Las Vegas, NV 89101
Ph: 800.591.9722  Fax: 702.386.9825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43387 | 10/31/2018 | 39303 |

| Job Date | Case No. | |
|---|---|---|
| 10/18/2018 | 2:15-CV-00528-JNP-PMW | |

| Case Name | | |
|---|---|---|
| Corel Software, LLC vs. Microsoft Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt (1.5%/mo & collection) | | |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

ONE ELECTRONIC CERTIFIED TRANSCRIPT
Jay Paulus - CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              761.15

                                                                    TOTAL DUE >>>          $761.15

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payments

If you have any questions about this invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

**Tax ID:** 45-0581340                                                        Phone: 650-839-5070  Fax:

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

| | | |
|---|---|---|
| Job No. | : 39303 | BU ID  : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW | |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation | |
| Invoice No. | : 43387 | Invoice Date  : 10/31/2018 |
| **Total Due** | **: $761.15** | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Depo International**
            **1330 Jersey Avenue South**
            **Minneapolis, MN  55426**

# I N V O I C E



**Depo International**
703 South Eighth Street
Las Vegas, NV 89101
Ph: 800.591.9722  Fax: 702.386.9825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43619 | 10/31/2018 | 39303 |

| Job Date | Case No. |
|---|---|
| 10/18/2018 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

MPEG-1 Video Sync of:

Jay Paulus - CONFIDENTIAL - ATTORNEYS' EYES ONLY - VIDEO          428.75

**TOTAL DUE  >>>**          **$428.75**

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payments

If you have any questions about this invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

**Tax ID:** 45-0581340                                                      Phone: 650-839-5070   Fax:

---

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

| | | | |
|---|---|---|---|
| Job No. | : 39303 | BU ID | : NATIONAL |
| Case No. | : 2:15-CV-00528-JNP-PMW | | |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation | | |
| Invoice No. | : 43619 | Invoice Date | : 10/31/2018 |
| **Total Due** | : **$428.75** | | |

**PAYMENT WITH CREDIT CARD**

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:    **Depo International**
             **1330 Jersey Avenue South**
             **Minneapolis, MN  55426**

2018112900182233



# INVOICE

**Depo International**
703 South Eighth Street
Las Vegas, NV 89101
Ph: 800.591.9722  Fax: 702.386.9825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44934 | 1/29/2019 | 40002 |

| Job Date | Case No. |
|---|---|
| 1/18/2019 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

CERTIFIED TRANSCRIPT

30(b)(6) Igor Zaika - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            703.95

**TOTAL DUE >>>            $703.95**

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payments

If you have any questions about this Invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

**Tax ID:** 45-0581340                                    Phone: 650-839-5070   Fax:

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, CA  94063

| | | |
|---|---|---|
| Invoice No. | : | 44934 |
| Invoice Date | : | 1/29/2019 |
| **Total Due** | : | **$703.95** |

| | | |
|---|---|---|
| Job No. | : | 40002 |
| BU ID | : | NATIONAL |
| Case No. | : | 2:15-CV-00528-JNP-PMW |
| Case Name | : | Corel Software, LLC vs. Microsoft Corporation |

Remit To:  **Depo International**
          **1330 Jersey Avenue South**
          **Minneapolis, MN  55426**

201901300018520S

# INVOICE

The Sullivan Group of Court Reporters, Inc.
P.O. Box 2500
Pasadena, CA  91102
Phone:323-525-3860   Fax:323-938-8750

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80730 | 5/10/2019 | 78156 |

| Job Date | Case No. | |
|---|---|---|
| 5/2/2019 | 215CV00528JNPPMW | |

| Case Name | | |
|---|---|---|
| COREL SOFTWARE, LLC V. MICROSOFT CORPORATION | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Accounts Payable
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

Original and 1 Certified Copy of Transcript of:

DR. BENJAMIN BEDERSON

| | | |
|---|---|---|
| Transcript (O&1) VID | 135.00 | 621.00 |
| Per Diem | | 100.00 |
| Video Fee | 114.00 | 28.50 |
| Rough ASCII | 114.00 | 176.70 |
| Expedite Fee | | 497.61 |
| Tabs | 3.00 | 1.50 |
| Exhibits (color) Hard copy and scanned | 6.00 | 6.60 |
| Production and Processing | | 65.00 |
| | TOTAL DUE >>> | $1,496.91 |

Client Matter No.   :  42342/0001LL1
Ordered By          :  Mr. Jonathan J. Lamberson
                       Fish & Richardson, P.C.
                       500 Arguello Street, Suite 500
                       Redwood City, CA 94063

Invoices are due upon receipt. Should we require a third party collection agency to collect the outstanding balance a 25% collection fee
will apply.

