# EXHIBIT C

**EXHIBIT C**

# SWIFT ATTORNEY SERVICE

| Thursday December 03, 2015 | **INVOICE** | FISH.135299 |

P.O. BOX 5324
500 ALLERTON STREET, SUITE 105
Redwood City, CA 94063
Telephone: (650)364-9612 , FAX: (650)364-3305 Tax ID: 94-2768333

Attention: FRANCINE
FISH & RICHARDSON
500 Arguello Street, Suite 500
Redwood City CA 94063

Attorney File #: **42342/0001LL1**
Client Matter #: 42342/0001LL1
Case #: 2:15-CV-00528-JNP
Court: UNITED STATES DISTRICT COURT
Title: COREL SOFTWARE vs. MICROSOFT CORP.
Documents: United States District Court Subpoena in a Civil Case; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 11/23/15 03:00PM | Substituted Service: MICHAEL E. KONDOUDIS, THE LAW OFFICE OF MICHAEL E. KONDOUDIS, AT Business 888 16TH STREET NW Washington, DC 20005, by serving: STACY SIMMONS, ADMIN. ASSOC./AUTHORIZED TO ACCEPT, Served By: JAMAL HARRIS. | |
| 11/23/15 | Witness Fee Advanced | 40.00 |
| 11/23/15 | RUSH SERVICE | 175.00 |
| 11/23/15 | CHECK CHARGE | 4.00 |

**PLEASE PAY FROM THIS INVOICE**                                              219.00

*** WE NOW E-FILE IN SAN FRANCISCO COUNTY! ***

***PLEASE CONTACT US FOR MORE INFORMATION REGARDING SAN FRANCISCO E-FILING AND THE MANY OTHER SERIVICES WE PROVIDE***

# SWIFT ATTORNEY SERVICE

| Monday December 07, 2015 | **INVOICE** | FISH.135301 |

P.O. BOX 5324
500 ALLERTON STREET, SUITE 105
Redwood City, CA 94063
Telephone: (650)364-9612 , FAX: (650)364-3305 Tax ID: 94-2768333

Attention: FRANCINE
FISH & RICHARDSON
500 Arguello Street, Suite 500
Redwood City CA 94063

Attorney File #: **42342/0001LL1**
Client Matter #: 42342/0001LL1
Case #: 2:15-CV-00528-JNP
Court: UNITED STATES DISTRICT COURT
Title: COREL SOFTWARE vs. MICROSOFT CORP.
Documents: United States District Court Subpoena in a Civil Case; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 11/23/15 02:55PM | Personal Service: NORMAN P. SOLOWAY, HAYES SOLOWAY P.C., AT Business 4640 E. SKYLINE DRIVE TUCSON, AZ 85718, by serving: JESSICA BARTON, MANAGER/AUTHORIZED TO ACCEPT SERVICE, Served By: ERIC HAHN. | |
| 11/23/15 | Witness Fee Advanced | 40.00 |
| 11/23/15 | RUSH SERVICE | 175.00 |
| 11/23/15 | CHECK CHARGE | 4.00 |

PLEASE PAY FROM THIS INVOICE                                                     219.00

*** WE NOW E-FILE IN SAN FRANCISCO COUNTY! ***

***PLEASE CONTACT US FOR MORE INFORMATION REGARDING SAN FRANCISCO E-FILING AND THE MANY OTHER SERIVICES WE PROVIDE***

# SWIFT ATTORNEY SERVICE

Wednesday May 11, 2016         *INVOICE*         FISH.143549

P.O. BOX 5324
500 ALLERTON STREET, SUITE 105
Redwood City, CA  94063
Telephone: (650)364-9612 , FAX: (650)364-3305 Tax ID: 94-2768333

Attention:  FRANCINE
FISH & RICHARDSON
500 Arguello Street, Suite 500
Redwood City CA  94063

