# EXHIBIT D

**EXHIBIT D**

Amazon.com - Order 114-8506899/5609846

amazon.com

Details for Order #114-8506899-5609846
Print this page for your records.

**Order Placed:** November 6, 2018
**Amazon.com order number:** 114-8506899-5609846
**Order Total:** $30.94

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Hands-On Illustrator 7: For Macintosh and Windows*, Andres, Clay<br>Sold by: artsy111 (seller profile)<br><br>Condition: Used - Like New<br>Publisher: John Wiley & Sons, Incorporated<br>Date of Publication: 1997<br>Binding: Soft Cover<br>Condition: New<br>Description: 4to - over 9¾" - 12" tall 1558285717 Brand new. | $26.95 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information |
|---|

| Payment Method: | |
|---|---|
| Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $26.95<br>Shipping & Handling:  $3.99<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $30.94<br>Estimated tax to be collected:  $0.00<br>-----<br>**Grand Total:$30.94** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

JQL
MS/Corel
Prior Art receipts

amazon.com

Details for Order #114-5017908-6516260
Print this page for your records.

**Order Placed:** November 6, 2018
**Amazon.com order number:** 114-5017908-6516260
**Order Total:** $49.98

| Not Yet Shipped | |
|---|---|

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Illustrator 7 Bible (Bible (Wiley))*, Alspach, Ted<br>Sold by: Che Enterprises Inc (seller profile)<br><br>Condition: Used - Good<br>Book is in Good Condition. No notation or highlights, clean cover. Eligible for FREE Super Saving Shipping! Fast Amazon Shipping plus a hassle free return policy means your satisfaction is guaranteed! Tracking number provided in your Amazon account with every order. | $19.99 |
| 1 of: *Adobe Illustrator 7.0: Classroom in a Book (Classroom in a Book (Adobe))*, Adobe Creative Team<br>Sold by: Envision Skylimit (seller profile)<br><br>Condition: Used - Like New<br>Comes Shirk wrapped. Never used. Book is in Like new condition with the text inside being clean and unmarked. Binding is tight, crisp pages, no creasing on the spine | $29.99 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Two-Day Shipping

| Payment information | |
|---|---|

| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $49.98 |
|---|---|
| | Shipping & Handling: $0.00 |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | -----<br>Total before tax: $49.98<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $49.98** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

**amazon.com**

Details for Order #114-4918784-4449063
Print this page for your records.

**Order Placed:** November 6, 2018
**Amazon.com order number:** 114-4918784-4449063
**Order Total:** $6.18

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Illustrator 7 Complete*, Binder, Kate<br>Sold by: ThriftBooks - Motor City (seller profile)<br><br>Condition: Used - Like New<br>An apparently unread copy in perfect condition. Dust cover is intact; pages are clean and are not marred by notes or folds of any kind. At ThriftBooks, our motto is: Read More, Spend Less. | $6.18 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503 | Item(s) Subtotal: $6.18<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $6.18<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $6.18** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-4763595-3588214
Print this page for your records.

**Order Placed:** November 6, 2018
**Amazon.com order number:** 114-4763595-3588214
**Order Total:** $5.49

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Illustrator 7 for Macintosh & Windows Visual Quick Start Guide*, Weinmann, Elaine<br>Sold by: Better World Books: West (seller profile)<br><br>Condition: Used - Very Good<br>Great condition for a used book! Minimal wear. 100% Money Back Guarantee. Shipped to over one million happy customers. | $5.49 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $5.49<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $5.49<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total:$5.49** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-0866631-8359430
Print this page for your records.

**Order Placed:** November 6, 2018
**Amazon.com order number:** 114-0866631-8359430
**Order Total:** $19.36

| Not Yet Shipped | |
|---|---|
| **Items Ordered**<br>1 of: *Real World Illustrator 7 (Real World Series)*, McClelland, Deke<br>Sold by: Jaspee City (seller profile)<br><br>Condition: Used - Very Good | **Price**<br>$15.37 |
| **Shipping Address:**<br>Jonathan Lamberson<br>Fish and Richardson<br>500 Arguello St Ste 500<br>Redwood City, CA 94063-1568<br>United States<br><br>**Shipping Speed:**<br>Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $15.37<br>Shipping & Handling: $3.99<br>-----<br>Total before tax: $19.36<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total:$19.36** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

