| Vendor Name | Invoice Number | Invoice Date | Tran Date | Cost Code Description | Matter Number | Client Name | Matter Description | Base Amt | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| Jonathan Lamberson | JQL090815 | 9/8/2015 | 9/8/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,318.78 | 1,318.78 | Obtaining prior art 09/08/15 - Jonathan Lamberson |
| Jonathan Lamberson | JQL091015 | 9/10/2015 | 9/10/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 19.17 | 19.17 | Obtaining prior art (AutoCAD; Adobe PageMaker) 09/10/15 - Jonathan Lamberson |
| Espy Case Solutions | 1121 | 9/30/2015 | 9/30/2015 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 115.27 | 115.27 | For outside litigation photocopying re - Espy Case Solutions |
| Espy Case Solutions | 1136 | 10/9/2015 | 10/9/2015 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 218.00 | 218.00 | For outside litigation photocopying re Capture website for production processing - Espy Case Solutions |
| Cong Yao | CVY101315 | 10/13/2015 | 10/13/2015 | Obtaining copy(s) of (F4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 239.09 | 239.09 | Obtain copy(s) of books that relate to systems to be used as prior art reference in the case 10/13/15 - Cong Yao |
| Jonathan Lamberson | JQL102015 | 10/20/2015 | 10/20/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 140.89 | 140.89 | Obtaining prior art 10/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | JQL111215 | 11/12/2015 | 11/12/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 108.26 | 108.26 | Obtaining prior art 11/12/15 - Jonathan Lamberson |
| Jonathan Lamberson | JQL111715 | 11/17/2015 | 11/17/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 88.75 | 88.75 | Obtaining rior art 11/17/15 - Jonathan Lamberson |
| Jonathan Lamberson | JQL112015 | 11/20/2015 | 11/20/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 307.77 | 307.77 | Obtaining prior art 11/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | JQL120315 | 12/3/2015 | 12/3/2015 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 165.13 | 165.13 | Purchase prior art 12/03/15 - Jonathan Lamberson |
| Espy Case Solutions | 1194 | 12/31/2015 | 12/31/2015 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 867.76 | 867.76 | Outside reproduction services of MS_COREL004; 008-013 - Espy Case Solutions |
| Espy Case Solutions | 1191 | 12/31/2015 | 12/31/2015 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 3,165.85 | 3,165.85 | Outside reproduction services of MS_COREL_ 004 - Espy Case Solutions |
| Espy Case Solutions | 1190 | 12/31/2015 | 12/31/2015 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,716.43 | 2,716.43 | Outside reproduction services of MS_COREL_009-013 - Espy Case Solutions |
| Espy Case Solutions | 1189 | 12/31/2015 | 12/31/2015 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 4,384.68 | 4,384.68 | Outside reproduction services of MS_COREL_008 - Espy Case Solutions |
| Jonathan Lamberson | JQL010616 | 1/6/2016 | 1/6/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 164.78 | 164.78 | Purchase prior art 01/06/16 - Jonathan Lamberson |
| Depo International, LLC | 24932 | 2/5/2016 | 2/5/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,294.95 | 1,294.95 | Court reporter for deposition(s) of Theresa Estrada, taken 02/02/16 - Depo International, LLC |
| Depo International, LLC | 24941 | 2/8/2016 | 2/8/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,100.93 | 2,100.93 | Court reporter for deposition(s) of Aaron Butcher, taken 02/03/16 - Depo International, LLC |
| Jonathan Lamberson | JQL021816 | 2/18/2016 | 2/18/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 14.64 | 14.64 | prior art 02/18/16 - Jonathan Lamberson |
| Espy Case Solutions | 1237 | 2/18/2016 | 2/18/2016 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 431.07 | 431.07 | Outside reproduction services of Danielson depo prep - Espy Case Solutions |
| Espy Case Solutions | 1230 | 2/18/2016 | 2/18/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,320.08 | 1,320.08 | For outside litigation photocopying re Scan prior art materials for production - Espy Case Solutions |
| Veritext LLC | SD2557001 | 2/22/2016 | 2/22/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,397.87 | 1,397.87 | Court reporter for deposition(s) of Mark Danielson, taken 02/11/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| First Legal Network | 50007784 | 2/29/2016 | 2/29/2016 | Process service fees (D7) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 48.00 | 48.00 | Process Service Fees Serve Subpoena to Appear for Deposition on Acacia Research Corp incl. witness fees - First Legal Network LLC |
| First Legal Network | 50007783 | 2/29/2016 | 2/29/2016 | Process service fees (D7) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 160.50 | 160.50 | Process Service Fees Serve Subpoena on PMK at Acacia Research Corp. - First Legal Network LLC |
| Espy Case Solutions | 1265 | 2/29/2016 | 2/29/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 255.76 | 255.76 | For outside litigation photocopying re prior art scanning - Espy Case Solutions |
