Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

Attorneys for Plaintiff Corel Software, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**COREL'S OBJECTIONS TO MICROSOFT'S BILL OF COSTS**<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Corel Software, LLC, objects to Defendant Microsoft Corporation's bill of costs. Dkt. 437; Dkt. 438. Microsoft seeks to recover significant costs, including non-taxable fees, without adequate explanation.

"Section 1920 expressly requires a party to establish that costs for transcripts and copies were 'necessarily obtained for use in the case.'" *Sekri, Inc. v. United States*, 168 Fed. Cl. 480, 482-83 (2023). "To do this, the party seeking reimbursement has the obligation to provide sufficient information and supporting argument to allow the court to ascertain whether the cost was necessary to the litigation and that the cost was reasonable." *Id.* (quotation and citation omitted). Important, "an invoice alone does not establish that an expense was necessary to the case." *Id.* at 485.

**28 U.S.C. § 1920(2) "Fees for . . . transcripts necessarily obtained for use in the case."** Microsoft seeks to recover more than $118,000 in deposition fees. The Clerk cannot award these fees for four reasons: (1) Microsoft does not explain why the deposition transcripts were "necessarily obtained for use in the case," (2) Microsoft seeks to recover duplicative and/or unnecessary video fees, (3) Microsoft seeks to recover non-taxable deposition fees distinct from transcript fees, and (4) Microsoft provides no supporting invoices for certain deposition fees.

First, Microsoft's supporting declaration provides only that the deposition "transcripts and videos were obtained for use at trial," and "[e]ach witness was either identified by Microsoft in its initial disclosures as a potential trial witness, identified by Corel in its initial disclosures as a potential trial witness, identified by one of the parties as a Rule 30(b)(6) witness, or identified as an expert witness." Dkt. 438-1 ¶ 5. Those conclusory statements do not establish that each of the deposition transcripts was "necessarily obtained for use in the case," or whether or how Microsoft

used the deposition transcripts in the case. *See, e.g.*, *Credit Acceptance Corp. v. Westlake Servs., LLC*, 2016 WL 11756102, at *5 (C.D. Cal. Jan. 5, 2016) (denying costs where requesting party did not dispute that the deposition was not used for any purpose in connection with the case); *cf. Shorter v. S. California Buick Pontiac GMC Dealers Inc.*, 2019 WL 994964, at *3 (C.D. Cal. Jan. 7, 2019) (relying on the requesting party's declaration providing that it "used [the] deposition 'extensively' for discovery, dispositive motions, and overall defense strategy during litigation of this case"). Microsoft's deposition fees are unsupported.

Second, Microsoft demands video fees without justification. Indeed, Microsoft's papers confirm that the video fees *duplicate transcript orders* and/or are related to videos that Microsoft *would not need or use* at trial—for example, Microsoft ordered videos for the parties' experts, who would necessarily have appeared in person at trial. And third, nearly every entry includes other non-taxable deposition fees *in addition to* transcript fees. *See, e.g.*, *Tomlinson v. El Paso Corp.*, 2011 WL 2297661, at *2 (D. Colo. Jun. 9, 2011) (denying costs associated with expedited rough drafts because they were for the convenience of counsel, rather than costs incurred to prepare the case, and denying costs associated with video services because the defendant did not explain why video was necessary or how the video was expected to be used). Corel offers specific objections to Microsoft's line items:

| AMOUNT | DESCRIPTION | OBJECTION |
|---|---|---|
| $1,430.65 | Sarah Gist (Transcript) | Includes transcript cost *and* "videosync" cost |
| $1,873.73 | Jacob Jaffe (Transcript) | Includes transcript cost *and* "videosync" cost |
| $1,294.95 | Theresa Estrada (Transcript) | Includes transcript cost *and* "videosync" cost |
| $2,100.93 | Aaron Butcher (Transcript) | Includes transcript cost *and* "videosync" cost |

