# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Corel Software,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>Microsoft<br><br>*Defendant(s).* | Case No: 2:15-CV---528JNP |

# TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ 1. Attorney:  2. Kade Olsen, Jonathan Lamberson

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| September 9, 2025 | Motion to Exclude Testimony of Dr. Dan R. Olsen; Motion for Summary Judgment; Redacted Motion to Exclude Testimony of John L. Hansen |

/party to have access to the transcript(s) via PACER.

Date: November 12, 2025

Laura W. Robinson