Kade N. Olsen (17775)
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT 84111
(801) 532-7840
kolsen@parrbrown.com

*Attorney for Plaintiff Corel Software, LLC*

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Corel Software, LLC,<br><br>  Plaintiff,<br>v.<br><br>Microsoft Corporation,<br><br>  Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:15-cv-00528-JNP-JCB<br><br>District Judge Jill N. Parish<br>Magistrate Judge Jared C. Bennett |

  I move for the pro hac vice admission of <u>Elizabeth Clarke</u> (Applicant) as counsel for <u>Plaintiff Corel Software, LLC</u>, and I consent to serve as local counsel. I am an active member of this court's bar.

  The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: November 18, 2025

                    */s/ Kade N. Olsen*
                    Kade N. Olsen