

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Kade Olsen |
| Firm: | Parr Brown Gee & Loveless |
| Address: | 101 South 200 East, Suite 700 |
| | Salt Lake City, UT  84111 |
| Telephone: | 801-532-7840 |
| Email: | kolsen@parrbrown.com |
| | |
| Pro Hac Vice Applicant: | Elizabeth Clarke |
| Firm: | MoloLamken LLP |
| Address: | 300 N. LaSalle Street |
| | Chicago, IL  60654 |
| Telephone: | 312-450-6704 |
| Email: | eclarke@mololamken.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Illinois | 6326724 | 11/09/2017 |
| U.S. Court of Appeals for the Federal Circuit | | 02/01/2021 |
| U.S. Court of Appeals for the Tenth Circuit | | 01/23/2019 |
| U.S. Court of Appeals for the Second Circuit | | 03/02/2022 |
| U.S. Court of Appeals for the Third Circuit | | January 2023 |
| U.S. Supreme Court | | February 27, 2023 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

1

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Elizabeth Clarke                                         11/13/1015
_____              _____
Signature                                                          Date