THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Corel Software, LLC,<br><br>          Plaintiff,<br>v.<br><br>Microsoft Corporation,<br><br>          Defendant. | **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 2:15-cv-00528-JNP-JCB<br><br>District Judge Jill N. Parish<br>Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Elizabeth Clarke. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of _____, 2025.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge