# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Corel Software, LLC,<br><br>    Plaintiff,<br>v.<br><br>Microsoft Corporation,<br><br>    Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 2:15-cv-00528-JNP-JCB<br><br>District Judge Jill N. Parish<br>Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Elizabeth Clarke. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 18th day of November, 2025.

BY THE COURT:

_____
Jill N. Parrish
United States District Judge