Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

Attorneys for Plaintiff Corel Software, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**NOTICE OF INTENT TO REQUEST REDACTION TO A TRANSCRIPT**<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Under DUCivR 5.2-1(d)(1), notice is hereby given that Plaintiff Corel Software, LLC, intends to request redaction to the transcript filed on November 12, 2025, for the Court's September 9, 2025 hearing. Dkt. 443.

| | |
|---|---|
| DATED: December 3, 2025 | Respectfully submitted, |
| | */s/ Aaron R. Fahrenkrog* |
| | Jake M. Holdreith (*pro hac vice*) |
| | Aaron R. Fahrenkrog (*pro hac vice*) |
| | Logan J. Drew (*pro hac vice*) |
| | Emily J. Tremblay (*pro hac vice*) |
| | John K. Harting (*pro hac vice*) |
| | Benjamen C. Linden (*pro hac vice*) |
| | Samuel J. LaRoque (*pro hac vice*) |
| | William R. Jones (*pro hac vice*) |
| | **ROBINS KAPLAN LLP** |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402–2015 |
| | Telephone: 612-349-8500 |
| | Facsimile:  612-339-4181 |
| | jholdreith@robinskaplan.com |
| | afahrenkrog@robinskaplan.com |
| | ldrew@robinskaplan.com |
| | etremblay@robinskaplan.com |
| | jharting@robinskaplan.com |
| | blinden@robinskaplan.com |
| | slaroque@robinskaplan.com |
| | wjones@robinskaplan.com |
| | |
| | Jason G. Sheasby (*pro hac vice*) |
| | jsheasby@irell.com |
| | **IRELL & MANELLA LLP** |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067 |
| | Telephone: 310-203-7096 |
| | |
| | */s/ Kade N. Olsen* |
| | Jonathan O. Hafen (Utah Bar. No. 6096) |
| | Terry E. Welch (Utah Bar. No. 5819) |

- 2 -

                Kade N. Olsen (Utah Bar No. 17775)
                **PARR BROWN GEE & LOVELESS**
                101 South 200 East, Suite 700
                Salt Lake City, UT 84111
                Telephone: 801-532-7840
                Facsimile:  801-532-7750
                jhafen@parrbrown.com
                twelch@parrbrown.com
                kolsen@parrbrown.com

                **ATTORNEYS FOR PLAINTIFF**
                **COREL SOFTWARE, LLC**

## CERTIFICATE OF SERVICE

I certify that on December 3, 2025, I served a copy of the foregoing document on the following counsel of record for Microsoft Corporation, via the Court's ECF system:

Jonathan J. Lamberson (*pro hac vice*)
Hallie Kiernan (*pro hac vice*)
Henry Huang (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0384
Facsimile: (650) 213-8158
lamberson@whitecase.com
hallie.kiernan@whitecase.com
henry.huang@whitecase.com

Frank E. Scherkenbach (*pro hac vice*)
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-5071
scherkenbach@fr.com

James S. Jardine
Beth J. Ranschau
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jjardine@rqn.com
branschau@rqn.com

Bryan K. Basso (*pro hac vice*)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
basso@fr.com

Excylyn J. Hardin-Smith (*pro hac vice*)
**FISH & RICHARDSON P.C.**
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
hardin-smith@fr.com

DATED: December 3, 2025        By: */s/ Kade N. Olsen*