James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:   (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Ste. 900
Palo Alto, CA 940306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158
Attorneys for Defendant
MICROSOFT CORPORATION
*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| COREL SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:15-cv-00528-JNP <br><br> **NOTICE OF INTENT TO REQUEST REDACTION TO A TRANSCRIPT** <br><br> Judge Jill N. Parrish |

Under DUCivR 5.2-1(d)(1), notice is hereby given that Defendant Microsoft Corporation, intends to request redaction to the transcript filed on November 12, 2025, for the Court's September 9, 2025 hearing. Dkt. 443.

| | |
|---|---|
| Dated:  December 3, 2025 | Respectfully submitted,<br><br>WHITE & CASE LLP<br><br>/s/ *Jonathan Lamberson*<br>Jonathan Lamberson<br>Attorneys for Defendant<br>MICROSOFT CORPORATION |

*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:   (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Defendant
MICROSOFT CORPORATION