IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ORDER DENYING TRANSCRIPT REDACTION REQUEST<br><br><br>Case No. 2:15-cv-00528-JNP<br><br>District Judge Jill N. Parrish |

Before the court is plaintiff Corel Software LLC's request to redact portions of a transcript pursuant to DUCivR 5.2-1(d)(2). ECF No. 451. This local rule creates a procedure for redacting the personal identifies listed in Rule 5.2 of the Federal Rules of Civil Procedure. The redactions requested by Corel, however, have nothing to do with the information listed under Rule 5.2. Accordingly, Corel's request is DENIED.

DATED January 9, 2026.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge