James S. Jardine (jjardine@rqn.com / SBN 1647)
Beth J. Ranschau (branschau@rqn.com / SBN 13846)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

Jonathan J. Lamberson (lamberson@whitecase.com / *Pro Hac Vice*)
Henry Huang (henry.huang@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 940306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158
Attorneys for Defendant
MICROSOFT CORPORATION
*Additional counsel listed on signature page*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC, | Case No. 2:15-cv-00528-JNP |
| Plaintiff, | **DEFENDANT MICROSOFT CORPORATION'S MOTION TO REDACT PORTIONS OF 11-12-25 TRANSCRIPT** |
| v. | |
| MICROSOFT CORPORATION, | Judge Jill N. Parrish |
| Defendant. | |

## SPECIFICALLY REQUESTED RELIEF AND GROUNDS

Pursuant to DUCivR 5.2-1(b), as well as this Court's Protective Order (Dkt. 397) entered under Fed. R. Civ. P. 26(c), Defendant Microsoft Corp. ("Microsoft") respectfully moves the Court instruct the court reporter to redact limited portions of the September 9, 2025 hearing transcript, which was filed on November 12, 2025 (Dkt. 443).

## ARGUMENT

The transcript excerpts disclose specific patent license terms and Microsoft's internal patent valuation analysis. Under the Protective Order, this material constitutes Protected Information, including confidential and proprietary financial and business information, and other information the producing party reasonably and in good faith believes would likely cause harm if disclosed. *See* Dkt. 397 at 2-3.

The Court heard these passages while the courtroom was sealed. Limited redactions are the narrowest means to protect Protected Information while preserving public access to the balance of the transcript.

Microsoft seeks redaction only of the following lines in the transcript:

| Page(s) | Line(s) | Reason(s) |
|---------|---------|-----------|
| 123 | 9-12 | Discloses terms of confidential patent license agreement |
| 140 | 25 | Discloses terms of confidential patent license agreement |
| 146 | 13 | Discloses terms of confidential patent license agreement |
| 155 | 10-17 | Discloses confidential patent valuation analysis |

Good cause exists under DUCivR 5.2-1(b). Public disclosure of specific license terms and internal valuation analysis would harm Microsoft's negotiating leverage and competitive position by revealing non-public pricing, deal structures, and strategic assumptions. The Protective Order recognizes this risk and provides for designation of such Protected Information.

WHEREFORE, Microsoft respectfully requests that the Court grant this Motion, and permit filing of the redacted transcript.

Dated:  January 14, 2026                           Ray Quinney and Nebeker P.C.

                                                   By:  */s/ Beth J. Ranschau*
                                                   James S. Jardine
                                                   Beth J. Ranschau
                                                   Attorneys for Defendant
                                                   MICROSOFT CORPORATION

*Additional Counsel:*

Hallie Kiernan (hallie.kiernan@whitecase.com / *Pro Hac Vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Frank E. Scherkenbach (scherkenbach@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Telephone:  (617) 542-5070
Facsimile:  (617) 542-5071

Excylyn Hardin-Smith (hardin-smith@fr.com / *Pro Hac Vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

Attorneys for Defendant
MICROSOFT CORP.