Jake M. Holdreith (*pro hac vice*)
jholdreith@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
afahrenkrog@robinskaplan.com
Logan J. Drew (*pro hac vice*)
ldrew@robinskaplan.com
Emily J. Tremblay (*pro hac vice*)
etremblay@robinskaplan.com
John K. Harting (*pro hac vice*)
jharting@robinskaplan.com
Benjamen C. Linden (*pro hac vice*)
blinden@robinskaplan.com
Samuel J. LaRoque (*pro hac vice*)
slaroque@robinskaplan.com
William R. Jones (*pro hac vice*)
wjones@robinskaplan.com
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiff Corel Software, LLC

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096

Jonathan O. Hafen (Utah Bar No. 6096)
jhafen@parrbrown.com
Terry E. Welch (Utah Bar No. 5819)
twelch@parrbrown.com
Kade N. Olsen (Utah Bar No. 17775)
kolsen@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-00528-JNP-DBP<br><br>**PLAINTIFF COREL SOFTWARE, LLC'S MOTION TO PARTIALLY REDACT THE SEPTEMBER 9, 2025 TRANSCRIPT**<br><br>District Judge Jill N. Parrish<br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Corel Software, LLC ("Corel"), pursuant to DUCivR 5.2-1(b) and the Protective Order (Dkt. 397), respectfully moves the Court to instruct the court reporter to redact portions of six pages of the September 9, 2025 hearing transcript, which was filed on November 12, 2025 (Dkt. 443).

The portions of the transcript that Corel seeks to redact discuss Corel's confidential valuations of its patent portfolio. Under the protective order, this information constitutes Protected Information, including confidential and proprietary financial information, that Corel reasonably and in good faith believes would likely cause harm if disclosed. (See Dkt. 397 at 2-3.) Accordingly, Corel only seeks to redact the following lines of the transcript:

| Page | Line(s) | Reason |
|------|---------|--------|
| 101 | 18-25 | Highly confidential Corel valuation information |
| 102 | 17-25 | Highly confidential Corel valuation information |
| 103 | 1, 5-8 | (cont. from pg. 102) Highly confidential Corel valuation information |
| 155 | 10-17 | Highly confidential Corel valuation information |
| 157 | 14-15, 19, 25 | Highly confidential Corel valuation information |
| 158 | 13 | Highly confidential Corel valuation information |

Disclosing Corel's internal valuations would harm Corel competitively by revealing non-public valuations and strategic assumptions. Accordingly, Corel respectfully requests that the Court grant this Motion and order the filing of the redacted transcript.

DATED: January 14, 2026.

Respectfully submitted,

*/s/ Aaron R. Fahrenkrog*
Jake M. Holdreith (*pro hac vice*)
Aaron R. Fahrenkrog (*pro hac vice*)
Logan J. Drew (*pro hac vice*)
Emily J. Tremblay (*pro hac vice*)
John K. Harting (*pro hac vice*)
Benjamen C. Linden (*pro hac vice*)
Samuel J. LaRoque (*pro hac vice*)
William R. Jones (*pro hac vice*)
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:  612-349-8500
Facsimile:  612-339-4181
jholdreith@robinskaplan.com
afahrenkrog@robinskaplan.com
ldrew@robinskaplan.com
etremblay@robinskaplan.com
jharting@robinskaplan.com
blinden@robinskaplan.com
slaroque@robinskaplan.com
wjones@robinskaplan.com

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-203-7096


*/s/ Kade N. Olsen*
Jonathan O. Hafen (Utah Bar. No. 6096)
Terry E. Welch (Utah Bar. No. 5819)
Kade N. Olsen (Utah Bar No. 17775)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840
Facsimile:  801-532-7750
jhafen@parrbrown.com

twelch@parrbrown.com
kolsen@parrbrown.com

**ATTORNEYS FOR PLAINTIFF
COREL SOFTWARE, LLC**