IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ORDER GRANTING MOTION TO REDACT TRANSCRIPT<br><br><br>Case No. 2:15-cv-00528-JNP<br><br>District Judge Jill N. Parrish |

Before the court is defendant Microsoft Corporation's motion to redact portions of a transcript pursuant to DUCivR 5.2-1(b). ECF No. 454. The motion is GRANTED. The court instructs the court reporter to redact the portions of the transcript for the September 9, 2025 hearing identified in the motion.

DATED April 13, 2026.

BY THE COURT

Jill N. Parrish
United States District Court Judge