Jake M. Holdreith (pro hac vice)
JHoldreith@RobinsKaplan.com
Aaron R. Fahrenkrog (pro hac vice)
AFahrenkrog@RobinsKaplan.com
Logan J. Drew (pro hac vice)
LDrew@RobinsKaplan.com
John K. Harting (pro hac vice)
JHarting@RobinsKaplan.com
Benjamen C. Linden (pro hac vice)
BLinden@RobinsKaplan.com
Emily J. Tremblay (pro hac vice)
ETremblay@RobinsKaplan.com
William R. Jones (pro hac vice)
WJones@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: 612-349-8500
Facsimile:  612-339-4181

Attorneys for Plaintiff
Corel Software, LLC

Jonathan O. Hafen (Utah Bar. No. 6096)
Kevin G. Heiner (Utah Bar No. 16835)
D. Craig Parry (Utah Bar No. 7274)
Kade N. Olsen (Utah Bar No. 17775)
Terry E. Welch (Utah Bar No. 5819)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:    801-532-7840
Facsimile:     801-532-7750
jhafen@parrbrown.com
kheiner@parrbrown.com
cparry@parrbrown.com
kolsen@parrbrown.com
twelch@parrbrown.com

*Additional counsel on signature page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COREL SOFTWARE, LLC,<br><br>      Plaintiff,<br>  v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Case No. 2:15-cv-00528-JNP-PMW<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST (Sahr Brima)**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

NOTICE IS HEREBY GIVEN that, pursuant to DUCiv 83-1-4(b), Sahr Brima formerly of the law firm of Robins Kaplan LLP, hereby withdraws as counsel for Plaintiff Corel Software, LLC in the above-captioned case. Corel continues to be represented by attorneys who have appeared under DUCivR 83-1.3, and those attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

DATED: May 11, 2026

**ROBINS KAPLAN LLP**

*/s/  Kade N. Olsen*

Jake M. Holdreith (*pro hac vice*)
Aaron R. Fahrenkrog (*pro hac vice*)
Logan J. Drew (*pro hac vice*)
John K. Harting (*pro hac vice*)
Benjamen C. Linden (*pro hac vice*)
Emily J. Tremblay (*pro hac vice*)
William R. Jones (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone:   612-349-8500
Facsimile:   612-339-4181
JHoldreith@RobinsKaplan.com
AFahrenkrog@RobinsKaplan.com
LDrew@RobinsKaplan.com
JHarting@RobinsKaplan.com
BLinden@RobinsKaplan.com
ETremblay@RobinsKaplan.com
WJones@RobinsKaplan.com

Jonathan O. Hafen (Utah Bar. No. 6096)
Kevin G. Heiner (Utah Bar No. 16835)
D. Craig Parry (Utah Bar No. 7274)
Kade N. Olsen (Utah Bar No. 17775)
Terry E. Welch (Utah Bar No. 5819)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone:   801-532-7840
Facsimile:   801-532-7750
jhafen@parrbrown.com
kheiner@parrbrown.com
cparry@parrbrown.com
kolsen@parrbrown.com

twelch@parrbrown.com

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
**IRELL AND MANELLA LLP**
1800 AVENUE OF THE STARS STE 900
LOS ANGELES, CA
Telephone: 310-203-7096
Facsimile: 310-282-5712

*Attorneys for Plaintiff Corel Software, LLC*