We accept Visa and Mastercard. If you would like to make a credit card payment, please use this link;

**Tax ID:** 46-1046134                                                                    Phone: 650-839-5068   Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063

| | | |
|---|---|---|
| Invoice No. | : | 80730 |
| Invoice Date | : | 5/10/2019 |
| **Total Due** | : | **$1,496.91** |

Remit To:   **The Sullivan Group of Court Reporters, Inc.**
            **P.O. Box 2500**
            **Pasadena, CA  91102**

| | | |
|---|---|---|
| Job No. | : | 78156 |
| BU ID | : | M&L |
| Case No. | : | 215CV00528JNPPMW |
| Case Name | : | COREL SOFTWARE, LLC V. MICROSOFT CORPORATION |

# INVOICE

The Sullivan Group of Court Reporters, Inc.
P.O. Box 2500
Pasadena, CA 91102
Phone:323-525-3860   Fax:323-938-8750

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80800 | 5/13/2019 | 78183 |

| Job Date | Case No. |
|---|---|
| 5/2/2019 | 215CV00528JNPPMW |

| Case Name |
|---|
| COREL SOFTWARE, LLC V. MICROSOFT CORPORATION |

| Payment Terms |
|---|
| Net 30 |

Accounts Payable
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Videotaped Deposition of:
    DR. BENJAMIN BEDERSON

| | | | |
|---|---|---|---|
| Video Fee | 4.00 | | 700.00 |
| After Hours | 0.50 | Hours | 131.25 |
| Shipping & Handling | | | 35.00 |
| | **TOTAL DUE  >>>** | | **$866.25** |

Client Matter No.: 42342/0001LL1
Ordered By       : Mr. Jonathan J. Lamberson
                   Fish & Richardson, P.C.
                   500 Arguello Street, Suite 500
                   Redwood City, CA 94063

Invoices are due upon receipt. Should we require a third party collection agency to collect the outstanding balance a 25% collection fee will apply.

We accept Visa and Mastercard. If you would like to make a credit card payment, please use this link;
https://sullivangroup.securepayments.cardpointe.com/pay?total=0.00

For billing questions please email; billing@sullivancourtreporters.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$866.25** |

**Tax ID:** 46-1046134                                              Phone: 650-839-5068   Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

| | | |
|---|---|---|
| Invoice No. | : | 80800 |
| Invoice Date | : | 5/13/2019 |
| **Total Due** | : | **$ 866.25** |

Remit To: **The Sullivan Group of Court Reporters, Inc.**
          **P.O. Box 2500**
          **Pasadena, CA 91102**

| | | |
|---|---|---|
| Job No. | : | 78183 |
| BU ID | : | M&L VIDEO |
| Case No. | : | 215CV00528JNPPMW |
| Case Name | : | COREL SOFTWARE, LLC V. MICROSOFT CORPORATION |

201905270019035<!-- -->0

# INVOICE

1 of 1

 is now **LEXITAS**™

depo international
worldwide deposition services

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65633 | 6/8/2023 | 58612 |

| Job Date | Case No. | |
|---|---|---|
| 5/25/2023 | 2:15-CV-00528-JNP-PMW | |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

CERTIFIED TRANSCRIPT
   Kathryn Griffith

492.55

**TOTAL DUE  >>>**                           **$492.55**

Location of Job   : https://depointernational.zoom.us/j/85447109262

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payment/

If you have any questions about this invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 65633 |
| Invoice Date | : 6/8/2023 |
| **Total Due** | **: $492.55** |

Remit To: **Lexitas**
        **P.O. Box 734298**
        **Dept. 2037**

        **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 58612 |
| BU ID | : 1-DI MN |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

# INVOICE

1 of 1

 is now 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65677 | 6/8/2023 | 58608 |

| Job Date | Case No. |
|---|---|
| 5/26/2023 | 2:15-CV-00528-JNP-PMW |

| Case Name |
|---|
| Corel Software, LLC vs. Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Jonathan J. Lamberson
White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

---

CERTIFIED TRANSCRIPT
   Mike Allen                                                          458.55

**TOTAL DUE  >>>**        **$458.55**

Location of Job  :  https://depointernational.zoom.us/j/83295396549

TO PAY YOUR INVOICE ONLINE, please visit: https://depointernational.com/secure-online-payment/

If you have any questions about this invoice, you may contact our billing department at:
billing@depointernational.com | 800-591-9722

Thank you for your business!