Attorney File #:  **42342-0001LL1**
Client Matter #:  42342-0001LL1
Case #:  2:15-cv-005258-JNP
Court:  UNITED STATES DISTRICT COURT
Title:  COREL SOFTWARE, LLC vs. MICROSOFT CORPORATION
Documents:  -; UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH SECOND AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 05/11/16 11:20AM | Personal Service: GABRIEL P. KRALIK, FOUNDER, PRESIDENT AND PRINCIPAL SHAREHOLDER, THUJA GLOBAL, AT Home 877 SHARON COURT  Palo Alto, CA  94301, Served By: SCOTT M. FEELY. | |
| 05/11/16 | SANTA CLARA COUNTY SERVICE | 58.50 |
| 05/11/16 | RUSH | 25.00 |

**PLEASE PAY FROM THIS INVOICE**         83.50

*** WE NOW E-FILE IN SAN FRANCISCO COUNTY! ***

***PLEASE CONTACT US FOR MORE INFORMATION REGARDING SAN FRANCISCO E-FILING AND THE MANY OTHER SERIVICES WE PROVIDE***

#42342-0001 LL1

VFL





**Swift Attorney Service**
500 Allerton Street
Redwood City, CA 94063
6503649612
swiftattorneyservice@gmail.com
swiftattorneyservice.com

# Invoice

**BILL TO**
Fish & Richardson P.C.
500 Arguello St 500
Redwood City, CA 94063
Attn: Accounting Department
Billing Code: 42342-0001LL1

**INVOICE #** 2466087
**DATE** 02/15/2019

| ACTIVITY | AMOUNT |
|---|---|
| **Service of Process, Urgent, Nationwide Area**<br>Service of Process, Urgent, Nationwide Area<br>Personally Served/Agent, 02/12/2019, Cole Stender, Process Clerk<br>PARTY TO SERVE: Quark Software, Inc. Co The Corporation Company<br>7700 E. Arapahoe Rd. #220, Centennial, CO 80112<br>Federal Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action | 225.00 |

BILLING CODE: 42342-0001LL1
CASE #: 215-CV-00528-JNP-PMW
CASE NAME: Corel Software LLC v. Microsoft Corp

PAYMENT                                225.00
BALANCE DUE                     **$0.00**

# Invoice



| Acct. No. | Date | Invoice # |
|---|---|---|
| 4728 | 4/4/2023 | 1016367 |

**Customer**

4728 Fish & Richardson PC (Redwood City, CA)

**Bill To**
Fish & Richardson PC
500 Arguello Street
Suite 500
Redwood City CA 94063
United States

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926
www.parcelsinc.com

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Date | Customer | Terms | Payment Due |
|---|---|---|---|---|
| 1016367 | 4/4/2023 | 4728 Fish & Richardson PC (Redwood City, CA) | Net 30 | 5/4/2023 |

| Reference | Date of Job | Time Received | Created From | Attorney |
|---|---|---|---|---|
| 42342-0001LL1 | 4/4/2023 | 8:42 am | Sales Order #778056 | |

| Contact | Pickup Information | Delivery Information |
|---|---|---|
| 4728 Fish & Richardson PC (Redwood City, CA) : Francine Lopacinski<br><br>lopacinski@fr.com | Parcels Inc.<br>230 N Market Street<br><br>Wilmington<br>DE<br>19801 | Maples Fiduciary Services Inc<br>4001 Kennett Pike<br>Suite 302<br>Wilmington<br>DE<br>19807 |

| Requested By | Company Served |
|---|---|
| | KKR & CO INC (2) |

**Parcels Division**

Courier

**Job Detail**

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Service of Process - Local/Registered Agent | 75.00 | 75.00 |
| 15 | Printing Fee | 0.10 | 1.50 |
| 1 | Additional Service | 25.00 | 25.00 |
| 1 | City of Wilmington Drive | 30.00 | 30.00 |

**Total** $131.50

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.