**amazon**.com

## Details for Order #114-5192391-9785852
Print this page for your records.

**Order Placed:** November 13, 2018
**Amazon.com order number:** 114-5192391-9785852
**Order Total:** $6.67

## Not Yet Shipped

| Items Ordered | Price |
| --- | --- |
| 1 of: *JavaScript: The Definitive Guide, Beta Version (Nutshell Handbooks)*, Flanagan, David<br>Sold by: Thriftbooks (seller profile)<br><br>Condition: Used - Good<br>A copy that has been read, but remains in clean condition. All pages are intact, and the cover is intact. The spine may show signs of wear. Pages can include limited notes and highlighting, and the copy can include previous owner inscriptions. At ThriftBooks, our motto is: Read More, Spend Less. | $6.67 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

## Payment information

**Payment Method:**
Amazon.com Visa | Last digits: 6503

**Billing address**
Jonathan Lamberson
555 Cypress Ave.
San Bruno, CA 94066
United States

| | |
| --- | --- |
| Item(s) Subtotal: | $6.67 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $6.67 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$6.67** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                    Amazon.com - Order 114-5024745-1744229

**amazon**.com

Details for Order #114-5024745-1744229
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-5024745-1744229
**Order Total:** $42.35

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: [(Using Microsoft Publisher 97 )] [Author: Ed Willett] [Apr-1997] <br> Sold by: Neal Moss (seller profile) <br><br> Condition: New | $37.93 |
| **Shipping Address:** <br> Jonathan Lamberson <br> Fish and Richardson <br> 500 Arguello St Ste 500 <br> Redwood City, CA 94063-1568 <br> United States <br><br> **Shipping Speed:** <br> Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:** <br> Amazon.com Visa \| Last digits: 6503 <br><br> **Billing address** <br> Jonathan Lamberson <br> 555 Cypress Ave. <br> San Bruno, CA 94066 <br> United States | Item(s) Subtotal: $37.93 <br> Shipping & Handling: $4.42 <br> ----- <br> Total before tax: $42.35 <br> Estimated tax to be collected: $0.00 <br> ----- <br> **Grand Total: $42.35** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                          Amazon.com - Order 114-1821580-3359431

amazon.com

Details for Order #114-1821580-3359431
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-1821580-3359431
**Order Total: $23.98**

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Discover Microsoft Publisher 97*, Murray, Katherine E.<br>Sold by: shellaun25 (seller profile)<br><br>Condition: New<br>Same day shipping | $19.99 |
| **Shipping Address:**<br>Jonathan Lamberson<br>Fish and Richardson<br>500 Arguello St Ste 500<br>Redwood City, CA 94063-1568<br>United States | |
| **Shipping Speed:**<br>Standard Shipping | |

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $19.99<br>Shipping & Handling: $3.99<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $23.98<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total:$23.98** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                    Amazon.com - Order 114-1329184-5552213

amazon.com

Details for Order #114-1329184-5552213
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-1329184-5552213
**Order Total:** $4.88

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Fundamental Microsoft Publisher 97*, Reeder, June Kanai<br>Sold by: Clearance Booksale (seller profile)<br><br>Condition: Used - Good<br>Good condition, wear from reading and use. All pages are intact, and the cover is intact and has some creases. The spine has signs of wear and creases. This copy may include From the library of labels, stickers or stamps and be an ex-library copy. | $4.49 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information |
|---|

| | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $4.49<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $4.49<br>Estimated tax to be collected: $0.39<br>-----<br>**Grand Total: $4.88** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                     Amazon.com - Order 114-2676665-9231423

amazon.com

Details for Order #114-2676665-9231423
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-2676665-9231423
**Order Total:** $6.39

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *How to Use Microsoft Publisher 97 for Windows (How It Works Series)*, Ivens, Kathy<br>Sold by: WonderBook (seller profile)<br><br>Condition: Used - Like New<br>100% Guaranteed. Serving Millions of Book Lovers Since 1980. Like New condition. | $6.39 |
| **Shipping Address:**<br>Jonathan Lamberson<br>Fish and Richardson<br>500 Arguello St Ste 500<br>Redwood City, CA 94063-1568<br>United States<br><br>**Shipping Speed:**<br>Standard Shipping | |