| Espy Case Solutions | 1252 | 2/29/2016 | 2/29/2016 | Document production costs (G1) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 218.00 | 218.00 | Document Production Costs prior art scanning - Espy Case Solutions |
| Veritext LLC | SD2566412 | 3/2/2016 | 3/2/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,360.00 | 2,360.00 | Court reporter for deposition(s) of Kevin Unbedacht, taken 02/17/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2572217 | 3/9/2016 | 3/9/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,635.46 | 1,635.46 | Videographer for deposition of Kevin Unbedacht, taken 02/17/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Depo International, LLC | 25737 | 3/18/2016 | 3/18/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,183.28 | 1,183.28 | Court reporter for deposition(s) 03/16/16 Derek Burney Deposition & Video - Depo International, LLC |
| Veritext LLC | SD2583710 | 3/21/2016 | 3/21/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,407.44 | 2,407.44 | Court reporter for deposition(s) of Russell Miller, taken 03/10/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Jonathan Lamberson | JQL032416 | 3/24/2016 | 3/24/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 120.89 | 120.89 | Prior art 03/24/16 - Jonathan Lamberson |
| Veritext LLC | SD2592094 | 3/29/2016 | 3/29/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,315.35 | 1,315.35 | Court reporter for deposition(s) or Cynthia Howard, taken 03/15/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Espy Case Solutions | 1292 | 3/30/2016 | 3/30/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 193.02 | 193.02 | For outside litigation photocopying re scanning prior art book - Espy Case Solutions |
| Espy Case Solutions | 1317 | 3/31/2016 | 3/31/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 130.80 | 130.80 | For outside litigation photocopying re hard drive for production of native financial docs - Espy Case Solutions |
| Espy Case Solutions | 1315 | 3/31/2016 | 3/31/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,295.01 | 1,295.01 | For outside litigation photocopying re - Espy Case Solutions |
| Depo International, LLC | 26068 | 4/1/2016 | 4/1/2016 | Videotape deposition of (D900) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,182.03 | 2,182.03 | Videotape deposition of Robert Little, taken 03/31/16 - Depo International, LLC |
| Veritext LLC | SD2596058 | 4/4/2016 | 4/4/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,677.20 | 1,677.20 | Videographer for deposition of Russell Miller, taken 03/10/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2597546 | 4/5/2016 | 4/5/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,098.71 | 1,098.71 | Videographer for deposition of Cynthia Howard, taken 03/15/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2597539 | 4/5/2016 | 4/5/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,142.56 | 1,142.56 | Court reporter for deposition(s) of Bruce Woodward, taken 03/23/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2603300 | 4/11/2016 | 4/11/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,264.21 | 1,264.21 | Videographer for of Eric D. Johnson, taken 03/22/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2605062 | 4/13/2016 | 4/13/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,181.46 | 1,181.46 | Videographer for deposition of Bruce Woodward, taken 03/23/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2596141 | 4/13/2016 | 4/13/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,261.07 | 1,261.07 | Court reporter for deposition(s) of Eric D. Johnson, taken 03/22/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Inventus LLC | SD30517 | 4/14/2016 | 4/14/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 639.19 | 639.19 | Photocopying-External Supplier |
| Jonathan Lamberson | JQL041816 | 4/18/2016 | 4/18/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 55.41 | 55.41 | prior art 04/18/16 - Jonathan Lamberson |
| Jonathan Lamberson | JQL041916 | 4/19/2016 | 4/19/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 21.87 | 21.87 | prior art 04/19/16 - Jonathan Lamberson |
| Veritext LLC | SD2611099 | 4/20/2016 | 4/20/2016 | Deposition transcripts (E115) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,510.85 | 1,510.85 | Deposition transcripts of Deposition of Patricia Whais - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Diners Club | JUS042016 | 4/20/2016 | 3/24/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 25.99 | 25.99 | Purchase book from online book seller (Wordperfect 6.0 for Windows User's Guide Paperback Book) - PAYPAL *JRSALESMERX 03/24/2016 |
| Espy Case Solutions | 1359 | 4/26/2016 | 4/26/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,091.04 | 1,091.04 | For outside litigation photocopying re Amen depo prep - Espy Case Solutions |
| Swift Legal | FISH142685 | 4/28/2016 | 4/28/2016 | Process service fees (D7) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 88.50 | 88.50 | Process Service Fees service of deposition subpoena on Gabriel Kralik - Swift Attorney Service |
| Espy Case Solutions | 1367 | 4/30/2016 | 4/30/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 256.80 | 256.80 | Photocopying-External Supplier |