| AMOUNT | DESCRIPTION | OBJECTION |
|---|---|---|
| $1,412.53 | Lee Hunt (Transcript) | Includes transcript cost *and* DVD cost |
| $1,183.28 | Derek Burney (Transcript) | Includes transcript cost *and* various other costs, including DVD purchase, "litigation support disc," black and white exhibits, and color exhibits |
| $2,182.03 | Robert Little (Video) | Includes *expedited* transcript cost and DVD cost |
| $1,055.73 | Chris Caposella (Transcript) | Includes transcript cost *and* DVD cost |
| $753.15 | David LeFevre (Transcript) | Includes transcript cost *and* DVD cost |
| $1,637.96 | Patricia Whais (Video) | Duplicate video costs, transcript charged separately |
| $3,000.78 | Jensen Harris (Transcript) | Includes multiple transcript costs (certified and rough) *and* "videosync" cost |
| $2,685.34 | Jim Ross (Transcript) | Includes multiple transcript costs (expedited certified and rough) *and* "videosync" cost |
| $2,147.92 | Robert Amen (Transcript) | Includes multiple transcript costs (certified and rough) *and* additional costs including a "premium depo litigation package," parking fees, and exhibits |
| $983.40 | Terry Crowley (Transcript) | Includes transcript cost *and* "videosync" cost |
| $1,611.98 | Timothy Briggs (Transcript) | Includes transcript cost *and* "videosync" cost |
| $1,594.51 | Gerard Metrailer (Video) | Duplicate video costs, transcript charged separately |
| $1,099.51 | Greg Wood (Video) | Duplicate video costs, transcript charged separately |
| $897.15 | Greg Wood (Transcript) | Includes transcript cost *and* additional costs including a "premium depo litigation package" and exhibit costs |

| AMOUNT | DESCRIPTION | OBJECTION |
|---|---|---|
| $910.38 | Christi Davisson (Transcript) | Includes transcript cost *and* "videosync" cost |
| $3,802.59 | Kent Ledwell & Adrian O'Donnel | Includes "expedite fee" |
| $1,161.68 | Kira Stephens (Video) | Includes transcript cost *and* "videosync" cost |
| $389.84 | Deposit - Ledwell & O'Donnel Depos | Not a transcript fee |
| $2,231.75 | Kathryn Griffith | Includes transcript cost *and* "videosync" cost |
| $1,168.97 | Matthew Androski (Transcript) | Includes *expedited* transcript cost *and* "videosync" cost |
| $1,012.38 | Apana Lakshmi Ratan (Transcript) | Includes multiple transcript costs (expedited certified and rough) *and* "videosync" cost |
| $2,121.95 | Matthew Androski (Transcript & Video) | Includes video costs |
| $428.75 | Jay Paulus (Video) | Duplicate video costs, transcript charged separately |
| $1,496.91 | Benjamin Bederson, Ph.D. (Transcript) | Includes transcript cost *and* additional costs including rough transcript, video and exhibit fees, and an "expedite fee" |
| $866.25 | Benjamin Bederson, Ph.D. (Video) | Duplicate video costs, transcript charged separately |
| $1,068.00 | Marc Levitt, Ph.D. (Video) | Duplicate video costs, transcript charged separately |
| $3,216.80 | Marc Levitt, Ph.D. (Transcript) | Includes transcript cost *and* additional costs including "priority request" fees, rough fees, Realtime services, exhibit fees, "litigation package," "hosting & delivery of encrypted files," and other non-taxable costs |
| $1,656.95 | John Mulgrew (Transcript & Video) | Includes transcript cost *and* video cost |

- 4 -

| AMOUNT | DESCRIPTION | OBJECTION |
|---|---|---|
| $684.15 | Andrew Himberger 30(b)(6) (Transcript & Video) | Includes transcript cost *and* video cost |
| $945.05 | Tanya Moore (Transcript & Video) | Includes transcript cost *and* video cost |
| $1,642.55 | Brian Haslam (Transcript & Video) | Includes transcript cost *and* video cost |
| $3,048.55 | Jonathan Robinson (Transcript) | Includes transcript cost *and* additional costs including rough fees, Realtime services, exhibit fees, "smart summary," "secure hosting & delivery," and other non-taxable costs |
| $1,305.50 | Jonathan Robinson (Video) | Duplicate video costs, transcript charged separately |
| $4,115.55 | Marc Levitt, Ph.D. (Vol. 2) (Transcript) | Includes transcript cost *and* additional costs including rough fees, Realtime services, exhibit fees, "smart summary," "secure hosting & delivery," and other non-taxable costs |
| $2,440.50 | Marc Levitt, Ph.D. (Vol. 2) (Video) | Duplicate video costs, transcript charged separately |
| $2,655.50 | Benjamin Bederson, Ph.D. (Video) | Duplicate video costs, transcript charged separately |
| $4,443.65 | Benjamin Bederson, Ph.D. (Transcript) | Includes transcript cost *and* additional costs including rough fees, Realtime services, exhibit fees, "smart summary," "secure hosting & delivery," and other non-taxable costs |
| $4,470.60 | Roy Weinstein (Transcript) | Includes transcript cost *and* additional costs including rough fees, Realtime services, exhibit fees, "smart summary," "secure hosting & delivery," and other non-taxable costs |
| $1,765.50 | Roy Weinstein (Video) | Duplicate video costs, transcript charged separately |