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$458.55** |

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan J. Lamberson
White & Case LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 65677 |
| Invoice Date | : 6/8/2023 |
| **Total Due** | : **$458.55** |

Remit To: **Lexitas**
             **P.O. Box 734298**
             **Dept. 2037**

             **Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 58608 |
| BU ID | : 1-DI MN |
| Case No. | : 2:15-CV-00528-JNP-PMW |
| Case Name | : Corel Software, LLC vs. Microsoft Corporation |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Jonathan J Lamberson
White & Case LLP
3000 El Camino Real, 9th Floor
2 Palo Alto Square
Palo Alto, CA, 94306

| | |
|---|---|
| **Invoice #:** | **6710502** |
| **Invoice Date:** | **7/14/2023** |
| **Balance Due:** | **$1,068.00** |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPJCB) | Proceeding Type: Depositions |
|---|---|

Job #: 5986263   |   Job Date: 6/30/2023   |   Delivery: Normal          Client Matter No.: 1629050-0008

| | | |
|---|---|---|
| Location: | Los Angeles, CA | |
| Billing Atty: | Jonathan J Lamberson | |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Marc E Levitt PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 2.00 | $210.00 | $420.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 3.00 | $15.00 | $45.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,068.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,068.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:**  6710502
**Invoice Date:** 7/14/2023
**Balance Due:** $1,068.00

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Jonathan J Lamberson | **Invoice #:** | **6682925** |
| White & Case LLP | **Invoice Date:** | **7/2/2023** |
| 3000 El Camino Real, 9th Floor | **Balance Due:** | **$3,216.80** |
| 2 Palo Alto Square | | |
| Palo Alto, CA, 94306 | | |

| **Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPJCB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5986263    |    Job Date: 6/30/2023    |    Delivery: Daily                                  Client Matter No.: 1629050-0008

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Marc E. Levitt, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 111.00 | $6.30 | $699.30 |
| Transcript Services - Priority Request | 111.00 | $7.60 | $843.60 |
| Transcript - Supplemental Surcharges* | 111.00 | $1.20 | $133.20 |
| Rough Draft | 111.00 | $1.95 | $216.45 |
| Realtime Services | 111.00 | $2.10 | $233.10 |
| Attendance - Half Day | 1.00 | $175.00 | $175.00 |
| Exhibits | 71.00 | $0.65 | $46.15 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #: 6682925** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date: 7/2/2023** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Balance Due: $3,216.80** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

42656

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | **Invoice Total:** | **$3,216.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,216.80** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  6682925**
**Invoice Date: 7/2/2023**
**Balance Due: $3,216.80**

Pay by Credit Card: www.veritext.com

42656



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222056 | 4/30/2024 | 164725 |

| Job Date | Case No. | |
|---|---|---|
| 4/22/2024 | 215CV00528JNPPMW | |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

TRANSCRIPT COPY TO:
    John Mulgrew                                      1,331.95
VIDEO SERVICES:
    John Mulgrew (VID)                                  325.00

**TOTAL DUE  >>>**                     **$1,656.95**

Location of Job  : Regus Business Center
                    Suite 100, Building F
                    2018 156th Ave NE
                    Bellevue, WA 98007

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 222056
Invoice Date  : 4/30/2024
**Total Due**    : **$1,656.95**

Remit To:  **Lexitas Legal - MN**
           **PO Box 734298**
           **Dept. 2023**
           **Dallas , TX 75373-4298**

Job No.      : 164725
BU ID        : MN
Case No.    : 215CV00528JNPPMW
Case Name  : Corel Software v Microsoft Corporation