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503 | Item(s) Subtotal: $6.39<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $6.39<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $6.39** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                     Amazon.com - Order 114-1473746-8878660

amazon.com

Details for Order #114-1473746-8878660
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-1473746-8878660
**Order Total:** $14.57

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Learn Publisher 97 in a Weekend*, Stevenson, Nancy<br>Sold by: dollhots (seller profile)<br><br>Condition: Used - Very Good<br>Ex Libr Bk - PK cover reinforced with Library sheet tape, only slight shelf wear to edges, usual markings | $4.98 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $4.98<br>Shipping & Handling: $9.59<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $14.57<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $14.57** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                    Amazon.com - Order 114-6085010-8835416

amazon.com

Details for Order #114-6085010-8835416
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-6085010-8835416
**Order Total:** $4.88

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Microsoft Publisher 97 by Design*, Simone, Luisa<br>Sold by: ~usedbooks123~ (seller profile)<br><br>Condition: Used - Very Good<br>Very Good used copy: Some light wear to cover, spine and page edges. Very minimal writing or notations in margins. Text is clean and legible. Possible clean ex-library copy with their stickers and or stamps. We ship daily! | $4.49 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $4.49<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $4.49<br>Estimated tax to be collected: $0.39<br>-----<br>**Grand Total: $4.88** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

11/15/2018                                      Amazon.com - Order 114-5975062-3885810

amazon.com

Details for Order #114-5975062-3885810
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-5975062-3885810
**Order Total:** $8.90

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Microsoft Publisher 97 for Dummies*, Sosinsky, Barrie A. | $8.90 |

Sold by: ThriftBooks - Motor City (seller profile)

Condition: Used - Good
A copy that has been read, but remains in clean condition. All pages are intact, and the cover is intact. The spine may show signs of wear. Pages can include limited notes and highlighting, and the copy can include previous owner inscriptions. At ThriftBooks, our motto is: Read More, Spend Less.

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information |
|---|

| Payment Method: | |
|---|---|
| Amazon Visa \| Last digits: 6503 | Item(s) Subtotal: $8.90 |
| | Shipping & Handling: $0.00 |
| **Billing address** | ----- |
| Jonathan Lamberson | Total before tax: $8.90 |
| 555 Cypress Ave. | Estimated tax to be collected: $0.00 |
| San Bruno, CA 94066 | ----- |
| United States | **Grand Total: $8.90** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-4809662-4773069
Print this page for your records.

**Order Placed:** November 15, 2018
**Amazon.com order number:** 114-4809662-4773069
**Order Total:** $9.11

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *The Essential Publisher 97 Book: The Get-It-Done Tutorial*, Litwiller, Dan<br>Sold by: theliteraryshop (seller profile)<br><br>Condition: Used - Good<br>GOOD CONDITION HAS CREASING SOILING CHIPPING USUALLY SHIPS IN 24 HRS. | $4.61 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $4.61<br>Shipping & Handling: $4.50<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $9.11<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $9.11** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-3760171-1385031
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-3760171-1385031
**Order Total:** $4.88

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Macworld? QuarkXPress? 4 Bible*, Gruman, Galen | $4.49 |
| Sold by: YellowHammerBooks (seller profile) | |
| Condition: Used - Very Good | |
| Pages are clean; Cover edges show some minor wear from reading and storage. Text is free from writing/highlighting/underlining. | |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $4.49 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $4.49 |
| Jonathan Lamberson | Estimated tax to be collected: $0.39 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | |
| United States | **Grand Total: $4.88** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-7267887-3845866
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-7267887-3845866
**Order Total:** $9.74

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Official QuarkXPress Handbook (Macintosh 3.3 ed): Mac 3.3 ed*, Burns, Diane | $9.74 |
| Sold by: Thriftbooks (seller profile) | |
| Condition: Used - Good | |
| A copy that has been read, but remains in clean condition. All pages are intact, and the cover is intact. The spine may show signs of wear. Pages can include limited notes and highlighting, and the copy can include previous owner inscriptions. At ThriftBooks, our motto is: Read More, Spend Less. | |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $9.74 |
| Amazon.com Visa \| Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $9.74 |
| Jonathan Lamberson | Estimated tax to be collected: $0.00 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | **Grand Total:$9.74** |
| United States | |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Amazon.com - Order 114-4377676-0263429