| Documents Delivered, Inc | 25147EOM | 5/4/2016 | 4/8/2016 | Obtaining copy(s) of (F4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 74.15 | 74.15 | Obtaining copy(s) of 3 articles - Documents Delivered, Inc |
| Veritext LLC | SD2634125 | 5/13/2016 | 5/13/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,521.36 | 2,521.36 | Court reporter for deposition(s) of Christopher DeBiase, taken 04/27/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2636649 | 5/17/2016 | 5/17/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,700.99 | 1,700.99 | Videographer for deposition of Robert Amen, taken 04/26/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Espy Case Solutions | 1397 | 5/17/2016 | 5/17/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 318.04 | 318.04 | For outside litigation photocopying re - Espy Case Solutions |
| Veritext LLC | SD2637402 | 5/18/2016 | 5/18/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,535.99 | 1,535.99 | Videographer for videotaped deposition of Christopher DeBiase taken on 4/27/2016. - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2647748 | 5/27/2016 | 5/27/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,258.80 | 1,258.80 | Court reporter for deposition(s) of Gerard Metrailler, taken 05/17/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Espy Case Solutions | 1451 | 6/15/2016 | 6/15/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 421.17 | 421.17 | For outside litigation photocopying re Kralik depo prep - Espy Case Solutions |
| Espy Case Solutions | 1465 | 6/16/2016 | 6/16/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 468.05 | 468.05 | For outside litigation photocopying re Ledwell/O'Donnell depo preps - Espy Case Solutions |
| Diners Club | CAE062016 | 6/20/2016 | 6/17/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 389.84 | 389.84 | For Deposit for Ledwell & O'Donnell depo transcripts - CATANA REPORTING SERVI 06/17/2016 |
| Veritext LLC | SD2673557 | 6/25/2016 | 6/25/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 2,059.31 | 2,059.31 | Court reporter for deposition(s) of Gabriel Kralik, taken 06/13/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Espy Case Solutions | 1480 | 6/30/2016 | 6/30/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,118.37 | 1,118.37 | For outside litigation photocopying re Walsh and Mehta depo preps - Espy Case Solutions |
| Espy Case Solutions | 1475 | 6/30/2016 | 6/30/2016 | Photocopying-External Supplier (G901) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 64.20 | 64.20 | For outside litigation photocopying re Ledwell and O'Donnell depo prep. - Espy Case Solutions |
| Veritext LLC | SD2680684 | 7/5/2016 | 7/5/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,182.01 | 1,182.01 | Videographer for deposition of Gabriel Kralik, taken 06/13/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2683100 | 7/7/2016 | 7/7/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,865.76 | 1,865.76 | Court reporter for deposition(s) of Amish Mehta, taken 06/23/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2686767 | 7/11/2016 | 7/11/2016 | Deposition transcripts (E115) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,231.11 | 1,231.11 | Deposition transcripts of the deposition of Thomas Walsh, taken 6/24/2016 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2690099 | 7/15/2016 | 7/15/2016 | Videographer for (D8) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,347.07 | 1,347.07 | Videographer for deposition of Amish Mehta, taken 06/23/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Veritext LLC | SD2691408 | 7/17/2016 | 7/17/2016 | Videotape deposition of (D900) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,024.05 | 1,024.05 | Videotape deposition of Thomas Walsh taken on 6/24/2016 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Jonathan Lamberson | JQL081816 | 8/18/2016 | 8/18/2016 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 49.95 | 49.95 | prior art 08/18/16 - Jonathan Lamberson |
| Veritext LLC | SD2723124 | 8/23/2016 | 8/23/2016 | Court reporter for (D4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 1,216.68 | 1,216.68 | Court reporter for deposition(s) of Benjamin Bederson, taken 08/17/16 - National Depo/Veritext/Huseby/Henderson Legal/Midwest Trial |
| Espy Case Solutions | 1622 | 10/19/2016 | 10/19/2016 | Document production costs (G1) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 3,437.18 | 3,437.18 | Document scanning (prior art copies of QuarkXPress) |
| Jonathan Lamberson | 166F72E4 | 12/1/2018 | 12/1/2018 | Obtaining copy(s) of (F4) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 18.32 | 18.32 | Obtain copy(s) of depo exhibits |
| Jonathan Lamberson | 240AED3E | 12/3/2018 | 12/3/2018 | For (OTH908) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 431.83 | 431.83 | For prior art |
| Espy Case Solutions | 2302 | 1/31/2019 | 1/31/2019 | Outside reproduction services of (G2) | 42342.0001LL1 | Microsoft Corporation | Microsoft Corp. adv. Corel Software LLC | 17.29 | 17.29 | Outside reproduction services of Igor Zaika depo prep - Espy Case Solutions |