| AMOUNT | DESCRIPTION | OBJECTION |
|---|---|---|
| $2,401.15 | Dan Olsen (Transcript & Video) | Includes transcript cost *and* video services cost |

Last, a subset of Microsoft's reported deposition fees include no supporting invoice. *See* DUCivR54-2(b)(B)(i) ("The memorandum must . . . include and reference copies of applicable invoices, receipts, and disbursement instruments."). And even if the proffered attorney say-so (Microsoft's Exhibit E) provides some evidence that Microsoft incurred a particular cost, Microsoft is still without information to show that the claimed cost is attributable to a taxable transcript fee as opposed to other, non-taxable deposition fees. Corel has highlighted those transcript fees for which Microsoft has no supporting invoice:

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Depo International, LLC | 1/14/16 | $1,430.65 | Sarah Gist (Transcript) |
| Depo International, LLC | 1/26/16 | $1,873.73 | Jacob Jaffe (Transcript) |
| Depo International, LLC | 2/2/16 | $1,294.95 | Theresa Estrada (Transcript) |
| Depo International, LLC | 2/3/16 | $2,100.93 | Aaron Butcher (Transcript) |
| National Depo | 2/11/16 | $1,397.87 | Mark Danielson (Transcript) |
| National Depo | 2/17/16 | $2,360.00 | Kevin Unbedacht (Transcript) |
| National Depo | 2/17/16 | $1,635.46 | Kevin Unbedacht (Video) |
| Depo International, LLC | 3/4/16 | $1,412.53 | Lee Hunt (Transcript) |
| National Depo | 3/10/16 | $2,407.44 | Russell Miller (Transcript) |
| National Depo | 3/15/16 | $1,315.35 | Cynthia Howard (Transcript) |
| National Depo | 3/15/16 | $1,098.71 | Cynthia Howard (Video) |
| Depo International, LLC | 3/16/16 | $1,183.28 | Derek Burney (Transcript) |
| National Depo | 3/22/16 | $1,264.21 | Eric Johnson (Video) |
| National Depo | 3/22/16 | $1,261.07 | Eric Johnson (Transcript) |
| National Depo | 3/23/16 | $1,142.56 | Bruce Woodward (Transcript) |
| National Depo | 3/23/16 | $1,181.46 | Bruce Woodward (Video) |
| Depo International, LLC | 3/31/16 | $2,182.03 | Robert Little (Video) |
| Depo International, LLC | 4/7/16 | $1,055.73 | Chris Caposella (Transcript) |
| Depo International, LLC | 4/8/16 | $753.15 | David LeFevre (Transcript) |
| National Depo | 4/8/16 | $1,637.96 | Patricia Whais (Video) |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| National Depo | 4/8/16 | $1,510.85 | Patricia Whais (Transcript) |
| Depo International, LLC | 4/19/16 | $3,000.78 | Jensen Harris (Transcript) |
| Depo International, LLC | 4/22/16 | $2,685.34 | Jim Ross (Transcript) |
| National Depo | 4/26/16 | $2,147.92 | Robert Amen (Transcript) |
| National Depo | 4/26/16 | $1,700.99 | Robert Amen (Video) |
| National Depo | 4/27/16 | $2,521.36 | Christopher DeBiase (Transcript) |
| National Depo | 4/27/16 | $1,535.99 | Christopher DeBiase (Video) |
| Depo International, LLC | 5/3/16 | $983.40 | Terry Crowley (Transcript) |
| Depo International, LLC | 5/17/16 | $1,611.98 | Timothy Briggs (Transcript) |
| National Depo | 5/17/16 | $1,258.80 | Gerard Metrailer (Transcript) |
| National Depo | 5/17/16 | $1,594.51 | Gerard Metrailer (Video) |
| National Depo | 5/19/16 | $1,099.51 | Greg Wood (Video) |
| National Depo | 5/19/16 | $897.15 | Greg Wood (Transcript) |
| Depo International, LLC | 5/31/16 | $910.38 | Christi Davisson (Transcript) |
| Catana Reporting Service | 6/8/16 & 6/10/16 | $3,802.59 | Kent Ledwell & Adrian O'Donnel (Transcript) |
| Depo International, LLC | 6/10/16 | $1,161.68 | Kira Stephens (Video) |
| Catana Reporting Service | 6/17/15 | $389.84 | Deposit - Ledwell & O'Donnel Depos |
| National Depo | 6/13/16 | $2,059.31 | Gabriel Kralik (Transcript) |
| National Depo | 6/13/16 | $1,182.01 | Gabriel Kralik (Video) |
| National Depo | 6/23/16 | $1,347.07 | Amish Mehta (Video) |
| National Depo | 6/23/16 | $1,865.76 | Amish Mehta (Transcript) |
| National Depo | 6/24/16 | $1,024.05 | Thomas Walsh (Video) |
| National Depo | 6/24/16 | $1,231.11 | Thomas Walsh (Transcript) |
| Depo International, LLC | 7/19/16 | $2,231.75 | Kathryn Griffith |
| Depo International, LLC | 7/20/16 | $1,168.97 | Matthew Androski (Transcript) |
| Depo International, LLC | 7/21/16 | $1,012.38 | Apana Lakshmi Ratan (Transcript) |
| National Depo | 8/17/16 | $1,216.68 | Benjamin Bederson, Ph.D. (Transcript) |