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222056 | 4/30/2024 | 164725 |

| Job Date | Case No. |
|---|---|
| 4/22/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 222056 |
| Invoice Date | : 4/30/2024 |
| **Total Due** | **: $1,656.95** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| | |
|---|---|
| Job No. | : 164725 |
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222626 | 5/9/2024 | 164726 |

| Job Date | Case No. |
|---|---|
| 4/24/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

TRANSCRIPT COPY TO:
    Andy Himberger                                          489.15
VIDEO SERVICES:
    Andy Himberger (VID)                                  195.00

**TOTAL DUE  >>>**          **$684.15**

Location of Job   : Klarquist Sparkman LLP
                     Portland Office
                     One World Trade Center
                     Suite 1600
                     121 S.W. Salmon Street
                     Portland, OR 97204

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 222626
Invoice Date   : 5/9/2024
**Total Due**    : **$684.15**

Job No.      : 164726
BU ID        : MN
Case No.    : 215CV00528JNPPMW
Case Name  : Corel Software v Microsoft Corporation

Remit To:  **Lexitas Legal - MN**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas , TX 75373-4298**

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222626 | 5/9/2024 | 164726 |

| Job Date | Case No. |
|---|---|
| 4/24/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 222626
Invoice Date : 5/9/2024
**Total Due**   : **$684.15**

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

Job No.      : 164726
BU ID        : MN
Case No.     : 215CV00528JNPPMW
Case Name  : Corel Software v Microsoft Corporation



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222594 | 5/14/2024 | 164727 |

| Job Date | Case No. | |
|---|---|---|
| 4/26/2024 | 215CV00528JNPPMW | |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

TRANSCRIPT COPY TO:

Tanya Moore                                                                            620.05

VIDEO SERVICES:

Tanya Moore (VID)                                                                      325.00

**TOTAL DUE  >>>**                                                                 **$945.05**

Location of Job    : Regus Business Center
                     Suite 100, Building F
                     2018 156th Ave NE
                     Bellevue, WA 98007

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.    : 222594
Invoice Date   : 5/14/2024
**Total Due**      : **$945.05**

Remit To: **Lexitas Legal - MN**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas , TX 75373-4298**

Job No.      : 164727
BU ID        : MN
Case No.     : 215CV00528JNPPMW
Case Name    : Corel Software v Microsoft Corporation



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222594 | 5/14/2024 | 164727 |

| Job Date | Case No. |
|---|---|
| 4/26/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 222594
Invoice Date  : 5/14/2024
**Total Due**    : **$945.05**

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

Job No.      : 164727
BU ID        : MN
Case No.     : 215CV00528JNPPMW
Case Name    : Corel Software v Microsoft Corporation

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223067 | 5/14/2024 | 165133 |
| Job Date | Case No. | |
| 5/2/2024 | 215CV00528JNPPMW | |
| Case Name | | |
| Corel Software v Microsoft Corporation | | |
| Payment Terms | | |
| Due upon receipt | | |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| TRANSCRIPT COPY TO: | |
| Brian Haslam | 1,122.55 |
| VIDEO SERVICES: | |
| Brian Haslam (VID) | 520.00 |
| **TOTAL DUE  >>>** | **$1,642.55** |

Location of Job    : Davinci Meeting Rooms
Suite 200
22525 Southeast 64th Place
Issaquah, WA 98027

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 223067 |
| Invoice Date | : 5/14/2024 |
| **Total Due** | **: $1,642.55** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| | |
|---|---|
| Job No. | : 165133 |
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223067 | 5/14/2024 | 165133 |

| Job Date | Case No. |
|---|---|
| 5/2/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | | |
|---|---|---|
| Invoice No. | : | 223067 |
| Invoice Date | : | 5/14/2024 |
| **Total Due** | : | **$1,642.55** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| | | |
|---|---|---|
| Job No. | : | 165133 |
| BU ID | : | MN |
| Case No. | : | 215CV00528JNPPMW |
| Case Name | : | Corel Software v Microsoft Corporation |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson<br>White & Case LLP<br>3000 El Camino Real, 9th Floor<br>2 Palo Alto Square<br>Palo Alto, CA, 94306 | Invoice #: | 7727897 |
|---|---|---|---|
| | | Invoice Date: | 9/19/2024 |
| | | Balance Due: | $3,048.55 |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

Job #: 6870962    |    Job Date: 9/5/2024    |    Delivery: Normal                                    Client Matter No.: 1629050-0008