amazon.com

Details for Order #114-4377676-0263429
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-4377676-0263429
**Order Total:** $52.55

| Not Yet Shipped | |
|---|---|

| Items Ordered | Price |
|---|---|
| 1 of: *QuarkXPress 4 for Macintosh*, Weinmann, Elaine<br>Sold by: Jenson Books Inc (seller profile)<br><br>Condition: Used - Very Good<br>A well-cared-for item that has seen limited use but remains in great condition. The item is complete, unmarked, and undamaged, but may show some limited signs of wear. Item works perfectly. Pages are intact and not marred by notes or highlighting. The spine is undamaged. | $9.12 |
| 1 of: *Digital Design using QuarkXPress 4*, Honeywill, Paul<br>Sold by: Amazon.com Services, Inc<br><br>Condition: New | $34.43 |
| 1 of: *The Professional's Guide to QuarkXPress? 3.3 for the Macintosh: The Essential Sourcebook for Designers, Typographers, and Creative Directors (Book A)*, Baker, Kim<br>Sold by: shinning moon (seller profile)<br><br>Condition: Used - Like New<br>Like new condition,clean text, CD INCLUDED, PROMPT PROFESSIONAL SERVICE, ships well packed with free tracking | $5.99 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Two-Day Shipping

| Payment information | |
|---|---|

| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $49.54<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $49.54<br>Estimated tax to be collected: $3.01<br>-----<br>**Grand Total:$52.55** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-6459904-7957811
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-6459904-7957811
**Order Total:** $5.94

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *QuarkXPress 4 for Windows (Visual QuickStart Guide)*, Weinmann, Elaine<br>Sold by: Biblioteka (seller profile)<br><br>Condition: Used - Very Good | $1.95 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information |
|---|

| Payment Method: | Item(s) Subtotal: $1.95 |
|---|---|
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $5.94 |
| Jonathan Lamberson | Estimated tax to be collected: $0.00 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | **Grand Total: $5.94** |
| United States | |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-3649853-6486609
**Order Total:** $6.13

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *QuarkXPress in a Nutshell (In a Nutshell (O'Reilly))*, O'Quinn, Donnie | $1.99 |
| Sold by: Hawking Books (seller profile) | |
| Condition: Used - Good | |
| Meets or exceeds the good condition guidelines. Nice copy. No CD/DVD(s) Included. Five star seller - Buy with confidence! | |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $1.99 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $5.98 |
| Jonathan Lamberson | Estimated tax to be collected: $0.15 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | |
| United States | **Grand Total: $6.13** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Details for Order #114-2445996-9529038
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-2445996-9529038
**Order Total:** $15.08

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Sams Teach Yourself Quarkxpress 4 in 14 Days*, Binder, Kate | $11.09 |
| Sold by: FishFoodBooks (seller profile) | |
| Condition: New | |
| New Book . Cover has some shelfwear. Your satisfaction 100% guaranteed. Ships daily from Atlanta, GA. Free tracking/notification. Check our outstanding customer feedback and buy with confidence. | |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $11.09 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $15.08 |
| Jonathan Lamberson | Estimated tax to be collected: $0.00 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | |
| United States | **Grand Total:$15.08** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Amazon.com - Order 114-4955436-7578603

Details for Order #114-4955436-7578603
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-4955436-7578603
**Order Total:** $6.52

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *The Quarkxpress 4.0 Handbook*, Burns, Diane | $6.52 |
| Sold by: ThriftBooks - Motor City (seller profile) | |
| Condition: Used - Very Good | |
| A copy that has been read, but remains in excellent condition. Pages are intact and are not marred by notes or highlighting, but may contain a neat previous owner name. The spine remains undamaged. At ThriftBooks, our motto is: Read More, Spend Less. | |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $6.52 |
| Amazon.com Visa \| Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $6.52 |
| Jonathan Lamberson | Estimated tax to be collected: $0.00 |
| 555 Cypress Ave. | ----- |
| San Bruno, CA 94066 | **Grand Total: $6.52** |
| United States | |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Amazon.com - Order 114-7757291-9936202

amazon.com

Details for Order #114-7757291-9936202
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-7757291-9936202
**Order Total:** $5.79

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Using QuarkXPress 4.0*, Thomas, Suzanne<br>Sold by: bookmongerld (seller profile)<br><br>Condition: Used - Like New<br>CD-ROM Included Excellent customer service. All orders ship within 2 business days. | $1.82 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $1.82<br>Shipping & Handling: $3.97<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $5.79<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $5.79** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

J2L
MS/Corel
Prior Art Receipts

amazon.com

Details for Order #114-1281284-0751430
Print this page for your records.