Dkt. 438 at 2-3 (highlighting added).

**28 U.S.C. § 1920(4) "Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case."** Like subsection 2, subsection 4 requires proof that copies were "necessarily obtained for use in the case." The Clerk cannot award Microsoft's "copying" fees for three reasons: (1) Microsoft does not show that it incurred costs for copies "necessarily obtained for use in the case," (2) the vast majority of

Microsoft's costs are not *copying* costs, and (3) Microsoft provides no supporting invoices for the vast majority of its claimed costs.

First, Microsoft does not explain that it incurred costs for copies "necessarily obtained for use in the case." *See Tomlinson*, 2011 WL 2297661, at *2 (finding that where a party failed to explain the use of copied materials that there was "no showing of the nature or necessity of the copied documents"). Indeed, Microsoft states only that the dozens of books and software purchases were purchased "for use as trial exhibits," without further explanation. Dkt. 483-1 ¶ 7.

Second, Microsoft seeks to recover certain non-taxable fees that are *not* copying costs, including purchases of various purported prior art materials, reference materials, books, software, and other e-discovery expenditures. Purchasing *evidence* is not the same as *copying costs*. These purchases are akin to prior art search efforts. *See, e.g.*, *Pehr v. Rubbermaid, Inc.*, 196 F.R.D. 404, 408 (D. Kan. 2000) (finding that although costs for making copies of prior art patents is recoverable, prior art searches and associated costs are not under 1920(4)); *Sterisil, Inc. v. ProEdge Dental Products, Inc.*, 2019 WL 1429280, at *4 (D. Colo. Mar. 29, 2019) (finding that "the cost of patent search services do not fall within" § 1920 and that searches for prior art necessary to support invalidity contentions are not recoverable); *Squires ex rel. Squires v. Breckenridge Outdoor Educ. Ctr.*, 2013 WL 1231557, at *12 (D. Colo. Mar. 27, 2013) ("costs associated with obtaining reference materials germane to the factual circumstances of the case" are not compensable). Corel has highlighted these "prior art" or other reference book/software purchases in yellow, below.