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Jonathan D Robinson , MS | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 121.00 | $6.35 | $768.35 |
| Transcript - Supplemental Surcharges* | 121.00 | $1.50 | $181.50 |
| Rough Draft | 121.00 | $2.10 | $254.10 |
| Realtime Services | 121.00 | $2.30 | $278.30 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Exhibits | 402.00 | $0.65 | $261.30 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $55.00 | $55.00 |

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name:Veritext<br>Bank Name:BMO Harris Bank<br>Account No:4353454 ABA:071000288<br>Swift: HATRUS44 | Invoice #:  7727897<br>Invoice Date:  9/19/2024<br>Balance Due:  $3,048.55 |
|---|---|---|

Pay by Credit Card: www.veritext.com

42656

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,048.55** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,048.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7727897** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Invoice Date:  9/19/2024** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $3,048.55** |

Pay by Credit Card: www.veritext.com

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Jonathan J Lamberson
White & Case LLP
3000 El Camino Real, 9th Floor
2 Palo Alto Square
Palo Alto, CA, 94306

| | |
|---|---|
| Invoice #: | 7747057 |
| Invoice Date: | 9/27/2024 |
| Balance Due: | $1,305.50 |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

Job #: 6870962  |  Job Date: 9/5/2024  |  Delivery: Normal     Client Matter No.: 1629050-0008

Location:           San Francisco, CA

Billing Atty:       Jonathan J Lamberson

Scheduling Atty:    Jonathan J Lamberson | White & Case LLP

| Witness: Jonathan D Robinson , MS | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $537.50 | $537.50 |
| Video - Additional Hours | 3.00 | $215.00 | $645.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 3.00 | $15.00 | $45.00 |

| Notes: | Invoice Total: | $1,305.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,305.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 7747057 |
| Invoice Date: | 9/27/2024 |
| Balance Due: | $1,305.50 |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson |
| | White & Case LLP |
| | 3000 El Camino Real, 9th Floor |
| | 2 Palo Alto Square |
| | Palo Alto, CA, 94306 |

| | |
|---|---|
| **Invoice #:** | **7746005** |
| **Invoice Date:** | **9/26/2024** |
| **Balance Due:** | **$4,115.55** |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

Job #: 6880977  |  Job Date: 9/13/2024  |  Delivery: Normal                    Client Matter No.: 1629050-0008

| Location: | San Francisco, CA |
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Marc E. Levitt, Ph.D., Volume 2 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 246.00 | $6.35 | $1,562.10 |
| Transcript - Supplemental Surcharges* | 246.00 | $1.50 | $369.00 |
| Rough Draft | 246.00 | $2.10 | $516.60 |
| Realtime Services | 246.00 | $2.30 | $565.80 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Exhibits | 257.00 | $0.65 | $167.05 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:** **7746005** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:** **9/26/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:** **$4,115.55** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Notes:   *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | **Invoice Total:** | **$4,115.55** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,115.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7746005**
**Invoice Date:  9/26/2024**
**Balance Due:  $4,115.55**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson<br>White & Case LLP<br>3000 El Camino Real, 9th Floor<br>2 Palo Alto Square<br>Palo Alto, CA, 94306 | | |
|---|---|---|---|

| | Invoice #: | 7774417 |
|---|---|---|
| | Invoice Date: | 10/8/2024 |
| | Balance Due: | $2,440.50 |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

| Job #: 6880977  |  Job Date: 9/13/2024  |  Delivery: Normal | Client Matter No.: 1629050-0008 |
|---|---|

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Marc E Levitt PhD Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $537.50 | $537.50 |
| Video - Additional Hours | 8.00 | $215.00 | $1,720.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |

| Notes: | Invoice Total: | $2,440.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,440.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name:Veritext<br>Bank Name:BMO Harris Bank<br>Account No:4353454 ABA:071000288<br>Swift: HATRUS44 | Invoice #:  7774417<br><br>Invoice Date:  10/8/2024<br><br>Balance Due:  $2,440.50 |
|---|---|---|

Pay by Credit Card: www.veritext.com

42656

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson | | |
|---|---|---|---|
| | White & Case LLP | **Invoice #:** | **7782018** |
| | 3000 El Camino Real, 9th Floor | **Invoice Date:** | **10/10/2024** |
| | 2 Palo Alto Square | **Balance Due:** | **$2,655.50** |
| | Palo Alto, CA, 94306 | | |

| **Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6881073   |   Job Date: 9/17/2024   |   Delivery: Normal          Client Matter No.: 1629050-0008