**Order Placed:** November 18, 2018
**Amazon.com order number:** 114-1281284-0751430
**Order Total:** $4.27

| Not Yet Shipped | |
|---|---|
| **Items Ordered**<br>1 of: *Using Quarkxpress 4*, Anton, Kelly Kordes<br>Sold by: ebooksweb* (seller profile)<br><br>Condition: Used - Very Good<br>Little Shelf Wear. | **Price**<br>$4.27 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $4.27<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $4.27<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $4.27** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

**Francine Lopacinski**

| | |
|---|---|
| **From:** | Jonathan Lamberson <hlsjon@gmail.com> |
| **Sent:** | Monday, November 19, 2018 9:25 PM |
| **To:** | Francine Lopacinski |
| **Subject:** | Fwd: ✅ ORDER CONFIRMED: Quark XPress 4 - 02 ... |

[External Message]

Corel prior art.

---------- Forwarded message ---------
From: **eBay** <ebay@ebay.com>
Date: Mon, Nov 19, 2018, 8:58 PM
Subject: ✅ ORDER CONFIRMED: Quark XPress 4 - 02 ...
To: <jlambers@umich.edu>

# ebay

# Thanks for your purchase Jonathan! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

| View order details | Browse deals |
|---|---|



Quark XPress 4 - 02 OS Oroginal Box 4 Manuals and Accessories CD + 3.5 F...

**Total:** $16.90
**Item ID:** 253978254538

1

ebay MONEY BACK GUARANTEE

# To complement your purchase







QuarkXPress 7 from Quar...

OFFICE 365 Micros oft Of...

QuarkXPress 7 from Quar...

$30.00

$7.38

$55.00



Office 365 Microsoft Of...

$7.49

 **Estimated delivery:**
Thu, Nov 29 - Thu, Dec 06

 **Your order will ship to:**
500 Arguello St , Fish and Richardson, Suite 500
Redwood City, CA 94063-1566
United States

2

**Seller:** <u>vintagephotosinc (394)</u>

**More from this seller** →

**Order total:**

| | |
|---|---|
| Price | $9.95 |
| Shipping | $6.95 |
| **Total charged to** *PayPal* | $16.90 |

### Shop anywhere with the eBay app

 

   

Email reference id: [#1ec3851b69484674a55cb3074c7f98d6#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to <u>Help & Contact</u>.

eBay sent this message to Jonathan Lamberson (jlambers). Learn more about <u>account protection</u>. eBay is committed to your privacy. Learn more about our <u>privacy notice</u> and <u>user agreement</u>.

©1995-2018 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125

amazon.com

Amazon.com - Order 114-4030671-5057858

Details for Order #114-4030671-5057858
Print this page for your records.

**Order Placed:** November 20, 2018
**Amazon.com order number:** 114-4030671-5057858
**Order Total:** $14.96

| Not Yet Shipped |
| --- |

| Items Ordered | Price |
| --- | --- |
| 1 of: *CorelDRAW 7 for Windows 95/NT (Visual QuickStart Guide)*, Davis, Phyllis<br>Sold by: a2zbooks2 (seller profile)<br><br>Condition: Used - Very Good<br>Softcover. Full Title: Coreldraw 7 for Windows 95/Nt. All pages clean. Minimal shelf wear. Condition: Very Good Condition. ISBN: 0201694204 BZDB42 Inventory No: 1560724645. | $10.50 |

**Shipping Address:**
Jonathan Lamberson
Fish and Richardson
500 Arguello St Ste 500
Redwood City, CA 94063-1568
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
| --- | --- |
| **Payment Method:**<br>Amazon.com Visa \| Last digits: 6503 | Item(s) Subtotal: $10.50<br>Shipping & Handling: $4.46<br>----- |
| **Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Total before tax: $14.96<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $14.96** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

amazon.com

Amazon.com - Order 114-6075264-5285822

Details for Order #114-6075264-5285822
Print this page for your records.