Additional entries are not copying costs, either, but appear to be e-discovery costs that are not taxable, including costs for "outside reproduction services" related to Microsoft's own

document productions ("MS_COREL" volumes). *See Pehr*, 196 F.R.D. at 408-09 (finding that "photocopying costs in response to Plaintiff's discovery requests" were not compensable because, as the producing party, the defendant possessed the original documents and those papers were not "obtained" under 1920(4)). Corel has highlighted those entries in blue.

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Jonathan Lamberson | 9/8/15 | $1,318.78 | Obtaining prior art - 9/8/15 - Jonathan Lamberson |
| Jonathan Lamberson | 9/10/15 | $19.17 | Obtaining prior art (AutoCAD) Adobe PageMaker - 9/10/15 - Jonathan Lamberson |
| Espy Case Solutions | 9/30/15 | $115.27 | For outside litigation photocopying |
| Espy Case Solutions | 10/9/15 | $218.00 | Outside litigation photocopying re Capture website for production processing |
| Cong Yao | 10/13/15 | $239.09 | Obtain copies of books that relate to systems to be used as prior art reference in case |
| Jonathan Lamberson | 10/20/15 | $140.89 | Obtaining prior art - 10/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/12/15 | $108.26 | Obtaining prior art 11/12/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/17/15 | $88.75 | Obtaining prior art 11/17/15 - Jonathan Lamberson |
| Jonathan Lamberson | 11/20/15 | $307.77 | Obtaining prior art 11/20/15 - Jonathan Lamberson |
| Jonathan Lamberson | 12/3/15 | $165.13 | Purchase prior art - 12/3/15 - Jonathan Lamberson |
| Espy Case Solutions | 12/31/15 | $867.76 | Outside reproduction services of MS_COREL004; 008-013 |
| Espy Case Solutions | 12/31/15 | $3,165.85 | Outside reproduction services of MS_COREL_004 |
| Espy Case Solutions | 12/31/15 | $2,716.43 | Outside reproduction services of MS_COREL_009-013 |
| Espy Case Solutions | 12/31/15 | $4,384.68 | Outside reproduction services of MS_COREL_009-013 |
| Jonathan Lamberson | 1/6/16 | $164.78 | Purchase prior art - 1/6/16 - Jonathan Lamberson |
| Espy Case Solutions | 2/18/16 | $1,320.08 | Outside litigation photocopying re scan prior art materials for production |
| Jonathan Lamberson | 2/28/16 | $14.64 | Prior art - 2/18/16 - Jonathan Lamberson |
| Espy Case Solutions | 2/29/16 | $255.76 | Outside litigation photocopying re prior art scanning |
| Espy Case Solutions | 2/29/16 | $218.00 | Document production costs prior art |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | scanning |
| Jonathan Lamberson | 3/24/16 | $120.89 | Prior art - 3/24/16 - Jonathan Lamberson |
| Espy Case Solutions | 3/30/16 | $193.02 | Outside litigation photocopying re scanning prior art book |
| Espy Case Solutions | 3/31/16 | $130.80 | Outside litigation photocopying re hard drive for production of native financial docs |
| Espy Case Solutions | 3/31/16 | $1,295.01 | Outside litigation photocopying |
| Jonathan Lamberson | 4/18/16 | $55.41 | Prior art - 4/18/16 - Jonathan Lamberson |
| JRSALES MERX | 4/20/16 | $25.99 | Purchase book from online book seller (WordPerfect 6.0 for Windows User's guide) |
| Espy Case Solutions | 4/26/16 | $1,091.04 | Outside litigation photocopying Re Amen depo prep |
| External Supplier | 4/30/16 | $256.80 | Photocopying |
| Documents Delivered, Inc. | 5/4/16 | $74.15 | Obtaining copies of 3 articles |