Location:            San Francisco, CA

Billing Atty:        Jonathan J Lamberson

Scheduling Atty:  Jonathan J Lamberson | White & Case LLP

| Witness: Benjamin Bederson PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $537.50 | $537.50 |
| Video - Additional Hours | 6.00 | $215.00 | $1,290.00 |
| Video - Extended Hours | 2.00 | $315.00 | $630.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 8.00 | $15.00 | $120.00 |

| Notes: | Invoice Total: | $2,655.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,655.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  7782018** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  10/10/2024** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:  $2,655.50** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

42656

Deposition Transcripts

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson |
| | White & Case LLP |
| | 3000 El Camino Real, 9th Floor |
| | 2 Palo Alto Square |
| | Palo Alto, CA, 94306 |

| | |
|---|---|
| Invoice #: | 7728535 |
| Invoice Date: | 9/20/2024 |
| Balance Due: | $4,443.65 |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

Job #: 6881073   |   Job Date: 9/17/2024   |   Delivery: Normal                    Client Matter No.: 1629050-0008

| Location: | San Francisco, CA |
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Benjamin Bederson, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 224.00 | $6.35 | $1,422.40 |
| Transcript - Supplemental Surcharges* | 224.00 | $0.75 | $168.00 |
| Rough Draft | 224.00 | $2.10 | $470.40 |
| Realtime Services | 224.00 | $2.30 | $515.20 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Exhibits | 781.00 | $0.65 | $507.65 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

---

| Remit to: | Pay By ACH (Include invoice numbers): | |
| Veritext | A/C Name:Veritext | Invoice #: 7728535 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Invoice Date: 9/20/2024 |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | Balance Due: $4,443.65 |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | |

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|---|
| | | **Invoice Total:** | **$4,443.65** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$4,443.65** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7728535

**Invoice Date:** 9/20/2024

**Balance Due:** $4,443.65



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233259 | 9/30/2024 | 172081 |

| Job Date | Case No. |
|---|---|
| 9/19/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

TRANSCRIPT COPY TO:
    Cory Plock

717.90

**TOTAL DUE  >>>**                    **$717.90**

Location of Job    : Remote Zoom

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 233259 |
| Invoice Date | : 9/30/2024 |
| **Total Due** | **: $717.90** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| | |
|---|---|
| Job No. | : 172081 |
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233259 | 9/30/2024 | 172081 |

| Job Date | Case No. | |
|---|---|---|
| 9/19/2024 | 215CV00528JNPPMW | |

| Case Name | |
|---|---|
| Corel Software v Microsoft Corporation | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 233259 |
| Invoice Date | : 9/30/2024 |
| **Total Due** | **: $717.90** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| | |
|---|---|
| Job No. | : 172081 |
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jonathan J Lamberson |
| | White & Case LLP |
| | 3000 El Camino Real, 9th Floor |
| | 2 Palo Alto Square |
| | Palo Alto, CA, 94306 |

| | |
|---|---|
| **Invoice #:** | **7771904** |
| **Invoice Date:** | **10/8/2024** |
| **Balance Due:** | **$4,470.60** |

| **Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6870701   |   Job Date: 9/24/2024   |   Delivery: Normal                    Client Matter No.: 1629050-0008

| Location: | San Francisco, CA |
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Roy Weinstein | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 189.00 | $6.35 | $1,200.15 |
| Transcript - Supplemental Surcharges* | 189.00 | $1.50 | $283.50 |
| Rough Draft | 189.00 | $2.10 | $396.90 |
| Realtime Services | 189.00 | $2.30 | $434.70 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Exhibits | 1139.00 | $0.65 | $740.35 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | A/C Name:Veritext | **Invoice #: 7771904** |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | **Invoice Date: 10/8/2024** |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | **Balance Due: $4,470.60** |

Pay by Credit Card: www.veritext.com

42656

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$4,470.60** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,470.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7771904**