**Order Placed:** November 20, 2018
**Amazon.com order number:** 114-6075264-5285822
**Order Total:** $6.64

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Mastering Coreldraw 7*, Altman, Rick<br>Sold by: Thriftbooks (seller profile)<br><br>Condition: Used - Very Good<br>A copy that has been read, but remains in excellent condition. Pages are intact and are not marred by notes or highlighting, but may contain a neat previous owner name. The spine remains undamaged. At Thriftbooks, our motto is: Read More, Spend Less. | $6.64 |
| **Shipping Address:**<br>Jonathan Lamberson<br>Fish and Richardson<br>500 Arguello St Ste 500<br>Redwood City, CA 94063-1568<br>United States<br><br>**Shipping Speed:**<br>Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>555 Cypress Ave.<br>San Bruno, CA 94066<br>United States | Item(s) Subtotal: $6.64<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $6.64<br>Estimated tax to be collected: $0.00<br>-----<br>**Grand Total: $6.64** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

eBay Order details

## Order information

| | |
|---|---|
| Buyer | jlambera |
| Seller | savanaapparel09 |
| Order placed on | Saturday, Nov 24, 2018 |
| Payment method | PayPal |
| Payment date | Saturday, Nov 24, 2018 |

## Shipping address

Jonathan Lamberson, Fish
500 Arguello St
Ste 500
Redwood City CA 94063-1568
United States

## Order total

| | |
|---|---|
| Subtotal | $45.00 |
| Shipping | $3.75 |
| Total | $48.75 |

## Item(s) bought from savanaapparel09

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | ADOBE ILLUSTRATOR 7.0 Software for Windows 95 /NT 4.0 Book & CD's Orig BOX (352497043811) | USPS First Class Package | $45.00 |

JQL

Corel Prior Art

1/14/2021                                  Amazon.com - Order 112-7684357-2930626

**amazon**.com

Details for Order #112-7684357-2930626
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-7684357-2930626
**Order Total: $8.68**

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Photoshop 4 for Windows (Visual QuickStart Guide)*, Weinmann, Elaine | $3.95 |
| Sold by: Isum1 ([seller profile]) | |
| | |
| Condition: Used - Very Good | |
| Softcover, Very Clean, Front Cover Have a Corner Crease, Probably Read Once. ~AN (C01) | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $3.95 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $7.94 |
| Jonathan Lamberson | Estimated tax to be collected: $0.74 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total: $8.68** |
| United States | |

1/14/2021                                    Amazon.com - Order 112-1582476-8550659

amazon.com

Details for Order #112-1582476-8550659

Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-1582476-8550659
**Order Total:** $6.54

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Teach Yourself... Photoshop 4 for Macintosh and Windows*, Richards, Linda<br>Sold by: ThriftBooks-Reno ( seller profile )<br><br>Condition: Used - Very Good<br>May have limited writing in cover pages. Pages are unmarked. ~ ThriftBooks: Read More, Spend Less | $5.99 |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information |
|---|

| **Payment Method:**<br>Amazon.com Visa | Last digits: 6503<br><br>**Billing address**<br>Jonathan Lamberson<br>934 LAKEVIEW WAY<br>EMERALD HILLS, CA 94062-3440<br>United States | Item(s) Subtotal: $5.99<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $5.99<br>Estimated tax to be collected: $0.55<br>-----<br>**Grand Total: $6.54** |

1/14/2021                                    Amazon.com - Order 112-7742908-6105039

**amazon**.com

Details for Order #112-7742908-6105039
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-7742908-6105039
**Order Total:** $5.19

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Electronic PrePress Using Photoshop 4.0*, Waite, Jerry J. | $4.75 |
| Sold by: Great Buy Book Outlet ( seller profile ) | |
| Condition: Used - Very Good | |
| Very gently used. Tight binding and clean pages. | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $4.75 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $4.75 |
| Jonathan Lamberson | Estimated tax to be collected: $0.44 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total: $5.19** |
| United States | |

1/14/2021                                    Amazon.com - Order 112-2228188-7684254

**amazon**.com

Details for Order #112-2228188-7684254
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-2228188-7684254
**Order Total: $14.42**