| Espy Case Solutions | 5/17/16 | $318.04 | Outside litigation photocopying |
| Espy Case Solutions | 6/15/16 | $421.17 | Outside litigation photocopying re Kralik depo prep |
| Espy Case Solutions | 6/16/16 | $468.05 | Outside litigation photocopying re Ledwell & O'Donnell depo prep |
| Advanced Discovery Inc | 6/30/16 | $1,000.00 | Microsoft share of scanning costs for scanning hard docs previously produced in antitrust investigations |
| Espy Case Solutions | 6/30/16 | $1,118.37 | Outside litigation photocopying re Walsh & Mehta depo preps |
| Espy Case Solutions | 6/30/16 | $64.20 | Outside litigation photocopying re Ledwell & O'Donnell depo prep |
| Jonathan Lamberson | 8/16/16 | $49.95 | Prior art - 8/16/16 - Jonathan Lamberson |
| Espy Case Solutions | 10/19/16 | $3,437.18 | Document scanning - Prior art copies of QuarkXPress |
| FedEx | 10/30/18 | $18.32 | Obtain copies of deposition exhibits |
| Amazon | 11/6/18 | $30.94 | Hands-On Illustrator 7: For Macintosh & Windows |
| Amazon | 11/6/18 | $49.98 | Illustrator 7 Bible (Bible (Wiley)) & Adobe Illustrator 7.0: Classroom in a Book (Adobe) |
| Amazon | 11/6/18 | $6.18 | Illustrator 7 Complete |
| Amazon | 11/6/18 | $5.49 | Illustrator 7 for Macintosh & Windows Visual Quick Start Guide |
| Amazon | 11/6/18 | $19.36 | Real World Illustrator 7 (Real World |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | Series) |
| Amazon | 11/13/18 | $6.67 | JavaScript: The Definitive Guide |
| Amazon | 11/15/18 | $42.35 | Using Microsoft Publisher 97 |
| Amazon | 11/15/18 | $23.98 | Discover Microsoft Publisher 97 |
| Amazon | 11/15/18 | $4.88 | Fundamental Microsoft Publisher 97 |
| Amazon | 11/15/18 | $6.39 | How to Use Microsoft Publisher 97 for Windows (How It Works Series) |
| Amazon | 11/15/18 | $14.57 | Learn Publisher 97 in a Weekend |
| Amazon | 11/15/18 | $4.88 | Microsoft Publisher 97 by Design |
| Amazon | 11/15/18 | $8.90 | Microsoft Publisher 97 for Dummies |
| Amazon | 11/15/18 | $9.11 | The Essential Publisher 97 Book: Get It Done Tutorial |
| Amazon | 11/18/18 | $4.88 | Macworld QuarkXPress 4 Bible |
| Amazon | 11/18/18 | $9.74 | Official QuarkXPress Handbook (Macintosh 3.3 ed) Mac 3.3 ed |
| Amazon | 11/18/18 | $52.55 | QuarkXPress 4 for Macintosh, Digital Design using QuarkXPress 4, The Professional's Guide to QuarkXPress 3.3 for the Macintosh |
| Amazon | 11/18/18 | $5.94 | QuarkXPress 4 for Windows (Visual QuickStart Guide) |
| Amazon | 11/18/18 | $6.13 | QuarkXPress In a Nutshell (In a Nutshell (O'Reilly)) |
| Amazon | 11/18/18 | $15.08 | Sams Teach Yourself QuarkXPress 4 in 14 Days |
| Amazon | 11/18/18 | $6.52 | The QuarkXPress 4.0 Handbook |
| Amazon | 11/18/18 | $5.79 | Using QuarkXPress 4.0 |
| Amazon | 11/18/18 | $4.27 | Using QuarkXPress 4 |
| eBay | 11/19/18 | $16.90 | Quark XPress 4 - 02 OS Original Box 4 Manuals and Accessories |
| Amazon | 11/20/18 | $14.96 | CorelDRAW 7 for Windows 95 NT (Visual QuickStart Guide) |
| Amazon | 11/20/18 | $6.64 | Mastering CorelDraw 7 |
| eBay | 11/24/18 | $48.75 | ADOBE ILLUSTRATOR 7.0 Software for Windows 95 NT 4.0 Book & CD's Original Box (352497043811) |
| Jonathan Lamberson | 12/3/18 | $431.83 | Prior art |
| Espy Case Solutions | 1/31/19 | $17.29 | Copies for Igor Zaika deposition prep |
| Amazon | 4/24/19 | $20.17 | Purchase book cited in Bederson declaration from Amazon.com |
| Amazon | 4/24/19 | $9.77 | Purchase book cited in Bederson declaration from Amazon.com |