**Invoice Date:  10/8/2024**

**Balance Due:  $4,470.60**

42656

Deposition Transcripts

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | Invoice #: | 7796570 |
|---|---|---|---|
| Bill To: | Jonathan J Lamberson | Invoice Date: | 10/16/2024 |
| | White & Case LLP | Balance Due: | $1,765.50 |
| | 3000 El Camino Real, 9th Floor | | |
| | 2 Palo Alto Square | | |
| | Palo Alto, CA, 94306 | | |

| Case: Corel Software, LLC v. Microsoft Corporation (2:15cv00528JNPDBP) | Proceeding Type: Depositions |
|---|---|

Job #: 6870701    |    Job Date: 9/24/2024    |    Delivery: Normal          Client Matter No.: 1629050-0008

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Jonathan J Lamberson |
| Scheduling Atty: | Jonathan J Lamberson | White & Case LLP |

| Witness: Roy Weinstein | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $537.50 | $537.50 |
| Video - Additional Hours | 5.00 | $215.00 | $1,075.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 5.00 | $15.00 | $75.00 |

| Notes: | Invoice Total: | $1,765.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,765.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | Invoice #:  7796570 |
|---|---|---|
| Veritext | A/C Name:Veritext | Invoice Date:  10/16/2024 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Balance Due:  $1,765.50 |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | |

Pay by Credit Card: www.veritext.com

# INVOICE

1 of 2

**LEXITAS**™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233667 | 10/8/2024 | 172085 |

| Job Date | Case No. |
|---|---|
| 9/26/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Henry Huang
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

TRANSCRIPT COPY TO:
   John Hansen

1,421.70

**TOTAL DUE  >>>**                          **$1,421.70**

Location of Job    : Remote Zoom

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Henry Huang
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 233667
Invoice Date  : 10/8/2024
**Total Due**    $1,421.70

Remit To:  **Lexitas Legal - MN**
       **PO Box 734298**
       **Dept. 2023**
       **Dallas , TX 75373-4298**

Job No.      : 172085
BU ID        : MN
Case No.     : 215CV00528JNPPMW
Case Name    : Corel Software v Microsoft Corporation



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233667 | 10/8/2024 | 172085 |

| Job Date | Case No. | |
|---|---|---|
| 9/26/2024 | 215CV00528JNPPMW | |

| Case Name | | |
|---|---|---|
| Corel Software v Microsoft Corporation | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Henry Huang
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

---

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Henry Huang
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| Invoice No. | : 233667 |
|---|---|
| Invoice Date | : 10/8/2024 |
| **Total Due** | : **$1,421.70** |

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

| Job No. | : 172085 |
|---|---|
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233957 | 10/10/2024 | 172087 |

| Job Date | Case No. |
|---|---|
| 9/30/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

---

TRANSCRIPT COPY TO:
    Dan Olsen                                                1,796.15

VIRTUAL VIDEO SERVICES:
    Dan Olsen (VID)                                       605.00

**TOTAL DUE  >>>**             **$2,401.15**

Location of Job : Remote Zoom

California Firm Registration #179 Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments.

Online credit card payments can be made at www.lexitaslegal.com/pay-invoice
Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York
All remittance advices should be sent to remittance@lexitaslegal.com

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614
All remittance advices should be sent to remittance@lexitaslegal.com

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

| | |
|---|---|
| Invoice No. | : 233957 |
| Invoice Date | : 10/10/2024 |
| **Total Due** | **: $2,401.15** |

| | |
|---|---|
| Job No. | : 172087 |
| BU ID | : MN |
| Case No. | : 215CV00528JNPPMW |
| Case Name | : Corel Software v Microsoft Corporation |

Remit To: **Lexitas Legal - MN**
         **PO Box 734298**
         **Dept. 2023**
         **Dallas , TX 75373-4298**



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 233957 | 10/10/2024 | 172087 |

| Job Date | Case No. |
|---|---|
| 9/30/2024 | 215CV00528JNPPMW |

| Case Name |
|---|
| Corel Software v Microsoft Corporation |

| Payment Terms |
|---|
| Due upon receipt |

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

---

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

We appreciate your business and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jonathan Lamberson
White & Case
3000 El Camino Real, 2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Invoice No.   : 233957
Invoice Date  : 10/10/2024
**Total Due**    : **$2,401.15**

Remit To: **Lexitas Legal - MN**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

Job No.      : 172087
BU ID        : MN
Case No.     : 215CV00528JNPPMW
Case Name    : Corel Software v Microsoft Corporation