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Photoshop 4 Studio Skills*, Moniz, Steven | $9.21 |
| Sold by: Bookbarn International US (seller profile) | |
| Condition: Used – Good | |
| Expedited US delivery available. Ships from the UK within 24 hours. | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $9.21 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $13.20 |
| Jonathan Lamberson | Estimated tax to be collected: $1.22 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | |
| United States | **Grand Total: $14.42** |

1/14/2021            Amazon.com - Order 112-6214669-9414662

**amazon**.com

Details for Order #112-6214669-9414662

Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-6214669-9414662
**Order Total:** $15.23

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Photoshop 4 Type Magic 1*, Lai, David | $9.95 |
| Sold by: friendsusedbooks ( seller profile ) | |
| Condition: Used - Very Good | |
| Paperback, Disc included in unopened plastic sleeve. Pages clean, Binding tight. ~daj | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $9.95 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $13.94 |
| Jonathan Lamberson | Estimated tax to be collected: $1.29 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | |
| United States | **Grand Total** $15.23 |

Amazon.com - Order 112-0482603-5445064

**amazon**.com

Details for Order #112-0482603-5445064
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-0482603-5445064
**Order Total:** $8.16

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Macworld Photoshop 4 Bible*, McClelland, Deke | $3.48 |
| Sold by: Open Books ( seller profile ) | |
| Condition: Used – Very Good | |
| Open Books is a nonprofit social venture that provides literacy experiences for thousands of readers each year through inspiring programs and creative capitalization of books. | |
| **Shipping Address:** | |
| Jonathan Lamberson | |
| 934 LAKEVIEW WAY | |
| EMERALD HILLS, CA 94062-3440 | |
| United States | |
| **Shipping Speed:** | |
| Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $3.48 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $7.47 |
| Jonathan Lamberson | Estimated tax to be collected: $0.69 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | |
| United States | **Grand Total** $8.16 |

1/14/2021                                    Amazon.com - Order 112-5389219-5181043

amazon.com

Details for Order #112-5389219-5181043
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-5389219-5181043
**Order Total:** $7.58

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Inside Adobe Photoshop 4*, Bouton, Gary David | $2.95 |
| Sold by: nordlys_design ([seller profile](#)) | |
| Condition: Used - Very Good | |
| Very good paperback, clean,tight,unmarked, CD included, minor water damage@edge of lower pages. No OJ. Customer oriented seller. Packaged carefully and shipped promptly from NH. | |
| **Shipping Address:** | |
| Jonathan Lamberson | |
| 934 LAKEVIEW WAY | |
| EMERALD HILLS, CA 94062-3440 | |
| United States | |
| **Shipping Speed:** | |
| Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $2.95 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $6.94 |
| Jonathan Lamberson | Estimated tax to be collected: $0.64 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total** $7.58 |
| United States | |

1/14/2021                                    Amazon.com - Order 112-4745371-7159439

**amazon**.com

Details for Order #112-4745371-7159439
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-4745371-7159439
**Order Total:** $9.19

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Photoshop 4 for Windows for Dummies*, McClelland, Deke | $8.41 |
| Sold by: ThriftBooks-Portland (seller profile) | |
| Condition: Used - Like New | |
| An apparently unread copy in perfect condition. Dust cover is intact; pages are clean and are not marred by notes or folds of any kind. At ThriftBooks, our motto is: Read More, Spend Less. | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $8.41 |
| Amazon.com Visa \| Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $8.41 |
| Jonathan Lamberson | Estimated tax to be collected: $0.78 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total:** $9.19 |
| United States | |

Miscellaneous Other
1/14/2021                                    Amazon.com - Order 112-9817039-1490641

amazon.com

Details for Order #112-9817039-1490641
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-9817039-1490641
**Order Total: $24.97**

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Real World Photoshop 4*, Blatner, David | $13.68 |
| Sold by: Wonder-Book (seller profile) | |
| Condition: Used - Good | |
| 100% Guaranteed, Serving Millions of Book Lovers Since 1980. Good condition. Slightly dampstained. Writing inside, NOT AVAILABLE FOR SHIPMENT OUTSIDE OF THE UNITED STATES. | |
| 1 of: *Teach Yourself Photoshop 4 in 24 Hours (Sams Teach Yourself)*, Rose, Carla | $9.17 |
| Sold by: Wonder-Book (seller profile) | |
| Condition: Used - Good | |
| 100% Guaranteed, Serving Millions of Book Lovers Since 1980. Good condition. A copy that has been read but remains intact. May contain markings such as bookplates, stamps, limited notes and highlighting, or a few light stains. | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $22.85 |
| Amazon.com Visa \| Last digits: 6503 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $22.85 |
| Jonathan Lamberson | Estimated tax to be collected: $2.12 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total: $24.97** |
| United States | |

1/14/2021                                              Amazon.com - Order 112-0629522-3785837

**amazon**.com

Details for Order #112-0629522-3785837
Print this page for your records.