| NAME | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Amazon.com | 1/26/21 | $8.68 | Costs in connection with prior art: Photoshop 4 for Windows (Visual QuickStartGuide) - 14-Jan-21 |
| Amazon.com | 1/26/21 | $6.54 | Costs in connection with prior art: Teach Yourself Photoshop 4 for MacInstosh and Windows - 14-Jan-21 |
| Amazon.com | 1/26/21 | $5.19 | Costs in connection with prior art: Electronic Prepress Using Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $14.42 | Costs in connection with prior art: Photoshop 4 Studio Skills - 14-Jan-21 |
| Amazon.com | 1/26/21 | $15.23 | Costs in connection with prior art: Photoshop 4 Type Magic 1 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $8.16 | Costs in connection with prior art: Macworld Photoshop 4 Bible - 14-Jan-21 |
| Amazon.com | 1/26/21 | $7.58 | Costs in connection with prior art: Inside Adobe Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $9.19 | Costs in connection with prior art: Photoshop 4 for Windows for Dummies - 14-Jan-21 |
| Amazon.com | 1/26/21 | $24.97 | Costs in connection with prior art: Real World Photoshop 4 - 14-Jan-21 |
| Amazon.com | 1/26/21 | $8.59 | Costs in connection with prior art: Teach Yourself Photoshop 4 in 14 Days (Sam's Teach Yourself) - 14-Jan-21 |
| Amazon.com | 3/29/21 | $36.43 | Costs in connection with prior art: Photoshop 4 Windows 95 Bible - 04-Mar-21 |
| Amazon.com | 12/12/22 | $71.02 | CorelDRAW X6 |
| Amazon.com | 12/13/22 | $54.68 | WordPerfect X6 |
| TOTAL: | | $27,149.05 | |

Dkt. 438 at 5-8 (highlighting added).

Last, Microsoft produced only its own say-so to support most of these expenditures (Exhibit E) and admits that it did not maintain invoices or other evidence confirming its costs. Microsoft cannot recover costs without supporting invoices. Exhibit D provides invoices for only Microsoft's non-taxable Amazon and eBay purchases; for all other "copying" costs, it relies on Exhibit E and, thus, is without supporting documentation.

- 13 -

Corel requests that the Clerk decline to tax these costs.

DATED: October 28, 2025

Respectfully submitted,

*/s/ Aaron R. Fahrenkrog*
Jake M. Holdreith (*pro hac vice*)
Aaron R. Fahrenkrog (*pro hac vice*)
Logan J. Drew (*pro hac vice*)
Emily J. Tremblay (*pro hac vice*)
John K. Harting (*pro hac vice*)
Benjamen C. Linden (*pro hac vice*)
Samuel J. LaRoque (*pro hac vice*)
William R. Jones (*pro hac vice*)
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile:  612-339-4181
jholdreith@robinskaplan.com
afahrenkrog@robinskaplan.com
ldrew@robinskaplan.com
etremblay@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com
slaroque@robinskaplan.com
wjones@robinskaplan.com

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

*/s/ Kade N. Olsen*
Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Kade N. Olsen (Utah Bar No. 17775)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111

        Telephone: 801-532-7840
        Facsimile:  801-532-7750
        jhafen@parrbrown.com
        twelch@parrbrown.com
        kolsen@parrbrown.com

        **ATTORNEYS FOR PLAINTIFF**
        **COREL SOFTWARE, LLC**

CERTIFICATE OF SERVICE

I certify that on October 28, 2025, I served a copy of the foregoing document on the following counsel of record for Microsoft Corporation, via the Court's ECF system:

Jonathan J. Lamberson (*pro hac vice*)
Hallie Kiernan (*pro hac vice*)
Henry Huang (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0384
Facsimile: (650) 213-8158
lamberson@whitecase.com
hallie.kiernan@whitecase.com
henry.huang@whitecase.com

Frank E. Scherkenbach (*pro hac vice*)
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

James S. Jardine
Beth J. Ranschau
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
branschau@rqn.com

Bryan K. Basso (*pro hac vice*)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
basso@fr.com

Excylyn J. Hardin-Smith (*pro hac vice*)
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
hardin-smith@fr.com

DATED: October 28, 2025        By: */s/ Kade N. Olsen*