**Order Placed:** January 14, 2021
**Amazon.com order number:** 112-0629522-3785837
**Order Total:** $8.59

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Teach Yourself Photoshop 4 in 14 Days (Sams Teach Yourself)*, Davis, Bront | $3.87 |
| Sold by: aMaizing BookBee ( seller profile ) | |
| Condition: Used - Good | |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $3.87 |
| Amazon.com Visa \| Last digits: 6503 | Shipping & Handling: $3.99 |
| | ----- |
| **Billing address** | Total before tax: $7.86 |
| Jonathan Lamberson | Estimated tax to be collected: $0.73 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | **Grand Total: $8.59** |
| United States | |

Publication Charges
3/4/2021                                    Amazon.com - Order 112-1841919-6485853

**amazon**.com

Details for Order #112-1841919-6485853
Print this page for your records.

**Order Placed:** March 4, 2021
**Amazon.com order number:** 112-1841919-6485853
**Order Total: $36.43**

| Not Yet Shipped | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Photoshop 4 for Windows 95 Bible*, McClelland, Deke | $19.95 |
| Sold by: BestLove [seller profile] | |
| Condition: Used - Very Good | |
| Very Good - No Disc | |
| **Shipping Address:** | |
| Jonathan Lamberson | |
| 934 LAKEVIEW WAY | |
| EMERALD HILLS, CA 94062-3440 | |
| United States | |
| **Shipping Speed:** | |
| Standard Shipping | |

| Payment information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $19.95 |
| Amazon.com Visa | Last digits: 6503 | Shipping & Handling: $13.39 |
| | ----- |
| **Billing address** | Total before tax: $33.34 |
| Jonathan Lamberson | Estimated tax to be collected: $3.09 |
| 934 LAKEVIEW WAY | ----- |
| EMERALD HILLS, CA 94062-3440 | |
| United States | **Grand Total $36.43** |

Miscellaneous Other

## Order details

### Order info

| | | |
|---|---|---|
| Time placed | Nov 17, 2022 at 4:25 PM | |
| Order number | 17-09352-94132 | |
| Total | AU $101.51 (1 item) = USD 71.02 | |
| Sold by | softwareconnect | |

**Shipping address**

Jonathan Lamberson
934 Lakeview Way
Emerald Hills, California 9
United States

### Delivery info

① Paid          ② Shipped          ③ Delivered

**Payment info**

PayPal  h***n@gmail.com

**Tracking details**

| Shipping Service | International Standard : tracked-no signature (7 to 15 business days) |
|---|---|
| Carrier | China Post |

1 item
Shipping
Tax

**Order total**

### Item info

CorelDRAW X6 Home and Student Not X8 Corel DRAW WINDOWS 8, & 7 Genuine GUARANTEE      AU $69.95

Item number:115157634654

Returns accepted through Jan 14, 2023.

Buy again

How do you like our order d
Tell us what you think

11/17/22, 4:19 PM                                                                    Amazon.com - Order 113-6378928-7888267

**amazon.com**

Details for Order #113-6378928-7888267
Print this page for your records.

**Order Placed:** November 17, 2022
**Amazon.com order number:** 113-6378928-7888267
**Order Total:** $54.68

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Corel WordPerfect Office X6 Home & Student [Old Version]*<br>Sold by: HotDeal Express (seller profile) | Product question? Ask Seller<br><br>Condition: New | $49.99 |

**Shipping Address:**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Amazon.com Visa ending in 6503

**Billing address**
Jonathan Lamberson
934 LAKEVIEW WAY
EMERALD HILLS, CA 94062-3440
United States

| | |
|---|---|
| Item(s) Subtotal: | $49.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $49.99 |
| Estimated tax to be collected: | $4.69 |
| | ----- |
| **Grand Total** | **$54.68** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2022, Amazon, Inc. or its affiliates